IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

(1)   **KEITH BRIAN CRUITT**, Private Citizen;
(2)   **KEITH BRIAN CRUITT**, Citizen of the United
      States of America;
(3)   **KEITH BRIAN CRUITT**, Citizen of the State of
      Alabama;
      333 Ridgewood Drive,
      Daphne, Alabama 36526

                                        Plaintiff,

v.

Defendants of Original Jurisdiction to the
Supreme Court of the United States
of America:

(1)   **BARRACK H. OBAMA;**
(2)   **OFFICE OF THE PRESIDENT OF THE UNITED STATES;**
(3)   **PREDECESSORS AND SUCCESSORS IN OFFICE;**
(4)   **THE UNITED STATES OF AMERICA;**

      c/o **Executive Office of the President;**
          **Barack H. Obama,** President,
          1600 Pennsylvania Avenue N.W.,
          Washington D.C. 20500

      c/o **Solicitor General of the United States;**
          Donald B. Verrilli, Solicitor General,
          Room: 5143
          R.F.K. Main Justice Building,
          J.S. Department of Justice,
          950 Pennsylvania N.W.
          Washington D.C. 20001

                                        Defendants.

                    DEMAND FOR TRIAL BY JURY

                    Complaint Number: 13(d)

Additional Defendants of:
Original Jurisdiction to the Supreme Court of
the United States of America:

(5)   **VLADIMIR V. PUTIN;**
(6)   **OFFICE OF THE PRESIDENT OF THE RUSSIAN FEDERATION;**
(7)   **PREDECESSORS AND SUCCESSORS IN OFFICE;**
(8)   **THE RUSSIAN FEDERATION;**
      c/o **His Excellency Sergey I. Kislyal,**
          Embassy of the Russian Federation,
          2560 Wisconsin Avenue N.W.,
          Washington D.C. 20007

**FILED**

JUN - 7 2012

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Case Number:

_____

_____

Case: 1:12-cv-00928
Assigned To : Unassigned
Assign. Date : 6/7/2012
Description: TRO/PI

RECEIVED

MAY - 7 2012

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

1

**Note:**

The following "note" is a statement concerning the "numbering system" that has been employed herein in order to craft the styling of the "plaintiffs" and the "defendants" listed herein above and herein below.

In styling the instant complaint, each plaintiff type and each defendant type has been provided as separate number in order to distinguish between the types of defendants complained about.

In order to distinguish himself, for example, as three types of plaintiff, i.e. (1) Keith Brian Cruitt as strictly a private person; and (2) Keith Brian Cruitt, as a "citizen of the United states of America; and (3) Keith Brian Cuitt, as a "citizen of the State of Alabama", three numbers, numbers "1"; "2"; and "3" have been placed adjacent to each of the plaintiff types.

The memorandum of law, enclosed, will set out why it is that each of these alleged separate parties, Keith Brian Cruitt alleges he is: a citizen of the United States, private citizen and a citizen of the State of Alabama should be legally considered as separate parties.

The Supreme Court of the United States of America has previously considered whether or not to allow a party who alleges he has been aggrieved by a state prosecutor to bring a federal complaint against the "office of the District Attorney," for example, rather than against the "District Attorney" himself as an individual, cite omitted. Hence, the parties complained about herein have each been provided separate defendant numbers in order to distinguish, for example, between each defendant personally, and the office he may hold or between a defendant and his predecessor or his successor in office.

However, a separate defendant number for each subpart of each "Title" of the United States Code, for example, has not been supplied for each subpart of this said code because several of the "Public Laws" complained about have been subjected to numerous amendments, and listing each subpart as a separate defendant is not practicable.

Hence, in the case of multipart Public Law defendants, where the number of subparts is cumbersome, the matters and subparts specifically (or generally) complained about in the complaint serves to provide the respondent with the specific or general subpart which requires defending.

_____
KEITH B. CRUITT

Date: _____

Additional Defendants of:
Original Jurisdiction to the Supreme Court of
The United States of America, Continued:

(9)   HU JINTAO, President;
(10)  XI JINPING, Vice President;
(11)  OFFICE OF THE PRESIDENT AND VICE PRESIDENT;
(12)  PREDECESSORS and SUCCESSORS in OFFICE;
(13)  THE PEOPLE'S REPUBLIC of CHINA;
      C/O His Excellency Wen Zhong Zhou,
      Embassy of the People's Republic of China
      2300 Connecticut Avenue, N.W.,
      Washington D.C. 20008

(14)  COPYRIGHTS: Chapter 17 U.S.C. § 101, and each Public Law
      that extends from: P.L. 94-553, Stat. 2541, Oct. 19, 1976;
      P.L. 101-650, Dec. 1, 1990;
      C/O Solicitor General of the United States
      Room: 5143
      Department of Justice
      950 Pennsylvania Avenue N.W.,
      Washington, D.C. 20001

(15)  (a)   the Universal Copyright Convention (P.L. _____,
            ommitted due to Alabama Department of Corrections,
            [henceforth herein referenced as: "ADOC"], seizure
            of documents on December 5, 2011) [Note: ADOC
            legal documents seizure of documnets executed at
            Staton Correctional Facility on December 5, 2011,
            has been generally referenced herein as: "ADOC Seizure
            12.05.2011".];

      (b)   the Geneva Phonograms Convention (P.L. _____,
            ommitted due to "ADOC Seizure 12.05.2011");

      (c)   the Brene Convention (P.L. _____, ommitted due to
            "ADOC Seizure 12.05.2011");

      (d)   the WTO Agreement (P.L._____, omitted due to
            "ADOC Seizure 12.05.2011");

      (e)   the WIPO Copyright Treaty (P.L. _____, ommitted due
            to "ADOC 12.05.2011");

      (f)   the WIPO Performances and Phonograms Treaty (P.L. _____,
            ommitted due to ADOC Seizure 12.05.2011);

      (g)   any other copyright treaty to which the United States is a
            party (P.L. _____, mommitted due to ADOC Seizure !2.05.2011);
            (see addressess: page three [3])

```
        C/O Solicitor General of the United States
        Romm: 5143
        Department of Justice
        950 Pennsylvania Avenue N.W.,
        Washington D.C. 20530

        C/O Hillary Rodham Clinton, Secretary of State
        Romm 7226
        Department of State
        2201 C Street, N.W.,
        Washington D.C. 20520

        C/O Barack H. Obama, President of the United States
        1600 Pennsylvania Avenue N.W.,
        Washington D.C. 20500
```

**Additional Defendants of:**
**Original Jurisdiction to the Supreme Court of**
**the United States of America:**

```
(16)        Hamid Karzai, President;
(17)        Office of the President of Afghansitan;
(18)        Predecessors and Successors in Office;
(19)        Afghanistan;
            C/O His Excellency Said Tayeb Jawad
            2341 Wyoming Avenue N.W.,
            Washington D.C. 20008

(20)        Jose Eduardo Dos Santos, President;
(21)        Office the Prsident of the Republic of Angola;
(22)        Predecessors and Successors in Office;
(23)        The Republic of Angola;
            C/O Her Excellency Josefina Pitra Diakite
            Embassy of the Republic og Angola
            2100-2108 16th Street, N.W.
            Washington D.C. 20009

(24)        Quentin Alice Loise Bryce, Governor General;
(25)        Julia Eileen Gillard, Prime Minister;
(26)        Predecessors and Successors in Office;
(27)        Australia;
(28)        Offices of the Gorvenor General and the Prime Minisiter;
            C/O His Excellency Dennis James Richardson
            Embassy of Australia
            1601 Massachusetts Avenue, N.W.,
            Washington, D.C. 20036
```

Additional Defendants of:
Original Jurisdiction to the Supreme Court of
the United States of America, Continued:

(29)     Dilma Rousseff, President,
(30)     Office of the President of Brazil
(31)     Predecessors and Successors in Office;
(32)     Brazil;
         C/O His Excellency Antonio de Aguir Patriota;
         Barzilian Embassy,
         3006 Massachutts Avenue N.W.,
         Washington D.C. 20008

(33)     David Johnson, Governor General;
(34)     Stephen Joseph Harper, Prime Minister;
(35)     Offices of the Governor General and Prime Minister;
(36)     Predecessors and Sunccessors in Office;
(37)     Canada;
         C/O His Excellency Nichael H. Wilson;
         Embassy of CAnada
         501 Pennsylvania N.W.,
         Washington D.C. 20001

(38)     Raul Modesto Castro Ruz, General, General, President;
(39)     Office of the General and Office of the President;
(40)     Predecessors and Successors in Office;
(41)     Cuba;
         C/O His Excellency Urs Johann Zisler;
         Embassy of Switzerland
         2900 Cathedral Avenue N.W.,
         Washington D.C. 20008

(42)     Mohamed Hussein Tantawi, Field Marshall, Acting President;
(43)     Offices of the Field Marshall and President;
(44)     Predecessors and Successors in Office;
(45)     Arab Republic of Egypt;
         C/O His Excellency Sameh Hassan Shoukry;
         Embassy of the Arab Republic of Egypt,
         3521 International Court N.W.,
         Washington D.C. 20008

(46)     **Nicolas** Sarkozy, President;
(47)     Office of the President;
(48)     Predecessors and Successors in Office;
(49)     France;
         C/O His Excellency Pierre Nicolas Vimont;
         Embassy of France
         4101 Resevoir Road, N.W.
         Washington D.C. 20007

Additional Defendants of:
Original Jurisdiction to the Supreme Court of
the United States of America, Continued:

(50)     Mikheil Saakashvili, President;
(51)     Davit Bakradze, Speaker of Parliment;
(52      Nikoloz, Prime Minister;
(53)     Offices of the President, Speaker, and Prime Minister;
(54)     Predecessors and Successors in Office;
(55)     Republic of Georgia
         C/O His Excellency Vasil Sikharulidze
         Embassy of the Republic of Georgia
         2209 Massachusetts . Avenue N.W.,
         Washington D.C. 20008

(56)     Christian Wulff, Federal President;
(57)     Angela Merkel, Chancellor;
(58)     Offices of the President and Chancellor;
(58)     Predecessors and Successors in Office;
(59)     Federal Republic of Germany;
         C/O His Excellency Dr. Klaus Scharioth
         Embassy of the Federal Republic of Germany
         4645 Reservoir Road, N.W.,
         Washington D.C. 20007

(60)     Karolos Papoulias, President;
(61)     Loukas Dimitrios Papadimos, Prime Minister;
(62)     Offices of the President and Prime Minister;
(63)     Predecessors and Successors in Office;
(64)     Greece;
         C/O His Excellency Vassilis Kaskarelis
         Embassy of Greece
         2217 Massachusetts Avenue N.W.,
         Washington D.C. 20008

(65)     Pratibha Devisingh Patil, President;
(66)     Office of the President;
(67)     Predecessors and Successors in Office;
(68)     India;
         C/O His Excellency Meera Shankar,
         Embassy of India,
         2107 Massachusetts Avenue, N.W.
         Washington D.C. 20008

Additional Defendants of:
Original Jurisdiction to the Supreme Court of
the United States of America, Continued:

(69)    Ali Hoseini-Khamenei, Ayatollah, Supreme Leader;
(70)    Mahmud Ahmadi-Nejad, President;
(71)    Offices of the Supreme Leader and President;
(72)    Predecessors and Sucessors in Office;
(73)    Iran;
        C/O His excellency Husain Haqqani;
        Embassy of Pakistan,
        3517 International Court, N.W.,
        Washington D.C. 20008

(74)    Jala Talabani, President;
(75)    Office of the President;
(76)    Predecessors and Successors in Office;
(77)    Republic of Iraq;
        C/O His Excellency Samir Shakir Mahmood Sumaida'ie;
        Embassy fo Iraq
        3421 Massachusetts Avenue, N.W.,
        Washington D.C. 20007

(78)    Shimon Peres, President;
(79)    Office of the President;
(80)    Predecessores and Successors in Office;
(81)    Israel;
        C/O His Excellency Michael Scott Oren;
        Embassy öf Israel
        3514 International Drive, N.W.,
        Washington D.C. 20008

(82)    Mario Monti, President;
(83)    Office of the President;
(84)    Predecessors and Successors in Office;
(85)    Italia;
        C/O His Excellency Giovanni Castellaneta,
        Embassy fo Italia,
        3000 Whitehaven Street, N.W.,
        Washington D.C. 20008

(86)    Akihito, Emperor;
(87)    Yoshihiko Noda, Prime Minister;
(88)    Offices of the Emperor and of the Prime Minister;
(89)    Predecessors and Successors in Office;
(90)    Japan;
        C/O His Excellency Ichiro Fujisaki;
        Embassy of Japan,
        2520 Massachusetts Avenue, N.W.,
        Washington D.C. 20008

Additional Defendants of:
Original Jurisdiction to the Supreme Court of
the United States of America, Continued:

(91)     Lee Myung-bak, President;
(92)     Kim Hwang-sik, Prime Minister;
(93)     Offices of the President and of the Prime Minister;
(94)     Predecessors and Successors in Office;
(95)     Republic of Korea;
         C/O His Excellency Duck Soo Han,
         Embassy of the Republic of Korea
         2450 Massachusetts Avenue N.W.,
         Washington D.C. 20008

(96)     Mustafa Muhammad Abd al-Jalil, Chairman of the TNC;
(97)     Office of the Chairman of the TNC;
(98)     Predecessors and Successors in Office
(99)     Libyan Arab Jamahiriya;
         C/O His Excellency Ali Suleiman Aujali,
         Embassy of teh Libyan Arab Jamahiriya
         2600 Virginia Avenue, N.W.,
         Suite 705,
         Washington D.C. 20037

(100)    Felipe de Jesus Calderon Hinojosa;
(101)    Office of the President;
(102)    Predecessors and Successors in Office;
(104)    Mexico;
         C/O His Excellency Auturo Sarukhan Casamitjana;
         Embassy fo mexicao,
         1911 Pennsylvania Avenue, N.W.,
         Washington D.C. 20006

(105)    Beatrix, Queen;
(106)    Mark Rutte, Prime Minister;
(107)    Offices of the Queen and of the prime Minister;
(108)    Predecessors and Successors in Office;
(109)    Royal Netherlands;
         C/O His Excellency Regina Vernica Maria Bos Jones,
         Royal Netherlands Embassy,
         4200 Linnean Avenue, N.W.
         Washington D.C. 20008

(110)    Harald V, King;
(111)    Jens Stoltenberg, Prime Minister;
(112)    Offices of the King and of the Prime Minister;
(113)    Predecessors and Successors in Office;
(114)    Norway;
         C/O His Excellency Wegger Christain Strommen
         Royal Norwegian Embassy
         2720 34th Street, N.W.,
         Washington D.C. 20008

Additional Defendants of:
Original Jurisdiction to the Supreme Court of
the United States of America, Continued:

(115)    Asif Ali Zardari, President;
(116)    Syed Yousuf Raza Gilani, Prime Minister;
(117)    Offices of the President and of the Prime Minister;
(118)    Predecessors and Successors in Office;
(119)    Pakistan;
         C/O His Excellency Husain Haqqani,
         Embassy of Pakistan,
         3517 International Court, N.W.,
         Washington D.C. 20008

(120)    Bronislaw Komorowski; President;
(221)    Donald Tusk; Prime Minister;
(122)    Offices of the President and of the Prime Minister;
(123)    Predecessors and Successors in Office;
(124)    Replubic of Poland;
         C/O His Excellancy Robert Ryszard Kupiecki,
         Embassy of the Republic of Poland
         2640 16th Street N.W.,
         Washington D.C. 20009

(125)    Anibal Antonio Cacaco Silva; President;
(126)    Office of the President;
(127)    Predecessors and Successors in Office;
(128)    Portugal
         C/O His Excellancy Joao de Vallera,
         Embassy of Portugal,
         2012 Massachusetts , N.W.,
         Washington D.C. 20036

(129)    Hamad bin Khalifa Al Thani, Amir;
(130)    Hamad bin Jasim binJabir Al Thani, Prime Minister;
(131)    Offices of Amir and of the Prime Minister;
(132)    Predecessors and Successors in Office;
(133)    State of Qatar;
         C/O His Excellency Ali Bin Fahad Faleh Al-Hajri
         Embassy of the State of Qatar
         2555 M Street, N.W.,
         Suite 200
         Washington D.C. 20037

(133)    Abdallah bin Abd al-Aziz Al Saud, King;
(134)    Abdallah bin Abd al-Aziz Al Saud, Prime Minister;
(135)    Offices of the King and of the Prime Minister;
(136)    Predecessors and Successors in Office;
(137)    Saudi Arabia;
         C/O His Excellency Adel bin Ahmed Al-Jubeir;
         Royal Embassy of Saudi Arabia,
         601 New Hampshire Avenue, N.W.,
         Washington, D.C. 20037

Additional Defendants of:
Original Jurisdiction to the Supreme Court of
the United States of America, Continued:

(138)     Jacob Zuma, President;
(139)     Office of the President;
(140)     Predecessors and Successors in Office;
(141)     Republic of South Africa;
          C/O His Excellency Welile Augustine Witness Nhlapo
          Embassy of the Republic of South Africa,
          3051 Massachusetts, N.W.,
          Washington D.C. 20008

(142)     Juan Carlos de Borbon y Borbon, King, Chief of State;
(143)     Mariano Rajoy Brey, President of the Government;
(144)     Offices of the King, Chief of State, and of the President;
(145)     Predecessors and Successors in Office;
(146)     Spain;
          C/O His Excellency Jorge Dezcallar De Mazarredo
          Embassy of Spain,
          2375 Pennsylvania Avenue, N.W.,
          Washington D.C.20037

(147)     Eveline Widmer-Schlumpf, President Swiss Confederation;
(148)     Office of the President of the Swiss Confederation;
(149)     Predecessors and Successors in Office;
(150)     Switzerland;
          C/O His Excellency Urs Johann Ziswiler,
          Embassy of Switzerland,
          2900 Cathedral Avenue, N.W.,
          Washington, D.C. 20008

(151)     Bashar al-Asad, President;
(152)     Farouk al-Shara, Vice President;
(153)     Offices of the President and VicePresident;
(154)     Predecessors and Successors in Office;
(155)     Syrian Arab Republic;
          C/O His Excellency Dr. Imad Moustapha,
          Embassy of the Syrian Arab Replubic,
          2215 Wyoming Avenue, N.W.,
          Washington D.C. 20008

(156)     Abdullah Gul, President;
(157)     Recep Yayyip Erdogan, Prime Minister;
(158)     Offices of the President and of the Prime Minister;
(159)     Predecessors and Successors in Office;
(160)     Republic of Turkey;
          C/O His Excellency Nabi Sensoy,
          Embassy of the Republic of Turkey
          2525 Massachusetts  Avenue, N.W.
          Washington D.C. 20008

Additional Defendants of:
Original Jurisdiction to the Supreme Court of
the United States of America, Continued:

(161)      Viktor Yanukovych, President;
(162)      Mykola Azarov, Prime Minister;
(163)      Offices of the President and of the Prime Minister;
(164)      Predecessors and Successors in Office;
(165)      Ukraine;
           C/O His Excellency Oley Shamshur,
           Embassy of the Ukraine,
           3350 M Street, N.W.,
           Washington, D.C. 20007

(161)      Elizabethe II, Queen;
(162)      David William Donald Cameron, Prime Misister;
(163)      Lord Strathclyde, Leader of the House of Lords;
(164)      Offices of the Queen, Prime Minister, and the House of Lords;
(165)      Predecessors and Successors in Office;
(166)      United Kingdom of Great Britain
           C/O His Excellency Sir Nigel Elton Sheinwald,
           British Embassy,
           3100 Massachusetts Avenue, N.W.,
           Washington D.C. 20008

(167)      Hugao Chavez Frias, President;
(168)      Office of the President;
(169)      Predecessors and Successors in Office;
(170)      Bolivarian Republic of Venezuela;
           C/O His Excellency Bernado Alverez Herrera
           Embassy of the Bolivarian Republic of Venezuela,
           1099 30th Street, N.W.,
           Washington, D.C. 20007

(171)      Truong Tan Sang, President;
(172)      Office of the President;
(173)      Predecessors and Successors in Office;
(174)      Vietnam;
           C/O His Exeecellency Phung Cong Le,
           Embassy of Nietnam,
           1233 20th Street, N.W.
           Washington D.C. 20008

(174)      Robert Gabriel Mugabe, President;
(175)      Office of the President;
(176)      Predecessors and Successors in Office;
(177)      Republic of Zimbabwe;
           C/O His Excellency Dr. Machivenyika T. Mapuranga
           Embassy of the Republic of Zimbabwe
           1608 New Hampshire Avenue, N.W.,
           Washington D.C. 20009

Additional Defendants of:
Original Jurisdiction to the Supreme Court of
the United States of America; Continued, Ministers and Consuls:

(178)          Jeffery R. Immelt, Chairman, Chief Executive Officer,
               and "public Minister" to the President of
               the United States of America;
(179)          Predecessors and Successors in Office;
               C/O General Electric Corperation,
               3135 Easton Turnpike
               Fairfield Conneticut 06828

(180)          Warren Buffett, Chairman, Chief Executive, Officer,
               and "public Minister" to the President of
               the United States of America;
(181)          Predecessors and Successors in Office;
               C/O Bershire Hathaways
               3555 Farnam Street
               Omaha, Nebraska 68131

(182)          Hillary Rodham Clinton, Secretary of States;
(183)          Office of the Secretary of State;
(184)          Predecessors and Successors in Office;
               C/O Department of State,
               2201 C Street, N.W.
               Washington D.C. 20520

(185)          Timothy F. Geithner, Secretary of the Treasury;
(186)          Office of the Secretary of the Treasury;
(187)          Predecessors and Successors in Office;
               C/O Department of theTreasury,
               1500 Pennsylvania, N.W.,
               Washington D.C. 20220

(188)          Leon Panetta, Secretary of Defense
(189)          Office of the Secretary of Defense;
(190)          Predecessors and Successors in Office
               C/O Department of Defense
               The Pentagon
               Washington D.C. 20301

(190)          Eric H. Holder, Jr., Attorney General;
(192)          Office of the Attorney General;
(193)          Predecessors and Successors in Office;
               C/O Department Of Justice,
               Robert F. Kennedy Department of Justice Building,
               950 Pennsylnania Avenue, N.W.,
               Washington D.C. 20530

11

Additional Defendants of:
Original Jurisdiction to the Supreme Court of
the United States Of America; Continued, Ministers and Consuls:

(194)      Ken Salazar, Secretary of the Interior;
(195)      Office of the Secretary of the Interior;
(196)      Predecessors and Sucessors in Office;
           C/O Department of the Interior,
           Interior Building,
           1849 C Street, N.W.,
           Washington, D.C. 20240

(197)      Jamie L. Whitten, Secretary of Agriculture;
(198)      Office of the Secretary of Agriculture;
(199)      Predecessors and Successors in Office;
           C/O Department of Agriculture,
           1400 Independence Avenue, N.W.,
           Washington D.C. 20250

(200)      Gary Locke, Secretary of Commerce;
(201)      Office of the Secretary of Commerce;
(202)      Predecessors and Successors in Office;
           C/O Department of Commerce,
           14the Street between Pennsylvania Avenue and
           Constitution Avenue N.W.,
           Washington, D.C. 20230

(203)      Hilda L. Solis, Secretary of Labor,
(204)      Office of the Secretary of Labor;
(205)      Predecessors and Successors in Office
           C/O Department of Labor,
           Frances Perkins Building,
           Third Street and Constitution Avenue, N.W.
           Washington D.C. 20210

(206)      Kathleen G. Sebelius, Secretary of Health and
           Human Services;
(207)      Office of the Secretary of Health and Human Services;
(208)      Predecessors and Successors in Office;
           C/O Department of Health and Human Services;
           200 Independance Avenue, S.W.
           Washington D.C. 20201

(209)      Shaun Donovan; Secretary of Housing and
           Urban Development;
(210)      Office of the Secretary of Housing and
           Urban Development;
(211)      Predecessors and Successors in Office;
           C/O The Department of Housing and Urban Development,
           Room 1000,
           Robert C. Weaver Federal Building,
           451 Seventh Street,S.W.,
           Washington, D.C. 20410

Additional Defendants of:
Original Jurisdiction to the Supreme Court of
the United States of America; Continued, Ministers and Consuls:

(212)     Ray LaHood, Secretary of the Department of Transportation;
(213)     Office of the Secretary of the Department
          Of Transportation;
(214)     Predecessors and Successors in Office;
          C/O The Department of Transportation,
          Room W93-317,
          1200 New Jersey Avenue, S.E.,
          Washington, D.C. 20590

(215)     Steven Chu, Secretary of Energy;
(216)     Office of the Secretary of Energy;
(217)     Predecessors and Successors in Office;
          C/O Department of Energy,
          James Forrestal Building,
          1000 Independence Avenue, S.W.
          Washington D.C. 20585

(218)     Arne Duncan, Secretary of the Department of Education;
(219)     Office of the Secretary of the Department of Education;
(210)     Predecessors and Successors in Office;
          C/O The Department of Education,
          Roon: 7W301,
          400 Maryland Avenue, S.W.,
          Washington, D.C. 20202

(211)     Eric K. Shinseki, Secretary of the Department
          of Veterans Affairs;
(212)     Office of the Secretary of the Department
          of Veterans Affairs;
(213)     Predecessors and Successors in Office;
          C/O Department of Veterans Affairs,
          810 Vermont Avenue, N.W.,
          Washington, D.C. 20420

(214)     Janet Napolitano, Secretary of the Department of
          Homeland Security;
(215)     Office of the Secretary of the Department
          of Homeland Security;
(216)     Predecessors and Successors in Office;
          C/O The Department of Homeland Security,
          U.S Navel Security Station,
          3801 Nebraska Avenue, N.W.,
          Washington, D.C. 20393

13

Additional Defendants of:
Original Jurisdiction to the Supreme Court of
the united States of America; Continued, Ministers and Consuls:

(217)    Robert S. Mueller, III, Director of the Federal
         Bureau of Investigation;
(218)    Office of the Director of the Federal
         Bureau of Investigation;
(219)    Predecessors and Successors in Office;
         C/O The Federal Bureau of Investigation,
         J. Edgar Hoover Building,
         935 Pennsylvania, N.W.,
         Washington, D.C. 20535-0001

(220)    John or Jane Doe, Director of the National Crime
         Information Computer Center (NIIC);
(221)    Office of the Director of the National Crime
         Information Computer Center;
(222)    Predecessors and Successors in Office;
         C/O The Federal Bureau of Investigation,
         J edgar Hoover Building,
         955 Pennsylvania Avenue, N.W.,
         Washington, D.C. 20535-0001

(223)    Michael E. Walther, Director, National Drug Intelligence
         Center (NDIC);
(224)    Office of the Director of the National Drug
         Intelligence (NDIC);
         C/O The Justice Department of the United States,
         Robert F. Kennedy Main Justice Building,
         Room 1335
         Washington, D.C. 20530

(225)    Michael M. Leonhart, Adminstrator, Drug
         Enforcement Adminstration;
(226)    Office of the Director of the
         Drug Enforcement Adminstration;
(227)    Predecessors and Successors in Office;
         C/O The Department of Justice, Eric H.Holder, Jr.,
         Attorney General of the United States,
         Robert F. Kennedy Department of Justice Building,
         950 Pennsylvania Avenue, N.W.,
         Washington D.C. 20530

(228)    Ben S. Bernanke, Chairman, Board of Governors of
         the Federal Reserve System;
(229)    Office of the Chairman of the Board of
         Governors of the Federal Reserve System;
(230)    Predecessors and Successors in Office;
         C/O Board of Governors of the Federal Reserve System,
         Constitution Avenue and 20th Street, N.W.
         Washington, D.C. 20551

14

Additional Defendants of:
Original Jurisdiction to the Supreme Court of
the United States of America; Continued, Ministers and Councils:

(231)      Donald L. Kohn, Vice Chairman, Board of Governors
           of the Federal Reserve System;
(232)      Office of the Vice Chairman of the Board of Governors
           of the Federal Reserve System;
(233)      Predecessors and Successors in Office;
           C/O Board of Governors of the Federal Reserve System;
           Constitution Avenue and 20th Street, N.W.,
           Washington, D.C. 20551

(234)      Elizabeth A. Duke, Member; Daniel K. Tarullo, Member;
           Kevin M. Warsh, Member, Member; Board of Governors
           of the Federal Reserve System;
(235)      Offices of the Members of the Board of Governors of
           the Federal Reserve System;
           C/O The Board of Governors of the Federal Reserve System,
           Constitution Avenue and 20th Street, N.W.
           Washington, D.C. 20551

(236)      Mary L. Schapiro, Chairman of the Securities
           and Exchange Commission;
(237)      Office of the Chairman of the Securities and
           Exchange Commission;
(238)      Predecessors and Successors in Office;
           C/O The Securities and Exchange Commission
           100 F Street, N.W.,
           Washington, D.C. 20549

(239)      Sheila C. Bair, Chairman, Federal Deposit
           Insurance Corperation;
(240)      Office of the Chairman of the Federal
           Deposit Insurance Corporation;
(241)      Prdecessors and Successors in Office  of the Chairman of the
           Federal Deposit Insurance Corporation;
(242)      Martin J. Gruenburg, Vice Chairman, of the Federal
           Deposit Insurance Corporation;
(243)      Office of the Vice Chairman of the Federal Deposit
           Insurance Corporation;
(244)      Predecessors and Successors in Office of the Vice
           Chairman of the Federal Deposit Insurance Corporation;
(245)      Thomas J. Curry, Direcor; John C. Dugan, Director;
           John E. Bowman, Director; Eric J. Spitler, Director;
           Federal Deposit Insurance Corperations;
(246)      Offices of the Directors of the Federal Deposit
           Insurance Corporation;
(247)      Predecessors and Successors in Office for the Federal
           Deposit Insurance Corperation;
           C/O The Federal Deposit Insurance Corperation,
           550 17th Street, N.W.,
           Washington, D.C. 20429

Additional Defendants of:
Original Jurisdiction to the Supreme Court of
the United States of America; Continued, Ministers and Consuls:

(248)     Michael  Copps,  Chairman, Federal Communications
          Commission (FCC);
(249)     Office of the Chairman of the Federal Communications
          Commission (FCC);
(250)     Predecessors and Successors in Office
(251)     Jonathon S. Adelstien, Commissioner of the Federal
          Communications Commission;
(252)     Robert McDowell, Commissioner of the Federal
          Communications Commission;
(253)     Offices of the Commissioners of the Federal
          Communication Commission;
(254)     Predecessors and Successors in Office of the
          Commissioners of the Federal Communication Commission;
          C/O The Federal Communications Commission,
          445 12th Street, S.W.,
          Washington D.C. 20554

(255)     John J. Doll, Under Secretary of Commerce for
          Intellectual Property and Director of the
          U.S. Patent and Trademark Office;
(256)     Office of the Under Secretary of Commerce for
          Intellectual Property and Director of the
          U.S. Patent and Trademark Office;
(257)     Predecessors and Successors in Office of the Under
          Secretary of Commerce for Intellectual Property and
          Director of the U.S. Patent and Trademark Office;
(258)     Margaret A. Forcarino, Commissioner of Patents for the
          U.S. Patent and Trademark Office;
(259)     Office of the Commissioner of patents for the U.S.
          Patent and Trademark Office;
(260)     Predecessors and Successors in Office of the Commissioer of
          U.S. Patent and Trademark Office;
(261)     Lynne Beresfor, Commissioner for Trademarks for the
          U.S. Patent and Trademark Office;
(262)     Office of the Commissioner for Trademarks for the
          U.S. Patent and Trademark Office;
(263)     Predecessors and Successors in Office of
          of the Commissioners of the U.S. Patent and Trademark
          Office;
          C/O United States Patent and Trademark Office,
          600 Dulany Street,
          Arlington, Virginia 22313-3224

16

Additional Defendants of:
OriginalJurisdiction to the Supreme Court of
the United States of America; Continued, Ministers and Consuls:

(264)     John C. Dugan, Comptroller of the Currency;
(265)     Office of the Comptroller of Currency;
(266)     Predecessors and Successors in Office for the
          Comptroller of Currency;
          C/O The Office of the Comptroller of Currency,
          250 E Street, S.W.,
          Washington D.C. 20219

(267)     Douglas H. Shulman, Commissioner of the Internal
          Revenue Service;
(268)     Office the Commissioner of the Internal
          Revenue Service;
(269)     Predecessors and Successors in Office of the
          Commissioner of the Internal revenue Service;
          C/O The Internal Revenue Service,
          1111 Constitution Avenue, N.W.
          Washington, D.C. 20224

(270)     Scott M. Polskoff, Director, Office of
          Thrift Supervision;
(271)     Office of the Director of thrift Supervision;
          Predecessors and Successors in Office of
(272)     the Director of thrift Supervision;
          C/O The Office of thrift Supervision,
          1700 G Street, N.W.,
          Washington, D.C. 20552

(273)     John E. Potter, Postmaster General, Chief Executive
          Officer, U.S. Postal Service;
(274)     Office of the Poster Master General and the Chief
          Executive Officer of the U.S. Postal Service;
(275)     Carolyn Lewis Gallagher, Chariman of the Board of
          Governors of the U.S. Postal Service;
(276)     Office of the Chairman of the U.S. Postal Service;
(277)     Predecessors and Successors in Office of the Postmaster
          General, and Chief Executive Officer, and Chairman of
          the U.S. Postal Service;
(278)     Louis J. Giuliano, Vice Chairman of the U.S. Postal Service;
(279)     Patrick R. Donahoe, Deputy Postermaster General and
          Chief Operating Officer of the U.s. Postal Service;
(280)     Mickey D. Barnett; James H Bilbray; Alan C. Kessler;
          James C. Miller; Thurgood Marshall, Jr.;  Members of
          the board of Governors of the U.S. Postal Service;
(281)     Offices of the Members of the Board of Govenors of the
          U.S. Postal Service and the offices of the Deputy Postmaster
          General and Chief operating Officer for the
          U.S. Postal Service;
(282)     Predecessors and Successors in Office of the Offices of
          the Members of  the Board of Governors and the Deputy

Additional Defendants of:
Original Jurisdiction to the Supreme Court of
the United States of america; Continued, Ministers and Consuls:

PostermasterGeneral of the U.S. Postal Service;
C/O The U.S. Postal Service
475 L'Enfant Plaza, S.W.,
Washington, D.C. 20260

(283)  Ruth Y. Goldway, Chairman, Postal Regulatory Commission;
(284)  Office of the Chairman of the Postal
       Regulatory Commissioner;
(285)  Predecessors and Successors in Office for the
       Postal regulatory Commission;
(286)  Mark Acton, Commissioner, Postal Regulatory Commission;
(287)  Dan G. Blair, Commissioner, Postal Regulatory Commission;
(288)  Office of the Chairman, Office of the Commissioners of
       the Postal Regulatory Commission;
(289)  Predecessors and Successors in the Offices of the Chairman,
       and the Offices the Commissioners of the Postal
       Regulatory Commission;
       C/O The Postal Regulatory Commission
       100 F Street, N.E.,
       Suite 200,
       Washington, D.C. 20268

(290)  Harley G. Lappin, Director, Federal Bureau of Prisons;
(291)  Office of the Director of the Federal Bureau of Prisons;
(292)  Predecessors and Successors in Office to the
       Director of the Federal Bureau of Prisons;
       C/O Federal bureau of Prisons (BOP),
       320 first Street, N.W.
       Washington, D.C. 20534

(293)  John F. Clark, Director, Unted States Marshals Service;
(294)  Scott C. Rolstad, Assistant to the Director for Jusice
       an Alien Transportation System (JPATS);
(295)  Offices of the Director and of the Assistant Director
       for the United States Marshals Service and the Justice
       and Alien Transportation System (JPATS);
(296)  Predecessors and Successors in uffice of the Director and
       Assistant Director of the U.S. Marshals Service;
       C/O The United States Marshals Service
       Washington, D.C. 20530-1000

(296)  Ricardo H. Hinojosa, Chairman, U.S. Sentencing
       Commission;
(297)  Cffices of the Chairman of the U.S. Sentencing Commission;
(298)  Predecessor, and Successors in Office for the chairman
       of the U.S. Sentencing Commission;
       C/O The U.S. Sentencing Commission,
       One Columbus Circle, N.E.,
       Suite 200-500,
       Washington, D.C. 20002

**Additional Defendants of:**

Original and First Modify and Corrected Complaint
Lawsuit, Demand for a Jury Trial, Demand for Injunctive Relief:

(299)   Neil Anthony Gordon McPhie, Chairman, U.S. Merit
        Systems Protection Board;
(300)   Mary M. Rose, Vice Chairman for the U.S. Merit
        Systems Protection Board;
(301)   John or Jane Doe Vacant member of the U.S. Merit
        Systmes Protection Coard;
(302)   Offices of the Chairmand, Vice Chairman, and
        Johne Doe or Jane Doe @a Vacant Memeber(s) of the
        U.S. Merit Systems Protection Board;
(303)   Predeccessors and Successors in Office for the
        Chairman, Vice Chairman, and john Doe or Jane Doe
        Members  of the U.S. Merit Systems Protection
        Board;
        C/O The U.S. Merit Systems Protection Board
        1615 M Street, N.W.,
        Washington, D.C. 20419

**(304)**   Richard E. Besser, M.D., Director of the CENTER FOR
        DISEASE CONTROL AND PREVENTION;
**(305)**   Office ofd the Director for the CENTER FOR DISEASE
        CONTROL AND PREVENTION;
**(306)**   Predecessors and Successors in Office for the Director
        of the CENTER FOR DISEASE CONTROL AND PREVENTION:
        C/O the Centr for Disease Control and Prevention,
        1600 Clifton Road, N.E.,
        Atlanta, Georgia 30333

(307)   Raynard S. Kington, M.D., Director, National Ibn
        Institutes of Health;
(308)   Office of the Director for the National Institute
        of health;
(310)   Predecessors and Successors in Office for the Director
        of the National Institutes of health;
        C/O The national Institutes of Health
        9000 Rockville Pike,
        Bethesda, Maryland 20092

(311)   Joshua M. Snarfstein, M.D., Commissioner, Food and
        Drug Admistration;
**(312)**   **Office of the Commissioner for the Food and Drug
        Adminstration;**
**(313)**   **Predecessors and Successors of the Commissioner for
        the Food and Drug Administration;
        C/O The Food and Drug Adminstration,
        10903 New Hampshire Avenue,
        Silver Spring, Maryland 20993**

19

Additional Defendants of:
Original Jurisdiction to the Supreme Court of
the United States of America; Continued, Ministers and Consuls:

(314)    James B. Lockhart, III, Director of the Federal
         Housing Finance Agency;
(315)    Office of the Director of the Federal Housing Finance
         Agency;
(316)    Predecessors and Successors in Office of the Director of
         Federal Housing Finance Agency;
         C/O The Federal Housing Finance Agency;
         1700 G Street, N.W.
         4th Floor,
         Washington, D.C. 20552

(317)    Michael J. Astrue, Commissioner of the Social
         Security Adminstration;
(318)    Office of the Commissioner for the Social
         Security Administration;
(319)    Predecessors and Successors in Office for the
         Social Security Adminstration;
         C/O The Social Security Adminstration,
         Altmeyer Building
         Suite 900
         6401 Social Security Boulevard,
         Baltimore, Maryland 21235

(320)    William B. Liebman, Chairman, National Labor
         Relations Board;
(321)    Peter C. Schaumber, Board Member, National
         Labor Relations Board;
(322)    Vacant Office of Members of the National
         Labor Relations Board;
(323)    Predecessors and Successors in Office of the Chairman,
         and Members of the National Labor Relations Board;
         C/O The National Labor Relations Board,
         1099 14th Street, N.W.
         Washington, D.C. 20570

(324)    James H. Billington, Librarian of Congress;
(325)    Office of the Librarian of Congress;
(326)    Predecessors and Successors in Office for the
         Librarian of congress;
         C/O The Library of Congress,
         101 Independance Avenue, S.E.,
         Washington, D.C. 20540

(327)    Marybeth Peters, Register of Copyrights and Associate
         Librarian for Copyright Services;
(328)    Office the Register of Copyrights and Associate
         Librarian of Copyright services;

Additional Defendants of:
Original Jurisdiction to the Supreme Court of
the United States of America; Continued, Ministers and Consuls:

(329)        Predecessors and Successors in Office of the Office of
             the Register of Copyrights and Associate Librarian for
             Copyright Services;
             C/O The Library of Congress,
             101 Independence Avenue, S.E.
             Washington, D.C. 20540

(330)        Arden L. Mement, Jr., Director of the
             National Science Foundation;
(331)        Office of the Director of the National
             Science Foundation;
(332)        Predecessors and Successors in Office
             of the Director of the National Science Foundation;
             C/O The National Science Foundation,
             4201 Wilson Boulevard,
             Suite 1245,
             Arlington, Virginia 22230


*******************************************************************

Additional Defendants of:
Original Jurisdiction to the Supreme Court of
the United States of America:
Congressional Officer Defendants: Representtitives
[Note: Under the Constitution of the United States, a Senator
and Congressman are "ministers" for the "sovereign citizens" of
the United States, and hence each senator and each congressmen
occupies the position announced in Article Three § 2 of the said
constitution, where the said constitution provides "orginal
jurisdiction" to the Supreme Court of the United states, to wit:
"The judicial power shall extend to all cases, in law and [in]
equity, arising under this Constitution, the laws of the United
States, and treaties made, or which shall be made [in the future]
. . . [i]n all cases affecting ambassadors, other public ministers,
and consuls, and those in which the state shall be a party, the
supreme court shall have original jurisdiction." Black's Law
dictionary defines the word "minister" as those persons: "**Public
Law:** One of the highest functionaries in the organization of [a]
civil government, standing next to a next to the sovereign [citizen]
or executive head, or acting as his immediate auxiliary...". Under
the federal constitution, where the only sovereigns are the People
who "ordained and established" the federal constitution, a senator or a
Representitive  can occupy no other position under the parties
described by the Federal Constitution, including Article Three of the
said constitution other than a "minister" who is "representing" the
"sovereign citizens" of the United States. Likewise, the "minister"
position, representing all of the citizens of teh United States is
the only position that can be held by the President of the United
States.]

Additional Defendants of:
Original Jurisdiction to the Supreme Court
of the United States of America:
Congressional Officer Defendants:
Representive(s) Defendants:

[Note:  The "People of the United States," also known as "citizens
of the United States, and as "sovereign citizens" of the United
States, own and possess a proper definition of the phrase "sovereign
citizen" of the United States (see **Scott v. Sandford**, 15 L.Ed 691 for
statement "we the people" and "citizen" are synonymous terms) because,
in his opinion for the Supreme Court of the United States, Chief
Justice John Jay, the sixth son of Peter and Mary Van Cortlandt Jay,
along with Chief Justice Jay's co-members on the said United States
Supreme Court, i.e. Justice Blair, Justice Wilson, and Justice Wilson,
and Justice Cushing, provided the "People" with a correct definition
of the phrase "soveriegn citizen" in the case cited as: "**Chisholm v.
Georgia**, 1 L.Ed. 440, 2 Dall. 419; notwithstanding the entirely
erroneous opinions written by Justice Iredell in the same **Chisholm**
supra case, and notwithstanding the much later, post Civil War case
written by Justice Bradley in the case cited as: **Hans v. Louisiana**,
33 L.Ed. 842, 2 Dall. 419, which I say was even more erroneous than
was Justice Iredell's opinion in **Chisholm, supra** because Justice
Iredell's opinion was sayed by the fact that he had lived under
a "sovereign king" for musch of his life, and could have been
expected to possess the attitudes possessed by many persons of his
day. (see "Memorandum fo Law" enclosed herein and made a part hereof
to the instant complaint)]

[Note: Each defendant office concerning each State's "representitives"
of the United States House of Representitives have been first listed
according to each "district number" for each one of the number of
House Of Representitives membes afforded to each State. Following
each district number representing each office of House of Representitives
afforded to has been listed, the district number, the name of the
party holding the said office is listed as a defendant party. Then,
after current House of Representitive member defendant has been
listed, a separate defendant entitled: "Predecessors and Successors
in Office" has been listed, which is a category of defendants
which should be construed at all locations within the instant complaint
as naming any past or futue parties who may possess the office
being complained about.

## Alabama Representitives

(333)     District One;
(334)     Jo Bonner, Member, U.S, House of Representitives;
(335)     Predecessors and Successors in Office: Jo Bonner;
(336)     District Two;
(337)     Bobby Bright, Member, U.S. House of Representitives;
(338)     Predecessors and Successors in Office: Bobby Bright;
(339)     District Three;
(310)     Mike Rodgers, Member, U.S. House of Representitives;

Additional Defendants of:
Original Jurisdiction to the Supreme Court
of the United States of America:
Congressional Officer Defendants:
Representitive(s) Defendants:

### Alabama Representitives
### Continued:

(311)    Predecessors and Successors in Office: **Mike Rodgers;**
(312)    **District Four;**
(313)    **Robert B. Aderholt,** Member, U.S. House of Representitives;
(314)    Predecessors and Successors in Office: **Robert Aderholt;**
(315)    **District Five;**
(316)    Parker Griffith,Member, U.S. House of Representives;
(317)    Predecessors and Successors in Office: **Parker Griffith;**
(318)    **District Six;**
(319)    **Spencer Bachus,** Member U.S. House of Representitives;
(320)    Predecessors and Successors in Office: **Spencer Bachus;**
(321)    **District Seven;**
(322)    **Artur Davis,** Member U.S. House of Representitives;
(323)    Predecessors and Successors in Office: **Artur Davis.**

### Alaska Representitives

(324)    **District One – At Large;**
(325)    Don Young, Member, U.S. House of Representives;
(325)    Predecessors and Successors in Office: **Don Young;**


(326)    **District One;**
(327)    **Ann Kirkpatrick,** Member U.S. House fo Representitives;
(328)    Predecessors and Successors in Office: **Ann Kirkpatrick;**
(329)    **District Two;**
(330)    **Trent Franks,** Member, U.S. House of Representitives;
(331)    Predecessors and Successors in Office: **Trent Franks;**
(332)    **District Three;**
(333)    **John B. Shadegg,** Member, U.S. House of Representitives;
(334)    Predecessors and Successors in Office: **John Shadegg;**
(335)    **District Four;**
(336)    **Ed Pastor,** Member, U.S. House of Representitives;
(337)    Predecessors and Successors in Office;
(338)    **District Five;**
(339)    **Harry E. Mitchell,** Member, U.S. House of Representitives;
(340)    Predecessors and Successors in Office: **Harry Mitchell;**
(341)    **District Six;**
(342)    Jeff Blake, Member, U.S. House of Representitives;
(343)    Predecessors and Successors in Office: **Jeff Blake;**
(344)    **District Seven;**
(345)    **Raul M. Grijalva,** Member, U.S. House of Representitives;
(346)    Predecessors and Successors in Office: **Raul Grijalva;**
(347)    **District Eight;**
(348)    **Gabrielle Giffords,** Member, U.S. House of Represetitives;
(349)    Predecessors and Successors in Office: **Gabrielle Giffords;**

Additional Defendants of:
Original Jurisdiction to the Supreme Court
of the United States of America:
Congressional Officer Defendants:
Representative(s) Defendants:

## Arkansas Representatives

| | |
|---|---|
| (350) | District One; |
| (351) | Marion Berry, Member U.S. House of Representatives; |
| (352) | Predessors and Successors in Office: Marion Berry; |
| (353) | District Two; |
| (354) | Vic Snyder, Member U.S. House of Representatives; |
| (355) | Predessors and Successors in Office: Vic Snyder; |
| (356) | District Three; |
| (357) | John Boozman; Member of U.S. House of Representatives; |
| (358) | Predessors and Successors in Office: John Boozman; |
| (359) | District Four; |
| (360) | Mike Ross, Member U.S. House of Representatives; |
| (361) | Predessors and Successors in Office: Mike Ross; |

## California Representatives

| | |
|---|---|
| (362) | District One; |
| (363) | Mike Thompson, Member U.S. House of Representatives; |
| (364) | Predessors and Successors in Office: Mike Thompson; |
| (365) | District Two; |
| (366) | Wally Herger, Member of U.S. House of Representatives; |
| (367) | Predessors and Successors in Office: Wally Herger; |
| (368) | District Three; |
| (369) | Daniel E. Lungren, Member of U.S. House of Representatives; |
| (370) | Predessors and Successors in Office: Daniel E. Lungren; |
| (371) | District Four; |
| (372) | Tom McClintock, Member of U.S. House of Representatives; |
| (373) | Predessors and Successors in Office: Tom McClintock; |
| (374) | District Five; |
| (375) | Doris O. Matsui, Member of U.S. House of Representatives; |
| (376) | Predessors and Successors in Office: Doris O. Matsui; |
| (377) | District Six; |
| (378) | Lynn C. Woolsey, Member of U.S. House of Representatives; |
| (379) | Predessors and Successors in Office: Lynn C. Woolsey; |
| (380) | District Seven; |
| (381) | George Miller, Member of U.S. House of Representatives; |
| (382) | Predessors and Successors in Office: George Miller; |
| (383) | District Eight; |
| (384) | Nancy Pelosi, Member of U.S. House of Representatives; |
| (385) | Predessors and Successors in Office: Nancy Pelosi; |
| (386) | District Nine; |
| (387) | Barbara Lee, Member of U.S. House of Representatives; |
| (388) | Predessors and Successors in Office: Barbara Lee; |
| (389) | District Ten; |
| (390) | Ellen O. Tauscher, Member of U.S. House of Representatives; |
| (391) | Predessors and Successors in Office: Ellen O. Tauscher; |

Additional Defendants of:
Original Jurisdiction to the Supreme Court
of the United States of America:
Congressional Officer Defendants:
Representative(s) Defendants:

## California Representatives
### Continued:

```
(392)     District Eleven;
(393)     Jerry McNerney, Member U.S. House of Representatives;
(394)     Predessors and Successors in Office: Jerry McNerney;
(395)     District Twelve;
(396)     Jackie Speier, Member U.S. House of Representatives;
(397)     Predessors and Successors in Office: Jackie Speier;
(398)     District Thirteen;
(399)     Fortney Pete Stark, Member U.S. House of Representatives;
(400)     Predessors and Successors in Office: Fortney Pete Stark;
(401)     District Fourteen;
(402)     Anna G. Eshoo, Member U.S. House of Representatives;
(403)     Predessors and Successors in Office: Anna G. Eshoo;
(404)     District Fifteen;
(405)     Michael M. Honda, Member U.S. House of Representatives;
(406)     Predessors and Successors in Office: Michael M. Honda;
(407)     District Sixteen;
(408)     Zoe Lofgren, Member U.S. House of Representatives;
(409)     Predessors and Successors in Office: Zoe Lofgren;
(410)     District Eighteen;
(411)     Dennis A. Cardoza, Member U.S. House of Representatives;
(412)     Predessors and Successors in Office: Dennis A. Cardoza;
(413)     Districct Nineteen;
(414)     George Radanovich, Member U.S. House of Representatives;
(415)     Predessors and Successors in Office: George Radanovich;
(416)     District Twenty;
(417)     Jim Costa, Member U.S. House of Representatives;
(418)     Predessors and Successors in Office: Jim Costa;
(419)     District Twenty One
(420)     Devin Nunes, Member U.S. House of Representatives;
(421)     Predessors and Successors in Office: Devin Nunes;
(422)     District Twenty Two;
(423)     Kevin McCarthy, Member U.S. House of Representatives;
(424)     Predessors and Successors in Office: Kevin McCarthy;
(425)     District Twenty Three;
(426)     Lois Capps, Member U.S. House of Representatives;
(427)     Predessors and Successors in Office: Lois Capps;
(428)     District Twenty Four;
(429)     Elton Gallegly, Member U.S. House of Representatives;
(430)     Predessors and Successors in Office: Elton Gallegly;
(431)     District Twenty Five;
(432)     Howard P. McKeon, Member U.S. House of Representatives;
(433)     Predessors and Successors in Office: Howard P. McKeon;
(434)     District Twenty Six;
(435)     David Dreier, Member U.S. House of Representatives;
(436)     Predessors and Successors in Office: David Dreier;
```

Additional Defendants of:
Original Jurisdiction to the Supreme Court
of the United States of America:
Congressional Officer Defendants:
Representative(s) Defendants:

California Representatives
Continued:

| | |
|---|---|
| (437) | District Twenty Seven; |
| (438) | Brad Sherman, Member U.S. House Of Representatives; |
| (439) | Predessors and Successors in Office: Brad Sherman; |
| (440) | District Twenty Eight; |
| (441) | Howard L. Berman, Member U.S. House of Representatives; |
| (442) | Predessors and Successors in Office: Howard L. Berman; |
| (443) | District Twenty Nine; |
| (444) | Adam B. Schiff, Member U.S. House of Representatives; |
| (445) | Predessors and Successors in Office: Adam B. Schiff; |
| (446) | District Thirty; |
| (447) | Henry A. Waxman, Member U.S. House of Representatives; |
| (448) | Predessors and Successors in Office: Henry A. Waxman; |
| (449) | District Thirty One; |
| (450) | Xavier Becerra, Member U.S. House of Representatives; |
| (451) | Predessors and Successors in Office: Xavier Becerra; |
| (452) | District Thirty Two; |
| (453) | Judy Chu, Member U.S. House of Representatives; |
| (454) | Predessors and Successors in Office: Judy Chu; |
| (455) | District Thirty Three; |
| (456) | Diane E. Watson, Member U.S. House of Representatives; |
| (457) | Predessors and Successors in Office: Diane E. Watson; |
| (458) | District Thirty Four; |
| (459) | Lucille Roybal-Allard, Member U.S. House of Representatives; |
| (460) | Predessors and Successors in Office: Lucille Roybal-Allard; |
| (461) | District Thirty Five; |
| (462) | Maxine Waters, Member U.S. House of Representatives; |
| (463) | Predessors and Successors in Office: Maxine Waters; |
| (464) | District Thirty Six; |
| (465) | Jane Harman, Member U.S. House of Representatives; |
| (466) | Predessors and Successors in Office: Jane Harman; |
| (467) | District Thirty Seven; |
| (468) | Laura Richardson, Member U.S. House of Representatives; |
| (469) | Predessors and Successors in Office: Laura Richardson; |
| (470) | District Thirty Eight; |
| (471) | Grace F. Napolitano, Member U.S. House of Representatives; |
| (472) | Predessors and Successors in Office: Grace F. Napolitano; |
| (473) | District Thirty Nine; |
| (474) | Linda T. Sanchez, Member U.S. House of Representatives; |
| (475) | Predessors and Successors in Office: Linda T. Sanchez; |
| (476) | District Forty; |
| (477) | Edward R. Royce, Member U.S. House of Representatives; |
| (478) | Predessors and Successors in Office: Edward R. Royce; |
| (479) | District Forty One; |
| (480) | Jerry Lewis, Member U.S. House of Representatives; |
| (481) | Predessors and Successors in Office: Jerry Lewis; |

Additional Defendants of:
Original Jurisdiction to the Supreme Court
of the United States of America:
Congressional OfficeDefedns:
Representative(s) Defendants:

### California Representatives
### Continued:

| | |
|---|---|
| (482) | District Forty Two; |
| (483) | Gary G. Miller, Member U.S. House of Representatives; |
| (484) | Predessors and Successors in Office: Gary G. Miller; |
| (485) | District Forty Three; |
| (486) | Joe Baca, Member U.S. House of Representatives; |
| (487) | Predessors and Successors in Office: Joe Baca; |
| (488) | District Forty Four; |
| (489) | Ken Calvert, Member U.S. House of Representatives; |
| (490) | Predessors and Successors in Office: Ken Calvert; |
| (491) | District Forty Five; |
| (492) | Mary Bono Mack, Member U.S. House of Representatives; |
| (493) | Predessors and Successors in Office: Mary Bono Mack; |
| (494) | District Forty Six; |
| (495) | Dana Rohrabacher, Member U.S. House of Representatives; |
| (496) | Predessors and Successors in Office: Dana Rohrabacher; |
| (497) | District Forty Seven; |
| (498) | Loretta Sachez, Member U.S. House of Representatives; |
| (499) | Predessors and Successors in Office: Loretta Sanchez; |
| (500) | District Forty Eight; |
| (501) | John Campbell, Member U.S. House of Representatives; |
| (502) | Predessors and Successors in Office: John Campbell; |
| (503) | District Forty Nine; |
| (504) | Darrell E. Issa, Member U.S. House of Representatives; |
| (505) | Predessors and Successors in Office: Darrell E. Issa; |
| (506) | District Fifty; |
| (507) | Brian P. Bilbray, Member U.S. House of Representatives; |
| (508) | Predessors and Successors in Office: Brian P. Bilbray; |
| (509) | District Fifty One; |
| (510) | Bob Filner, Member U.S. House of Representatives; |
| (511) | Predessors and Successors in Office: Bob Filner; |
| (512) | District Fifty Two; |
| (513) | Duncan Hunter, Member U.S. House of Representatives; |
| (514) | Predessors and Successors in Office: Duncan Hunter; |
| (515) | District Fifty Three; |
| (516) | Susan A. Davis, Member U.S. House of Representatives; |
| (517) | Predessors and Successors in Office: Susan A. Davis; |

### Colorado Representatives

| | |
|---|---|
| (518) | District One; |
| (519) | Diana DeGette, Member U.S. House of Representatives; |
| (520) | Predessors and Successors in Office: Diana DeGette; |
| (521) | District Two; |
| (522) | Jared Polis, Member U.S. House of Representatives; |
| (523) | Predessors and Successors in Office: Jared Polis; |
| (524) | District Three; |

Additional Defendants of:
Original Jurisdiction to the Supreme Court
of the Unted States of America:
Congressional Officer Defendants:
Representative(s) Defendants:

## Colorado Representatives
### Continued:

(525)     John T. Salazar, Member U.S. House of Representatives;
(526)     Predessors and Successors in Office: John T. Salazar;
(527)     District Four;
(528)     Betsy Markey, Member U.S. House of Representatives;
(529)     Predessors and Successors in Office: Betsy Markey;
(530)     District Five;
(531)     Doug Lamborn, Member U.S. House of Representatives;
(532)     Predessors and Successors in Office: Doug Lamborn;
(533)     District Six;
(534)     Mike Coffman, Member U.S. House of Representatives;
(535)     Predessors and Successors in Office: Mike Coffman;
(536)     District Seven;
(537)     Ed Perlmutter, Member U.S. House of Representatives;
(538)     Predessors and Successors in Office: Ed Perlmutter;

## Connecticut Representatives

(539)     District One,
(540)     John B. Larson, Member U.S. House of Representatives;
(541)     Predessors and Successors in Office: John B. Larson;
(542)     District Two;
(543)     Joe Courtney, Member U.S. House of Representatives;
(544)     Predessors and Successors in Office: Joe Courtney;
(545)     District Three;
(546)     Rosa L. DeLauro, Member U.S. House of Representatives;
(547)     Predessors and Successors in Office: Rosa L. DeLauro;
(548)     District Four;
(549)     James A. Himes, Member U.S. House of Representatives;
(550)     Predessors and Successors in Office: James A. Himes;
(551)     District Five;
(552)     Christopher S. Murphy, Member U.S. House of Representatives;
(553)     Predessors and Successors in Office: Christopher S. Murphy;

## Delaware Representatives

(554)     At Large;
(555)     Michael N. Castle, Member U.S. House of Representatives;
(556)     Predessors and Successors in Office: Michael N. Castle;

## Florida Representatives

(557)     District One;
(558)     Jeff Miller, Member U.S. House of Representatives;
(559)     Predessors and Successors in Office: Jeff Miller;
(560)     District Two;

Additional Defendants of:
Original Jurisdiction to the Supreme Court
of the United States of America:
Congressional Officer Defendants:
Representative(s) Defendants:

Florida Representatives
Continued:

(561)      llen Boyd, Member U.S. House of Representatives;
(562)      **Predecessors** and Successors in Office: Allen Boyd;
(563)      District Three;
(564)      Corrine Brown, Member U.S. House of Representatives;
(565)      Predecessors and Successors in Office: Corrine Brown;
(565)      District Four;
(566)      Ander Crenshaw, Member U.S. House of Representatives;
(567)      Predecessors and Successors in Office: Ander Crenshaw;
(568)      District Five;
(569)      Ginny Brown-Waite, Member U.S. House of Representatives;
(570)      Predecessors and Successors in Office: Ginny Brown-Waite;
(571)      District Six;
(572)      Cliff Stearns, Member U.S. House of Representatives;
(573)      Predecessors and Successors in Office: Cliff Stearns;
(574)      District Seven;
(575)      John L. Mica, Member U.S. House of Representatives;
(576)      Predecessors and Successors in Office: John L. Mica;
(577)      District Eight;
(578)      Alan Grayson, Member U.S. House of Representatives;
(579)      Predecessors and Successors in Office: Alan Grayson;
(580)      District Nine;
(581)      Gus M. Bilirakis, Member U.S. House of Representatives;
(582)      Predecessors and Successors in Office: Gus M. Bilirakis;
(583)      District Ten;
(584)      C.W. Bill Young, Member U.S. House of Representatives;
(585)      Predecessors and Successors in Office: C.W. Bill Young;
(586)      District Eleven;
(587)      Kathy Castor, Member U.S. House of Representatives;
(588)      Predecessors and Successors in Office: Kathy Castor;
(589)      District Twelve;
(590)      Adam H. Putnam, Member U.S. House of Representatives;
(591)      Predecessors and Successors in Office: Adam H. Putnam;
(592)      District Thirteen;
(593)      Vern Cuchanan, Member U.S. House of Representatives;
(594)      Predecessors and Successors in Office: Vern Buchanan;
(595)      District Fourteen;
(596)      Connie Mack, Member U.S. House of Representatives;
(597)      Predecessors and Successors in Office: Connie Mack;
(598)      District Fifteen;
(599)      Bill Posey, Member U.S. House of Representatives;
(600)      Predecessors and Successors in Office: Bill Posey;
(601)      District Sixteen;
(602)      Thomas J. Rooney, Member U.S. House of Representatives;
(603)      Predecessors and Successors in Office: Thomas J. Rooney;

Additional Defendants of:
Original Jurisdiction to the Supreme Court
of the United States of America:
Congressional Officer Defendants:
Representative(s) Defendants:

Florida Representatives
Continued:

(604)     District Seventeen;
(605)     Kendrick B. Meek, Member U.S. House of Representatives;
(606)     Predecessors and Successors in Office: Kendrick B. Meek;
(607)     District Eighteen;
(608)     Ileana Ros-Lehtinen, Member U.S. House of Representatives;
(609)     Predecessors and Successors in Office: Ileana Ros-Lehtinen;
(610)     District Nineteen;
(611)     Robert Wexler, Member U.S. House of Representatives;
(612)     Predecessors and Successors in Office: Robert Wexler;
(613)     District Twenty;
(614)     Debbie Schultz, Member U.S. House of Representatives;
(615)     Predecessors and Successors in Office: Debbie Schultz;
(616)     District Twenty One;
(617)     Lincoln Diaz-Balart, Member U.S. House of Representatives;
(618)     Predecessors and Successors in Office: Lincoln Diaz-Balart;
(619)     District Twenty Two;
(620)     Ron Klein, Member U.S. House of Representatives;
(621)     Predecessors and Successors in Office: Ron Klein;
(622)     District Twenty Three;
(623)     Alcee L. Hastings, Member U.S. House of Representatives;
(624)     Predecessors and Successors in Office: Alcee L. Hastings;
(625)     District Twenty Four;
(626)     Suzanne M. Kosmas, Member U.S. House of Representatives;
(627)     Predecessors and Successors in Office: Suzanne M. Kosmas;
(628)     District Twenty Five;
(629)     Mario Diaz-Balart, Member U.S. House of Representatives;
(630)     Predecessors and Successors in Office: Mario Diaz-Balart;

Georgia Representatives

(631)     District One;
(632)     Jack Kingston, Member U.S. House of Representatives;
(633)     Predecessors and Successors in Office: Jack Kingston;
(634)     District Two;
(635)     Sanford D. Bishop, Jr., Member U.S. House of Representatives;
(636)     Predecessors and Successors in Office: Sanford D. Bishop, Jr.;
(637)     District Three;
(638)     Lynn A. Westmoreland, Member U.S. House of Representatives;
(639)     Predecessors and Successors in Office: Lynn A. Westmoreland;
(640)     District Four;
(641)     Henry C. Johnson, Jr., Member U.S. House of Representatives;
(642)     Predecessors and Successors in Office: Henry C. Johnson, Jr.;
(643)     District Five;
(644)     John Lewis, Member U.S. House of Representatives;
(645)     Predecessors and Successors in Office: John Lewis;
(646)     District Six;

Additional Defendants of:
Original Jurisdiction to the Supreme Court
of the United States of America:
Congressional Officer Defendants:
Representative(s) Defendants:

## Georgia Representatives
### Continued:

(647)    Tom Price, Member U.S. House of Representatives;
(648)    Predecessors and Successors in Office: Tom Price;
(649)    District Seven;
(650)    John Linder, Member U.S. House of Representatives;
(651)    Predecessors and Successors in Office: John Linder;
(652)    District Eight;
(653)    Jim Marshall, Member U.S. House of Representatives;
(654)    Predecessors and Successors in Office: Jim Marshall;
(655)    District Nine;
(656)    Nathan Deal, Member U.S. House of Representatives;
(657)    Predecessors and Successors in Office: Nathan Deal;
(658)    District Ten;
(659)    Paul C. Brown, Member U.S. House of Representatives;
(660)    Predecessors and Successors in Office: Paul C. Brown;
(661)    District Eleven;
(662)    Phil Gingrey, Member U.S. House of Representatives;
(663)    Predecessors and Successors in Office: Phil Gingrey;
(664)    District Twelve;
(665)    John Barrow, Member U.S. House of Representatives;
(666)    Predecessors and Successors in Office: John Barrow;
(667)    District Thirteen;
(668)    David Scott, Member U.S. House of Representatives;
(669)    Predecessors and Successors in Office: David Scott;

## Hawaii Representatives

(670)    District One;
(671)    Neil Abercrombie, Member U.S. House of Representatives;
(672)    Predecessors and Successors in Office: Neil Abercrombie;
(673)    District Two;
(674)    Mazie K. Hirono,      , Member U.S. House of Representatives;
(675)    Predecessors and Successors in Office: Mazie K. **Hirono**;

## Idaho Representatives

(676)    District One;
(677)    Walt Minnick, Member U.S. House of Representatives;
(678)    Predecessors and Successors in Office: Walt Minnick;
(679)    District Two;
(680)    Michael K. Simpson, Member U.S. House Of Representativees;
(681)    Predecessors and Successors in Office: Michael K. Simpson;

Additional Defendants of:
Original Jurisdiction to the Supreme Court
of the United States of America:
Congressional Officer Defendants:
Representative(s) Defendants:

### Illinois Representatives

| | |
|---|---|
| (632) | District One; |
| (683) | Bobby Rush, Member U.S. House of Representatives; |
| (684) | Predecessors and Successors in Office: Bobby Rush; |
| (685) | District Two; |
| (686) | Jesse L. Jackson, Jr., Member U.S. House of Representatives; |
| (687) | Predecessors and Successors in Office: Jesse L. Jackson, Jr.; |
| (688) | District Three; |
| (689) | Daniel Lipinski, Member U.S. House of Representatives; |
| (690) | Predecessors and Successors in Office: Daniel Lipinski; |
| (691) | District Four; |
| (692) | Luis V. Gutierrez, Member U.S. House of Representatives; |
| (693) | Predecessors and Successors in Office: Luis V. Gutierrez; |
| (694) | District Five; |
| (695) | Mike Quigley, Member U.S. House of Representatives; |
| (696) | Predecessors and Successors in Office: Mike Quigley; |
| (697) | District Six; |
| (698) | Peter J. Roskam, Member U.S. House of Representatives; |
| (699) | Predecessors and Successors in Office: Peter J. Roskam; |
| (700) | District Seven; |
| (701) | Danny K. Davis, Member U.S. House of Representatives; |
| (702) | Predecessors and Successors in Office: Danny K. Davis; |
| (703) | District Eight; |
| (704) | Melissa L. Bean, Member U.S. House of Representatives; |
| (705) | Predecessors and Successors in Office: Melissa L. Bean; |
| (706) | District Nine; |
| (707) | Janice D. Schakowsky, Member U.S. House of Representatives; |
| (708) | Predecessors and Successors in Office: Janice D. Schakowsky; |
| (709) | District Ten; |
| (710) | Mark Steven Kirk, Member U.S. House of Representatives; |
| (711) | Predecessors and Successors in Office: Mark Steven Kirk; |
| (712) | District Eleven; |
| (713) | Deborah L. Halvorson, Member U.S. House of Representatives; |
| (714) | Predecessors and Successors in Office: Deborah L. Halvorson; |
| (715) | District Twelve; |
| (716) | Jerry F. Costello, Member U.S. House of Representatives; |
| (717) | Predecessors and Successors in Office: Jerry F. Costello; |
| (718) | District Thirteen; |
| (719) | Judy Biggert, Member U.S. House of Representatives; |
| (720) | Predecessors and Successors in Office: Judy Biggert; |
| (721) | District Fourteen; |
| (722) | Bill Foster, Member U.S. House of Representatives; |
| (723) | Predecessors and Successors in Office: Bill Foster; |
| (724) | District Fifteen; |
| (725) | Timothy V. Johnson, Member U.S. House of Representatives; |
| (726) | Predecessors and Successors in Office: Timothy V. Johnson; |
| (727) | District Sixteen; |

Additional Defendants of:
Original Jurisdiction to the Supreme Court
of the United States of America:
Congressional Officer Defendants:
Representative(s) Defendants:

## Illinois Representatives
### Continued:

(728)   Donald A. Manzullo, Member U.S. House of Representatives;
(729)   Predecessors and Successors in Office: Donald A. Manzullo;
(730)   District Seventeen;
(731)   Phil Hare, Member U.S. House of Representatives;
(732)   Predecessors and Successors in Office: Phil Hare;
(733)   District Eighteen;
(734)   Aaron Schock, Member U.S. House of Representatives;
(735)   Predecessors and Successors in Office: Aaron Schock;
(736)   District Nineteen;
(737)   John Shimkus, Member U.S. House of Representatives;
(738)   Predecessors and Successors in Office: John Shimkus;

## Indiana Representatives

(739)   District One;
(740)   Peter J. Visclosky, Member U.S. House of Representatives;
(741)   Predecessors and Successors in Office: Peter J. Visclosky;
(742)   District Two;
(743)   Joe Donnelly, Member U.S. House of Representatives;
(744)   Predecesors and Successors in Office: Joe Donnelly;
(745)   District Three;
(746)   Mark E. Souder, Member U.S. House of Representatives;
(747)   Predecessors and Successors in Office: Mark E. Souder;
(748)   District Four;
(749)   Steve Buyer, Member U.S. House of Representatives;
(750)   Predecessors and Successors in Office: Steve Buyer;
(751)   District Five;
(752)   Dan Burton, Member U.S. House of Representatives;
(753)   Predecessors and Successors in Office: Dan Burton;
(754)   District Six;
(755)   Mike Pence, Member U.S. House of Representatives;
(756)   Predecessors and Successors in Office: Mike Pence;
(757)   District Seven;
(758)   Andre Carson, Member U.S. House of Representatives;
(759)   Predecessors and Successors in Office: Andre Carson;
(760)   District Eight;
(761)   Brad Ellsworth, Member U.S. House of Representatives;
(762)   Predecessors and Successors in Office: Brad Ellsworth;
(763)   District Nine;
(764)   Baron P. Hill, Member U.S. House of Representatives;
(765)   Predecessors and Successors in Office: Baron P. Hill;

## Iowa Representatives

(766)   District One;

Additional Defendants of:
Original Jurisdiction to the Supreme Court
of the United States of America:
Congressional Officer Defendants:
Representative(s) Defendants:

Iowa Representatives
Continued:

(767)     Bruce L. Braley, Member U.S. House of Representatives;
(768)     Predecessors and Successors in Office: Bruce L. Braley;
(769)     District Two;
(770)     David Loebsack, Member U.S. House of Representatives;
(771)     Predecessors and Successors in Office: David Loebsack;
(772)     District Three;
(773)     Leonard L. Boswell, Member U.S. House of Representatives;
(774)     Predecessors and Successors in Office: Leonard L. Boswell;
(775)     District Four;
(776)     Tom Latham, Member U.S. House of Representatives;
(777)     Predecessors and Successors in Office: Tom Latham;
(778)     District Five;
(779)     Steve King, Member U.S. House of Representatives;
(780)     Predecessors and Successors in Office: Steve King;

Kansas Representatives

(781)     District One;
(782)     Jerry Moran, Member U.S. House of Representatives;
(783)     Predecessors and Successors in Office: Jerry Moran;
(784)     District Two;
(785)     Lynn Jenkins, Member U.S. House of Representatives;
(786)     Predecessors and Successors in Office: Lynn Jenkins;
(787)     District Three;
(788)     Dennis Moore, Member U.S. House of Representatives;
(789)     Predecessors and Successors in Office: Dennis Moore;
(790)     District Four;
(791)     Todd Tiahrt, Member U.S. House of Representatives;
(792)     Predecessors and Successors in Office: Todd Tiahrt;

Kentucky Representatives

(793)     District One;
(794)     Ed Whitfield, Member U.S. House of Representatives;
(795)     Predecessors and Successors in Office: Ed Whitfield;
(796)     District Two;
(797)     Brett Guthrie, Member U.S. House of Representatives;
(798)     Predecessors and Successors in Office: Brett Guthrie;
(799)     District Three;
(800)     John A. Yarmuth, Member U.S. House of Representatives;
(801)     Predecessors and Successors in Office: John A. Yarmuth;
(802)     District Four;
(803)     Geoff Davis, Member U.S. House of Representatives;
(804)     Predecessors and Successors in Office: Geoff Davis;
(805)     District Five;

Additional Defendants of:
Original Jurisdiction to the Supreme Court
of the United States of America:
Congressional Officer Defendants:
Representative(s) Defendants:

## Kentucky Representatives
### Continued:

| | |
|---|---|
| (806) | Harold Rogers, Member U.S. House of Representatives; |
| (807) | Predecessors and Successors in Office: Harold Rogers; |
| (808) | District Six; |
| (809) | Ben Chandler, Member U.S. House of Representatives; |
| (810) | Predecessors and Successors in Office: Ben Chandler; |

## Louisiana Representatives

| | |
|---|---|
| (811) | District One; |
| (812) | Steve Scalise, Member U.S. House of Representatives; |
| (813) | Predecessors and Successors in Office: Steve Scalise; |
| (814) | District Two; |
| (815) | Anh Cao, Member U.S. House of Representatives; |
| (816) | Predecessors and Successors in Office: Anh Cao; |
| (817) | District Three; |
| (818) | Charlie Melancon, Member U.S. House of Representatives; |
| (819) | Predecessors and Successors in Office: Charlie Melancon; |
| (820) | District Four; |
| (821) | John Fleming, Member U.S. House of Representatives; |
| (822) | Predecessors and Successors in Office: John Fleming; |
| (823) | District Five; |
| (824) | Rodney Alexander, Member U.S. House of Representatives; |
| (825) | Predecessors and Successors in Office: Rodney Alexander; |
| (826) | District Six; |
| (827) | Bill Cassidy, Member U.S. House of Representatives; |
| (828) | Predecessors and Successors in Office: Bill Cassidy; |
| (829) | District Seven; |
| (830) | Charles W. Boustany, Jr., Member U.S. House of Representatives; |
| (831) | Predecessors and Successors in Office: Charles W. Boustany, Jr.; |

## Maine Representatives

| | |
|---|---|
| (832) | District One; |
| (833) | Chellie Pingree, Member U.S. House of Representatives; |
| (834) | Predecessors and Successors in Office: Chellie Pingree; |
| (835) | District Two; |
| (836) | Michael H. Michaud, Member U.S. House of Representatives; |
| (837) | Predecessors and Successors in Office: Michael H. Michaud; |

## Maryland Representatives

| | |
|---|---|
| (838) | District One; |
| (839) | Frank Kratovil, Jr., Member U.S. House of Representatives; |
| (840) | Predecessors and Successors in Office: Frank Kratovil, Jr.; |
| (841) | District Two; |

Additional Defendants of:
Original Jurisdiction to the Supreme Court
of the United States Of America:
Congressional Officer Defendants:
Representative(s) Defendants:

Maryland Representatives<br>Continued:

(842)    C.A. Dutch Ruppersberger, Member U.S. House Representatives;
(843)    Predecessors and Successors in Office: C.A. Dutch Ruppersberger;
(844)    District Three;
(845)    John P. Sarbanes, Member U.S. House of Representatives;
(846)    Predecessors and Successors in office: John P. Sarbanes;
(847)    District Four;
(848)    Donna F. Edwards, Member U.S. House of Representatives;
(849)    Predecessors and Successors in Office: Donna F. Edwards;
(850)    District Five;
(851)    Steny H. Hoyer, Member U.S. House of Representatives;
(852)    Predecessors and Successors in Office: Steny H. Hoyer;
(853)    District Six;
(854)    Roscoe G.Bartlett, Member U.S. House of Representatives;
(855)    Predecessors and Successors in Office: Roscoe G. Bartlett;
(856)    District Seven;
(857)    Elijah E. Cummings, Member U.S. House of Reprentatives;
(858)    Predecessors and Successors in Office: Elijah E. Cummings;
(859)    District Eight;
(860)    Chris Van Hollen, Member U.S. House of Representatives;
(861)    Predecessors and Successors in Office: Chris Van Hollen;

Massachusetts Representatives

(862)    District One;
(863)    John W. Oliver, Member U.S. House of Representatives;
(864)    Predecessors and Successors in Office: John W. Oliver;
(865)    District Two;
(866)    Richard E. Neal, Member U.S. House of Representatives;
(867)    Predecessors and Successors in Office: Richard E. Neal;
(868)    District Three;
(869)    James P. McGovern, Member U.S. House of Representatives;
(870)    Predecessors and Successors in Office: James P. McGovern;
(871)    District Four;
(872)    Barney Frank, Member U.S. House of Representatives;
(873)    Predecessors and Successors in Office: Barney Frank;
(874)    District Five;
(875)    Niki Tsongas, Member U.S. House of Representatives;
(876)    Predecessors and Successors in Office: Niki Tsongas;
(877)    District Six;
(878)    John F. Tierney, Member U.S. House of Representatives;
(879)    Predecessors and Successors in Office: John F. Tierney;
(880)    District Seven;
(881)    Edward J. Markey, Member U.S. House of Representatives;
(882)    Predecessors and Successors in Office: Edward J. Markey;
(883)    District Eight;

Additional Defendants of:
Original Jurisdiction to the Supreme Court
of the United States of America:
Congressional Officer Defendants:
Representative(s) Defendants:

                    Massachusetts Representatives
                            Continued:

(884)     Michael E. Capuano, Member U.S. House of Representatives;
(885)     Predecessors and Successors in Office: Michael E. Capuano;
(886)     District Nine;
(887)     Stephen F. Lynch, Member U.S. House of Representatives;
(888)     Predecessors and Successors in Office: Stephen F. Lynch;
(889)     District Ten;
(890)     Bill Delahunt, Member U.S. House of Representatives;
(891)     Predecessors and Successors in Office: Bill Delahunt;

                    Michigan Representatives

(892)     District One;
(893)     Bart Stupak, Member U.S. House of Representatives;
(894)     Predecessors and Successors in Office: Bart Stupak;
(895)     District Two;
(896)     Peter Hoekstra, Member U.S. House of Representatives;
(897)     Predecessors and Successors in Office: Peter Hoekstra;
(898)     District Three;
(899)     Vernon J. Ehlers, Member U.S. House of Representatives;
(900)     Predecessors and Successors in Office: Vernon J. Ehlers;
(901)     District Four;
(902)     Dave Camp, Member U.S. House of Representatives;
(903)     Predecessors and Successors in Office: Dave Camp;
(904)     District Five;
(905)     Dale E. Kildee, Member U.S. House of Representatives;
(906)     Predecessors and Successors in Office: Dale E. Kildee;
(907)     District Six;
(908)     Fred Upton, Member U.S. House of Representatives;
(909)     Predecessors and Successors in Office: Fred Upton;
(910)     District Seven;
(911)     Mark H. Schauer, Member U.S. House of Representatives;
(912)     Predecessors and Successors in Office: Mark H. Schauer;
(913)     District Eight;
(914)     Mike Rogers, Member U.S. House of Representatives;
(915)     Predecessors and Successors in Office: Mike Rogers;
(916)     District Nine;
(917)     Gary C. Peters, Member U.S. House of Representatives;
(918)     Predecessors and Successors in Office: Gary C. Peters;
(919)     District Ten;
(920)     Candice S. Miller, Member U.S. House of Representatives;
(921)     Predecessors and Successors in Office: Candice S. Miller;
(922)     District Eleven;
(923)     Thaddeus G. McCotter, Member U.S. House of Representatives;
(924)     Predecessors and Successors in Office: Thaddeus G. McCotter;
(925)     District Twelve;

Additional Defendants of:
Original Jurisdiction to the Supreme Court
of the United States of America:
Congressional Officer Defendants:
Representative(s) Defendants:

Michigan Representatives
Continued:

(926)     Sander M. Levin, Member U.S. House of Representatives;
(927)     Predecessors and Successors in Office: Sander M. Levin;
(928)     District Thirteen;
(929)     Carolyn C. Kilpatrick, Member U.S. House of Representatives;
(930)     Predecessors and Successors in Office: Carolyn C. Kilpatrick;
(931)     District Fourteen;
(932)     John Conyers, Jr., Member U.S. House of Representatives;
(933)     Predecessors and Successors in Office: John Conyers;
(934)     District Fifteen;
(935)     John D. Dingell, Member U.S. House of Representatives;
(936)     Predecessors and Successors in Office: John D. Dingell;

Minnesota Representatives

(937)     District One;
(938)     Timothy J. Walz, Member U.S. House of Representatives;
(939)     Predecessors and Successors in Office: Timothy J. Walz;
(940)     District Two;
(941)     John Kline, Member U.S. House of Representatives;
(942)     Predecessors and Successors in Office: John Kline;
(943)     District Three;
(944)     Erik Paulsen, Member U.S. House of Representatives;
(945)     Predecessors and Successors in Office: Erik Paulsen;
(946)     District Four;
(947)     Betty McCollum, Member U.S. House of Representatives;
(948)     Predecessors and Successors in Office: Betty McCollum;
(949)     District Five;
(950)     Keith Ellison, Member U.S. House of Representatives;
(951)     Predecessors and Successors in Office: Keith Ellison;
(952)     District Six;
(953)     Michele Bachmann, Member U.S. House of Representatives;
(954)     Predecessors and Successors in Office: Michele Bachmann;
(955)     District Seven;
(956)     Collin C. Peterson, Member U.S. House of Representatives;
(957)     Predecessors and Successors in Office: Collin C. Peterson;
(958)     District Eight;
(959)     James L. Oberstar, Member U.S. House of Representatives;
(960)     Predecessors and Successors in Office: James L. Oberstar;

Mississippi Representatives

(961)     District One;
(962)     Travis W. Childers, Member U.S. House of Representatives;
(963)     Predecessors and Successors in Office: Travis W. Childeers;
(964)     District Two;

38

Additional Defendants of:
Original Jurisdiction to the Supreme Court
of the United States of America:
Congressional Officer Defendants:
Representative(s) Defendants:

### Mississippi Representatives
### Continued:

(965)   Bennie G. Thompson, Member U.S. House of Representatives;
(966)   Predecessors and Successors in Office: Bennie G. Thompson;
(967)   District Three;
(968)   Gregg Harper, Member U.S. House of Representatives;
(969)   Predecessors and Successors in Office: Gregg Harper;
(970)   District Four;
(971)   Gene Taylor, Member U.S. House of Representatives;
(972)   Predecessors and Successors in Office: Gene Taylor;

### Missouri Representatives

(973)   District One;
(974)   Wm. Lacy Clay, Member U.S. House of Representatives;
(975)   Predecessors and Successors in Office: Wm. Lacy Clay;
(976)   District Two;
(977)   W. Todd Akin, Member U.S. House of Representatives;
(978)   Predecessors and Successors in Office: W. Todd Akin;
(979)   District Three;
(980)   Russ Carnahan, Member U.S. House of Representatives;
(981)   Predecessors and Successors in Office: Russ Carnahan;
(982)   District Four;
(983)   Ike Skelton, Member U.S. House of Representatives;
(984)   Predecessors and Successors in Office: Ike Skelton;
(985)   District Five;
(986)   Emmanuel Cleaver, Member U.S. House of Representatives;
(987)   Predecessors and Successors in Office: Emmanuel Cleaver;
(988)   District Six;
(989)   Sam Graves, Member U.S. House of Representatives;
(990)   Predecessors and Successors in Office: Sam Graves;
(991)   District Seven;
(992)   Roy Blunt, Member U.S. House of Representatives;
(993)   Predecessors and Successors in Office: Roy Blunt;
(994)   District Eight;
(995)   Jo Ann Emerson, Member U.S. House of Representatives;
(996)   Predecessors and Successors in Office: Jo Ann Emerson;
(997)   District Nine;
(998)   Blaine Luetkemeyer, Member U.S. House of Representatives;
(999)   Predecessors and Successors in Office: Blaine Luetkemeyer;

### Montana Representatives

(1000)   At Large;
(1001)   Denny Rehberg, Member U.S. House of Representatives;
(1002)   Predecessors and Successors in Office: Denny Rehberg;

Additional Defendants of:
Original Jurisdiction to the Supreme Court
of the United States of America:
Congressional Officer Defendants:
Representative(s) Defendants:

### Nebraska Representatives

| | |
|---|---|
| (1003) | District One; |
| (1004) | Jeff Fortenberry, Member U.S. House of Representatives; |
| (1005) | Predecessors and Successors in Office: Jeff Fortenberry; |
| (1006) | District Two; |
| (1007) | Lee Terry, Member U.S. House of Representatives; |
| (1008) | Predecessors and Successors in Office: Lee Terry; |
| (1009) | District Three; |
| (1010) | Adrian Smith, Member U.S. House of Representatives; |
| (1011) | Predecessors and Successors in Office: Adrian Smith; |

### Nevada Representatives

| | |
|---|---|
| (1012) | District One; |
| (1013) | Shelley Berkley, Member U.S. House of Representatives; |
| (1014) | Predecessors and Successors in Office: Shelley Berkley; |
| (1015) | District Two; |
| (1016) | Dean Heller, Member U.S. House of Representatives; |
| (1017) | Predecessors and Successors in Office: Dean Heller; |
| (1018) | District Three; |
| (1019) | Dina Titus, Member U.S. House of Representatives; |
| (1020) | Predecessors and Successors in Office: Dina Titus; |

### New Hampshire Representatives

| | |
|---|---|
| (1021) | District One; |
| (1022) | Carol Shea-Porter, Member U.S. House of Representatives; |
| (1023) | Predecessors and Successors in Office: Carol Shea-Porter; |
| (1024) | District Two; |
| (1025) | Paul W. Hodes, Member U.S. House of Representatives; |
| (1026) | Predecessors and Successors in Office: Paul W. Hodes; |

### New Jersey Representatives

| | |
|---|---|
| (1027) | District One; |
| (1028) | Robert E. Andrews, Member U.S. House of Representatives; |
| (1029) | Predecessors and Successors in Office: Robert E. Andrews; |
| (1030) | District Two; |
| (1031) | Frank A. LoBiondo, Member U.S. House of Representatives; |
| (1032) | Predecessors and Successors in Office: Frank A. LoBiondo; |
| (1033) | District Three; |
| (1034) | John H. Adler,, Member U.S. House of Representatives; |
| (1035) | Predecessors and Successors in Office: John H. Adler; |
| (1036) | District Four; |
| (1037) | Chistopher Smith, Member U.S. House of Representatives; |
| (1038) | Predecessors and Successors in Office: Christopher Smith; |
| (1039) | District Five; |

Additional Defendants of:
Original Jurisdiction to the Supreme Court
of the United States of America:
Congressional Officer Defendants:
Representative(s) Defendants:

### New Jersey Representatives
### Continued:

| | |
|---|---|
| (1040) | Scott Garrett, Member U.S. House of Representatives; |
| (1041) | Predecessors and Successors in Office: Scott Garrett; |
| (1042) | District Six; |
| (1043) | Frank Pallone, Jr., Member of House of Representatives; |
| (1044) | Predecessors and Successors in Office: Frank Pallone, Jr.; |
| (1045) | District Seven; |
| (1046) | Leonard Lance, Member of House of Representatives; |
| (1047) | Predecessors and Successors in Office: Leonard Lance; |
| (1048) | District Eight; |
| (1049) | Bill Pascrell, Jr., Member of House of Representatives; |
| (1050) | Predecessors and Successors in Office: Bill Pascrell, Jr.; |
| (1051) | District Nine; |
| (1052) | Steven R. Rothman, Member of House of Representatives; |
| (1053) | Predecessors and Successors in Office: Steven R. Rothman; |
| (1054) | District Ten; |
| (1055) | Donald M. Payne, Member of House of Representatives; |
| (1056) | Predecessors and Successors in Office: Donald M. Payne; |
| (1057) | District Eleven; |
| (1058) | Rodney Frelinghuysen, Member of House of Representatives; |
| (1059) | Predecessors and Successors in Office: Rodney Frelinghuysen; |
| (1060) | District Twelve; |
| (1061) | Rush D. Holt, Member of House of Representatives; |
| (1062) | Predecessors and Successors in Office: Rush D. Holt; |
| (1063) | District Thirteen; |
| (1064) | Albio Sires, Member House of Representatives; |
| (1065) | Predecessors and Successors in Office: Albio Sires; |

### New Mexico Representatives

| | |
|---|---|
| (1066) | District One; |
| (1067) | Martin Heinrich, Member House of Representatives; |
| (1068) | Predecessors and Successors in Office: Martin Heinrich; |
| (1069) | District Two; |
| (1070) | Harry Teague, Member House of Representatives; |
| (1071) | Predecessors and Successors in Office: Harry Teague; |
| (1072) | District Three; |
| (1073) | Ben Ray Lujan, Member House of Representatives; |
| (1074) | Predecessors and Successors in Office: Ben Ray Lujan; |

### New York Representatives

| | |
|---|---|
| (1075) | District One; |
| (1076) | Timothy H. Bishop, Member House of Representatives; |
| (1077) | Predecessors and Successors in Office: Timothy M. Bishop; |
| (1078) | District Two; |

Additional Defendants of:
Original Jurisdiction to the Supreme Court
of the United States of America:
Congressional Officer Defendants:
Representative(s) Defendants:

New York Representatives
Continued:

(1079)     Steve Israel, Member House of Representatives;
(1080)     Predecessors and Successors in Office: Steve Israel;
(1081)     District Three;
(1082)     Peter T. King, Member House of Representatives;
(1083)     Predecessors and Successors in Office: Peter T. King;
(1084)     District Four;
(1085)     Carolyn McCarthy, Member House of Representatives;
(1086)     Predecessors and Successors in Office: Carolyn McCarthy;
(1087)     District Five;
(1088)     Gary L. Ackerman, Member House of Representatives;
(1089)     Predecessors and Successors in Office: Gary L. Ackerman;
(1090)     District Six;
(1091)     Gregory W. Meeks, Member House of Representatives;
(1092)     Predecessors and Successors in Office: Gregory W. Meeks;
(1093)     District Seven;
(1094)     Joseph Crowley, Member House of Representatives;
(1095)     Predecessors and Successors in Office: Joseph Crowley;
(1096)     District Eight;
(1097)     Jerrold Nadler, Member House of Representatives;
(1098)     Predecessors and Successors in Office: Jerrold Nadler;
(1099)     District Nine;
(1100)     Anthony Weiner, Member House of Representatives;
(1101)     Predecessors and Successors in Office: Anthony Weiner;
(1102)     District Ten;
(1103)     Edolphus Towns, Member House of Representatives;
(1104)     Predecessors and Successors in Office: Edolphus Towns;
(1105)     District Eleven;
(1106)     Yvette D. Clarke, Member House of Representatives;
(1107)     Predecessors and Successors in Office: Yvette D. Clarke;
(1108)     District Twelve;
(1109)     Nydia Velazquez, Member House of Representatives;
(1110)     Predecessors and Successors in Office: Nydia Velazquez;
(1111)     District Thirteen;
(1112)     Michael McMahon, Member House of Representatives;
(1113)     Predecessors and Successors in Office: Michael McMahon;
(1114)     District Fourteen;
(1115)     Carolyn Maloney, Member House of Representatives;
(1116)     Predecessors and Successors in Office: Carolyn Maloney;
(1117)     District Fifteen;
(1118)     Charles Rangel, Member House of Representatives;
(1119)     Predecessors and Successors in Office: Charles Rangel;
(1120)     District Sixteen;
(1121)     Jose E. Serrano, Member House of Representatives;
(1122)     Predecessors and Successors in Office: Jose E. Serrano;

42

Additional Defendants of:
Original Jurisdiction to the Supreme Court
of the United States of America:
Congressional Officer Defendants:
Representative(s) Defendants:

New York Representatives
Continued:

(1123)    District Seventeen;
(1124)    Eliot L. Engel, Member House of Representatives;
(1125)    Predessors and Successors in Office: Eliot L. Engel;
(1126)    District Eighteen;
(1127)    Nita M. Lowey, Member House of Representatives;
(1128)    Predecessors and Successors in Office: Nita M. Lowey;
(1129)    District Nineteen;
(1130)    John J. Hall, Member House of Representatives;
(1131)    Predecessors and Successors in Office: John J. Hall;
(1132)    District Twenty;
(1134)    Scott Murphy, Member House of Representatives;
(1135)    Predecessors and Successors in Office: Scott Murphy;
(1136)    District Twenty One;
(1137)    Paul Tonko, Member House of Representatives;
(1138)    Predecessors and Successors in Office: Paul Tonko;
(1139)    District Twenty Two;
(1140)    Maurice Hinchey, Member House of Representatives;
(1141)    Predecessors and Successors in Office: Maurice Hinchey;
(1142)    District Twenty Three;
(1143)    John McHugh, Member House of Representatives;
(1144)    Predecessors and Successors in Office: John McHugh;
(1145)    District Twenty Four;
(1146)    Michael A. Arcuri, Member House of Representatives;
(1147)    Predecessors and Successors in Office: Michael A. Arcuri;
(1148)    District Twenty Five;
(1149)    Daniel B. Maffei, Member House of Representatives;
(1150)    Predecessors and Successors in Office: Daniel B. Maffei;
(1151)    District Twenty Six;
(1152)    Christopher Lee, Member House of Representatives;
(1153)    Predecessors and Successors in Office: Christopher Lee;
(1154)    District Twenty Seven;
(1155)    Brian Higgins, Member House of Representatives;
(1156)    Predecessors and Successors in Office: Brian Higgins;
(1157)    District Twenty Eight;
(1158)    Louise Slaughter, Member House of Representatives;
(1159)    Predecessors and Successors in Office: Louise Slaughter;
(1160)    District Twenty Nine;
(1161)    Eric Massa, Member House of Representatives;
(1162)    Predecessors and Successors in Office: Eric Massa;

North Carolina Representatives

(1163)    District One;
(1164)    G.K. Butterfield, Member House of Representatives;
(1165)    Predecessors and Successors in Office: G.K. Butterfield;

Additional Defendants of:
Original Jurisdiction to the Supreme Court
of the United States of America:
Congressional Officer Defendants:
Representative(s) Defendants:

## North Carolina Representatives
### Continued:

(1166)     District Two;
(1167)     Bob Etheridge, Member House of Representatives;
(1168)     Predecessors and Successors in Office: Bob Etheridge;
(1169)     District Three;
(1170)     Walter B. Jones, Member House of Representatives;
(1171)     Predecessors and Successors in Office: Walter B. Jones;
(1172)     District Four;
(1173)     David E. Price, Member House of Representatives;
(1174)     Predecessors and Successors in Office: David E. Price;
(1175)     District Five;
(1176)     Virginia Foxx, Member House of Representatives;
(1177)     Predecessors and Successors in Office: Virginia Foxx;
(1178)     District Six;
(1179)     Howard Cable, Member House of Representatives;
(1180)     Predecessors and Successors in Office: Howard Cable;
(1181)     District Seven;
(1182)     Mike McIntyre, Member House of Representatives;
(1183)     Predecessors and Successors in Office: Mike McIntyre;
(1184)     District Eight;
(1185)     Larry Kissell, Member House of Representatives;
(1186)     Predecessors and Successors in Office: Larry Kissell;
(1187)     District Nine;
(1188)     Sue Myrick, Member House of Representatives;
(1189)     Predecessors and Successors in Office: Sue Myrick;
(1190)     District Ten;
(1191)     Patrick McHenry, Member House of Representatives;
(1192)     Predecessors and Successors in Office: Patrick McHenry;
(1193)     District Eleven;
(1194)     Heath Shuler, Member House of Representatives;
(1195)     Predecessors and Successors in Office: Heath Shuler;
(1196)     District Twelve;
(1197)     Melvin L. Watt, Member House of Representatives;
(1198)     Predecessors and Successors in Office: Melvin L. Watt;
(1199)     District Thirteen;
(1200)     Brad Miller, Member House of Representatives;
(1201)     Predecessors and Successors in Office: Brad Miller;

## North Dakota Representatives

(1202)     At Large;
(1203)     Earl Pomeroy, Member House of Representatives;
(1204)     Predecessors and Successors in Office: Earl Pomeroy;

## Ohio Representatives

(1205)     District One;

Additional Defendants of:
Original Jurisdiction to the Supreme Court
of the United States of America:
Congressional Officer Defendants:
Representative(s) Defendants:

Ohio Representatives
Continued:

(1206)    Steve Driehaus, Member House of Representatives;
(1207)    Predecessors and Successors in Office: Steve Driehaus;
(1208)    District Two;
(1209)    Jean Schmidt, Member House of Representatives;
(1210)    Predecessors and Successors in Office: Jean Schmidt;
(1211)    District Three;
(1212)    Michael R. Turner, Member House of Representatives;
(1213)    Predecessors and Successors in Office: Michael R. Turner;
(1214)    District Four;
(1215)    Jim Jordan, Member House of Representatives;
(1216)    Predecessors and Successors in Office: Jim Jordan;
(1217)    District Five;
(1218)    Robert E. Latta, Member House of Representatives;
(1219)    Predecessors and Successors in Office: Robert E. Latta;
(1220)    District Six;
(1221)    Charles Wilson, Member House of Representatives;
(1222)    Predecessors and Successors in Office: Charles Wilson;
(1223)    District Seven;
(1224)    Steve Austria, Member House of Representatives;
(1225)    Predecessors and Successors in Office: Steve Austria;
(1226)    District Eight;
(1227)    John Boehner, Member House of Representatives;
(1228)    Predecessors and Successors in Office: John Boehner;
(1229)    District Nine;
(1230)    Marcy Kaptur, Member House of Representatives;
(1231)    Predecessors and Successors in Office: Marcy Kaptur;
(1232)    District Ten;
(1233)    Dennis Kucinich, Member House of Representatives;
(1234)    Predecessors and Successors in Office: Dennis Kucinich;
(1235)    District Eleven;
(1236)    Marcia L. Fudge, Member House of Representatives;
(1237)    Predecessors and Successors in Office: Marcia L. Fudge;
(1238)    District Twelve;
(1239)    Patrick Tiberi, Member House of Representatives;
(1240)    Predecessors and Successors in Office: Patrick Tiberi;
(1241)    District Thirteen;
(1242)    Betty Sutton, Member House of Representatives;
(1243)    Predecessors and Successors in Office: Betty Sutton;
(1244)    District Fourteen;
(1245)    Steven LaTourette, Member House of Representatives;
(1246)    Predecessors and Successors in Office: Steven LaTourette;
(1247)    District Fifteen;
(1248)    Mary Jo Kilroy, Member House of Representatives;
(1249)    Predecessors and Successors in Office: Mary Jo Kilroy;
(1250)    District Sixteen;

Additional Defendants of:
Original Jurisdiction to the Supreme Court
of the United States of America:
Congressional Officer Defendants:
Representative(s) Defendants:

Ohio Representatives
Continued:

(1251)     John Boccieri, Member House of Representatives;
(1252)     Predecessors and Successors in Office: John Boccieri;
(1253)     District Seventeen;
(1254)     Tim Ryan, Member House of Representatives;
(1255)     Predecessors and Successors in Office: Tim Ryan;
(1256)     District Eighteen;
(1257)     Zachary Space, Member House of Representatives;
(1258)     Predecessors and Successors in Office: Zachary Space;

Oklahoma Representatives

(1259)     District One;
(1260)     John Sullivan, Member House of Representatives;
(1261)     Predecessors and Successors in Office: John Sullivan;
(1262)     District Two;
(1263)     Dan Boren, Member House of Representatives;
(1264)     Predecessors and Successors in Office: Dan Boren;
(1265)     District Three;
(1266)     Frank D. Lucas, Member House of Representatives;
(1267)     Predecessors and Successors in Office: Frank D. Lucas;
(1268)     District Four;
(1269)     Tom Cole, Member House of Representatives;
(1270)     Predecessors and Successors in Office: Tom Cole;
(1271)     District Five;
(1272)     Mary Fallin, Member House of Representatives;
(1273)     Predecessors and Successors in Office: Mary Fallin;

Oregon Representatives

(1274)     District One;
(1275)     David Wu, Member House of Representatives;
(1276)     Predecessors and Successors in Office: David Wu;
(1277)     District Two;
(1278)     Greg Walden, Member House of Representatives;
(1279)     Predecessors and Successors in Office: Greg Walden;
(1280)     District Three;
(1281)     Earl Blumenauer, Member House of Representatives;
(1282)     Predecessors and Successors in Office: Earl Blumenauer;
(1283)     District Four;
(1284)     Peter DeFazio, Member House of Representatives;
(1285)     Predecessors and Successors in Office: Peter DeFazio;
(1286)     District Five;
(1287)     Kurt Schrader, Member House of Representatives;
(1288)     Predecessors and Successors in Office: Kurt Schrader;

Additional Defendants of:
Original Jurisdiction to the Supreme Court
of the United States of America:
Congressional Officer Defendants:
Representative(s) Defendants:

### Pennsylvania Representatives

| | |
|---|---|
| (1289) | District One; |
| (1290) | Robert Brady, Member House of Representatives; |
| (1291) | Predecessors and Successors in Office: Robert Brady; |
| (1292) | District Two; |
| (1293) | Chaka Fattah, Member House of Representatives; |
| (1294) | Predecessors and Successors in Office: Chaka Fattah; |
| (1295) | District Three; |
| (1296) | Kathleen Dahlkemper, Member House of Representatives; |
| (1297) | Predecessors and Successors in Office: Kathleen Dahlkemper; |
| (1298) | District Four; |
| (1299) | Jason Altmire, Member House of Representatives; |
| (1300) | Predecessors and Successors in Office: Jason Altmire; |
| (1301) | District Five; |
| (1302) | Glenn Thompson, Member House of Representatives; |
| (1303) | Predecessors and Successors in Office: Glenn Thompson; |
| (1304) | District Six; |
| (1305) | Jim Gerlach, Member House of Representatives; |
| (1306) | Predecessors and Successors in Office: Jim Gerlach; |
| (1307) | District Seven; |
| (1308) | Joe Sestak, Member House of Representatives; |
| (1309) | Predecessors and Successors in Office: Joe Sestak; |
| (1310) | District Eight; |
| (1311) | Patrick Murphy, Member House of Representatives; |
| (1312) | Predecessors and Successors in Office: Patrick Murphy; |
| (1313) | District Nine; |
| (1314) | Bill Shuster, Member House of Representatives; |
| (1315) | Predecessors and Successors in Office: Bill Shuster; |
| (1316) | District Ten; |
| (1317) | Christopher Carney, Member House of Representatives; |
| (1318) | Predecessors and Successors in Office: Christopher Carney; |
| (1319) | District Eleven; |
| (1320) | Paul Kanjorski, Member House of Representatives; |
| (1321) | Predecessors and Successors in Office: Paul Kanjorski; |
| (1322) | District Twelve; |
| (1323) | John P. Murtha, Member House of Representatives; |
| (1324) | Predecessors and Successors in Office: John P. Murtha; |
| (1325) | District Thirteen; |
| (1326) | Allyson Schwartz, Member House of Representatives; |
| (1327) | Predecessors and Successors in Office: Allyson Schwartz; |
| (1328) | District Fourteen; |
| (1329) | Michael F. Doyle, Member House of Representatives; |
| (1330) | Predecessors and Successors in Office: Michael F. Doyle; |
| (1331) | District Fifteen; |
| (1332) | Charles W. Dent, Member House of Representatives; |
| (1333) | Predecessors and Successors in Office: Charles W. Dent; |
| (1334) | District Sixteen; |

Additional Defendants of:
Original Jurisdiction to the Supreme Court
of the United States of America:
Congressional Officer Defendants:
Representative(s) Defendants:

### Pennsylvania Representatives
### Continued:

(1335)     Joseph R. Pitts, Member House of Representatives;
(1336)     Predecessors and Successors in Office: Joseph R. Pitts;
(1337)     District Seventeen;
(1338)     Tim Holden, Member House of Representatives;
(1339)     Predecessors and Successors in Office: Tim Holden;
(1340)     District Eighteen;
(1341)     Tim Murphy, Member House of Representatives;
(1342)     Predecessors and Successors in Office: Tim Murphy;
(1343)     District Nineteen;
(1344)     Todd Platts, Member House of Representatives;
(1345)     Predecessors and Successors in Office: Todd Platts;

### Rhode Island Representatives

(1346)     District One;
(1347)     Patrick Kennedy, Member House of Representatives;
(1348)     Predecessors and Successors in Office: Patrick Kennedy;
(1349)     District Two;
(1350)     James Langevin, Member House of Representatives;
(1351)     Predecessors and Successors in Office: James Langevin;

### South Carolina Representatives

(1352)     District One;
(1353)     Henry Brown, Jr., Member House of Representatives;
(1354)     Predecessors and Successors in Office: Henry Brown, Jr.;
(1355)     District Two;
(1356)     Joe Wilson, Member House of Representatives;
(1357)     Predecessors and Successors in Office: Joe Wilson;
(1358)     District Three;
(1359)     J. Gresham Barrett, Member House of Representatives;
(1360)     Predecessors and Successors in Office: J. Gresham Barrett;
(1361)     District Four;
(1362)     Bob Inglis, Member House of Representatives;
(1363)     Predecessors and Successors in Office: Bob Inglis;
(1364)     District Five;
(1365)     John Spratt, Jr., Member House of Representatives;
(1366)     Predecessors and Successors in Office: John Spratt, Jr.;
(1367)     District Six;
(1368)     James E. Clyburn, Member House of Representatives;
(1369)     Predecessors and Successors in Office: James E. Clyburn;

### South Dakota Representatives

(1370)     At Large;

Additional Defendants of:
Original Jurisdiction to the Supreme Court
of the United States of America:
Congressional Officer Defendants:

### South Dakota Representatives
#### Continued:

(1371)    Stephanie Sandlin, Member House of Representatives;
(1372)    Predecessors and Successors in Office: Stephanie Sandlin;

### Tennessee Representatives

(1373)    District One;
(1374)    David P. Roe, Member House of Representatives;
(1375)    Predecessors and Successors in Office: David P. Roe;
(1376)    District Two;
(1377)    John Duncan, Jr., Member House of Representatives;
(1378)    Predecessors and Successors in Office: John Duncan, Jr.;
(1379)    District Three;
(1380)    Zach Wamp, Member House of Representatives;
(1381)    Predecessors and Successors in Office: Zach Wamp;
(1382)    District Four;
(1383)    Lincoln Davis, Member House of Representatives;
(1384)    Predecessors and Successors in Office: Lincoln Davis;
(1385)    District Five;
(1386)    Jim Cooper, Member House of Representatives;
(1387)    Predecessors and Successors in Office: Jim Cooper;
(1388)    District Six;
(1389)    Bart Gordon, Member House of Representatives;
(1390)    Predecessors and Successors in Office: Bart Gordon;
(1391)    District Seven;
(1392)    Marsha Blackburn, Member House of Representatives;
(1393)    Predecessors and Successors in Office: Marsha Blackburn;
(1394)    District Eight;
(1395)    John S. Tanner, Member House of Representatives;
(1396)    Predecessors and Successors in Office: John S. Tanner;
(1397)    District Nine;
(1398)    Steve Cohen, Member House of Representatives;
(1399)    Predecessors and Successors in Office: Steve Cohen;

### Texas Representatives

(1400)    District One;
(1401)    Louie Gohmert, Member House of Representatives;
(1402)    Predecessors and Successors in Office: Louie Gohmert;
(1403)    District Two;
(1404)    Ted Poe, Member House of Representatives;
(1405)    Predecessors and Successors in Office: Ted Poe;
(1406)    District Three;
(1407)    Sam Johnson, Member House of Representatives;
(1408)    Predecessors and Successors in Office: Sam Johnson;
(1409)    District Four;
(1410)    Ralph M. Hall, Member House of Representatives;
(1411)    Predecessors and Successors in Office: Ralph M. Hall;

Additional Defendants of:
Original Jurisdiction to the Supreme Court
of the United States of America:
Congressional Officer Defendants:
Representative(s) Defendants:

Texas Representatives
Continued:

(1412)     District Five;
(1413)     Jeb Hensarling, Member House of Representatives;
(1414)     Predecessors and Successors in Office: Jeb Hensarling;
(1415)     District Six;
(1416)     Joe Barton, Member House of Representatives;
(1417)     Predecessors and Successors in Office: Joe Barton;
(1418)     District Seven;
(1419)     John Culberson, Member House of Representatives;
(1420)     Predecessors and Successors in Office: John Culberson;
(1421)     District Eight;
(1422)     Kevin Brady, Member House of Representatives;
(1423)     Predecessors and Successors in Office: Kevin Brady;
(1424)     District Nine;
(1425)     Al Green, Member House of Representatives;
(1426)     Predecessors and Successors in Office: Al Green;
(1427)     District Ten;
(1428)     Michael McCaul, Member House of Representatives;
(1429)     Predecessors and Successors in Office: Michael McCaul;
(1430)     District Eleven;
(1431)     K. Michael Conway, Member House of Representatives;
(1432)     Predecessors and Successors in Office: K. Michael Conway;
(1433)     District Twelve;
(1434)     Kay Granger, Member House of Representatives;
(1435)     Predecessors and Successors in Office: Kay Granger;
(1436)     District Thirteen;
(1437)     Mac Thornberry, Member House of Representatives;
(1438)     Predecessors and Successors in Office: Mac Thornberry;
(1439)     District Fourteen;
(1440)     Ron Paul, Member House of Representatives;
(1441)     Predecessors and Successors in Office: Ron Paul;
(1442)     District Fifteen;
(1443)     Ruben Hinojosa, Member House of Representatives;
(1444)     Predecessors and Successors in Office: Ruben Hinojosa;
(1445)     District Sixteen;
(1446)     Silvestre Reyes, Member House of Representatives;
(1447)     Predecessors and Successors in Office: Silvestre Reyes;
(1448)     District Seventeen;
(1449)     Chet Edwards, Member House of Representatives;
(1450)     Predecessors and Successors in Office: Chet Edwards;
(1451)     District Eighteen;
(1452)     Sheila Jackson-Lee, Member House of Representatives;
(1453)     Predecessors and Successors in Office: Sheila Jackson-Lee;
(1454)     District Nineteen;
(1455)     Randy Neugebauer, Member House of Representatives;
(1456)     Predecessors and Successors in Office: Randy Neugebauer;

Additional Defendants of:
Original Jurisdiction to the Supreme Court
of the United States of America:
Congressional Officer Defendants:
Representative(s) Defendants:

Texas Representatives
Continued:

(1457)    District Twenty;
(1458)    Charles Gonzalez, Member House of Representatives;
(1459)    Predecessors and Successors in Office: Charles Gonzalez;
(1460)    District Twenty One;
(1461)    Lamar Smith, Member House of Representatives;
(1462)    Predecessors and Successors in Office: Lamar Smith;
(1463)    District Twenty Two;
(1464)    Pete Olson, Member House of Representatives;
(1465)    Predecessors and Successors in Office: Pete Olson;
(1466)    District Twenty Three;
(1467)    Ciro Rodriguez, Member House of Representatives;
(1468)    Predecessors and Successors in Office: Ciro Rodriguez;
(1469)    District Twenty Four;
(1470)    Kenny Marchant, Member House of Representatives;
(1471)    Predecessors and Successors in Office: Kenny Marchant;
(1472)    District Twenty Five;
(1473)    Lloyd Doggett, Member House of Representatives;
(1474)    Predecessors and Successors in Office: Lloyd Doggett;
(1475)    District Twenty Six;
(1476)    Michael C. Burgess, Member House of Representatives;
(1477)    Predecessors and Successors in Office: Michael C. Burgess;
(1478)    District Twenty Seven;
(1479)    Solomon Ortiz, Member House of Representatives;
(1480)    Predecessors and Successors in Office: Solomon Ortiz;
(1481)    District Twenty Eight;
(1482)    Henry Cuellar, Member House of Representatives;
(1483)    Predecessors and Successors in Office: Henry Cuellar;
(1484)    District Twenty Nine;
(1485)    Gene Green, Member House of Representatives;
(1486)    Predecessors and Successors in Office: Gene Green;
(1487)    District Thirty;
(1488)    Eddie Johnson, Member House of Representatives;
(1489)    Predecessors and Successors in Office: Eddie Johnson;
(1490)    District Thirty One;
(1491)    John R. Carter, Member House of Representatives;
(1492)    Predecessors and Successors in Office: John R. Carter;
(1493)    District Thirty Two;
(1494)    Pete Sessions, Member House of Representatives;
(1495)    Predecessors and Successors in Office: Pete Sessions;

Utah Representatives

(1496)    District One;
(1497)    Rob Bishop, Member House of Representatives;
(1498)    Predecessors and Successors in Office: Rob Bishop;

Additional Defendants of:
Original Jurisdiction to the Supreme Court
of the United States of America:
Congressional Officer Defendants:
Representative(s) Defendants:

### Utah Representatives
### Continued:

| | |
|---|---|
| (1499) | District Two; |
| (1500) | Jim Matheson, Member House of Representatives; |
| (1501) | Predecessors and Successors in Office: Jim Matheson; |
| (1502) | District Three; |
| (1503) | Jason Chaffetz, Member House of Representatives; |
| (1504) | Predecessors and Successors in Office: Jason Chaffetz; |

### Vermont Representatives

| | |
|---|---|
| (1505) | At Large; |
| (1506) | Peter Welch, Member House of Representatives; |
| (1507) | Predecessors and Successors in Office: Peter Welch; |

### Virginia Representatives

| | |
|---|---|
| (1508) | District One; |
| (1509) | Robert Wittman, Member House of Representatives; |
| (1510) | Predecessors and Successors in Office: Robert Wittman; |
| (1511) | District Two; |
| (1512) | Glenn C. Nye, Member House of Representatives; |
| (1513) | Predecessors and Successors in Office: Glenn C. Nye; |
| (1514) | District Three; |
| (1515) | Robert C. Scott, Member House of Representatives; |
| (1516) | Predecessors and Successors in Office: Robert C. Scott; |
| (1517) | District Four; |
| (1518) | J. Randy Forbes, Member House of Representatives; |
| (1519) | Predecessors and Successors in Office: J. Randy Forbes; |
| (1520) | District Five; |
| (1521) | Thomas Perriello, Member House of Representatives; |
| (1522) | Predecessors and Successors in Office: Thomas Perriello; |
| (1523) | District Six; |
| (1524) | Bob Goodlatte, Member House of Representatives; |
| (1525) | Predecessors and Successors in Office: Bob Goodlatte; |
| (1526) | District Seven; |
| (1527) | Eric Cantor, Member House of Representatives; |
| (1528) | Predecessors and Successors in Office: Eric Cantor; |
| (1529) | District Eight; |
| (1530) | James P. Moran, Member House of Representatives; |
| (1531) | Predecessors and Successors in Office: James P. Moran; |
| (1532) | District Nine; |
| (1533) | Rick Boucher, Member House of Representatives; |
| (1534) | Predecessors and Successors in Office: Rick Boucher; |
| (1535) | District Ten; |
| (1536) | Frank R. Wolf, Member House of Representatives; |
| (1537) | Predecessors and Successors in Office: Frank R. Wolf; |

Additional Defendants of:
Original Jurisdiction to the Supreme Court
of the United States of America:
Congressional Officer Defendants:
Representative(s) Defendants:

Virginia Representatives<br>Continued:

(1538)      District Eleven;
(1539)      Gerald E. Connolly, Member House of Representatives;
(1540)      Predecessors and Successors in Office: Gerald E. Connolly;

Washington Representatives

(1541)      District One;
(1542)      Jay Inslee, Member House of Representatives;
(1543)      Predecessors and Successors in Office: Jay Inslee;
(1544)      District Two;
(1545)      Rick Larsen, Member House of Representatives;
(1546)      Predecessors and Successors in Office: Rick Larsen;
(1547)      District Three;
(1548)      Brian Baird, Member House of Representatives;
(1549)      Predecessors and Successors in Office: Brian Baird;
(1550)      District Four;
(1551)      Doc Hastings, Member House of Representatives;
(1552)      Predecessors and Successors in Office: Doc Hastings;
(1553)      District Five;
(1554)      Cathy Rodgers, Member House of Representatives;
(1555)      Predecessors and Successors in Office: Cathy Rodgers;
(1556)      District Six;
(1557)      Norman D. Dicks, Member House of Representatives;
(1558)      Predecessors and Successors in Office: Norman D. Dicks;
(1559)      District Seven;
(1560)      Jim McDermott, Member House of Representatives;
(1561)      Predecessors and Successors in Office: Jim McDermott;
(1562)      District Eight;
(1563)      David G. Reichert, Member House of Representatives;
(1564)      Predecessors and Successors in Office: David G. Reichert;
(1565)      District Nine;
(1566)      Adam Smith, Member House of Representatives;
(1567)      Predecessors and Successors in Office: Adam Smith;

West Virginia Representatives

(1568)      District One;
(1569)      Alan Mollohan, Member House of Representatives;
(1570)      Predecessors and Successors in Office: Alan Mollohan;
(1571)      District Two;
(1572)      Shelley Capito, Member House of Representatives;
(1573)      Predecessors and Successors in Office: Shelley Capito;

Additional Defendants of:
Original Jurisdiction to the Supreme Court
of the United States of America:
Congressional Officer Defendants:
Representative(s) Defendants:

West Virginia Representatives
Continued:

(1574)      District Three;
(1575)      Nick Rahall II, Member House of Representatives;
(1576)      Predecessors and Successors in Office: Nick Rahall II;

Wisconsin Representatives

(1577)      District One;
(1578)      Paul Ryan, Member House of Representatives;
(1579)      Predecessors and Successors in Office: Paul Ryan;
(1580)      District Two;
(1581)      Tammy Baldwin, Member House of Representatives;
(1582)      Predecessors and Successors in Office: Tammy Baldwin;
(1583)      District Three;
(1584)      Ron Kind, Member House of Representatives;
(1585)      Predecessors and Successors in Office: Ron Kind;
(1586)      District Four;
(1587)      Gwen Moore, Member House of Representatives;
(1588)      Predecessors and Successors in Office: Gwen Moore;
(1589)      District Five;
(1590)      F.J. Sensenbrenner, Jr., Member House of Representatives;
(1591)      Predecessors and Successors in Office: F.J. Sensenbrenner, Jr;
(1592)      District Six;
(1593)      Thomas E. Petri, Member House of Representatives;
(1594)      Predecessors and Successors in Office: Thomas E. Petri
(1595)      District Seven;
(1596)      David R. Obey, Member House of Representatives;
(1597)      Predecessors and Successors in Office: David R. Obey;
(1598)      District Eight;
(1599)      Steve Kagen, Member House of Representatives;
(1600)      Predecessors and Successors in Office: Steve Kagen;

Additional Defendants of:
Original Jurisdiction to the Supreme Court
of the United States of America:
Congressional Officer Defendants:
Representative(s) Defendants:

Wyoming Representatives

(1601)    At Large;
(1602)    Cynthia Lummis, Member House of Representatives;
(1603)    Predecessors and Successors in Office: Cynthia Lummis;
          c/o Office of the Clerk for the House of Representativs
          of the United States of America;
          Karen L. Haas, Clerk of the House of Representatives;
          H-154 The Capitol,
          Washington D.C. 20515
          (202) 225-7000

          c/o Office of the Legislative Counsel for the
          House of Representatives of the United States of America;
          Sandra W. Strokoff,
          Legislative Counsel for the House of Representatives;
          136 Canon House Office Building
          Washington, D.C. 20515
          (202) 225-6060

          [Note: The two addresses above, one for the "clerk of
          the House of Representatives," and one for the
          "Legislative Counsel For the House of Representatives"
          constitute the service address for each of the above
          named representatives for each of the offices held by
          the above named representatives and for each
          Predecessor and Successor in office for each of the
          offices of the above named representatives.]

Additional Defendants of:
Original Jurisdiction to the Supreme Court
of the United States of America:
Congressional Officer Defendants:
Senator Defendats:

### Alabama Senators:

(1604)     Richard C. Shelby, Member, U.S. Senate;
(1605)     Office of the United States Senate held by
           Senator Richard C. Shelby;
(1606)     Predecessors and Successors in Office for the
           Office held by Senator Richard C. Shelby;
(1607)     Jeff Sessions, Member, U.S. Senate;
(1608)     Office of the United States Senate held by
           Jeff Sessions;
(1609)     Predecessors and Successors in Office for the
           Office held by Senator Jeff Sessions;

### Alaska:

(1610)     Lisa Murkowski, Member, U.S. Senate;
(1611)     Office of the United States Senate held by
           Senator Lisa Murkowski;
(1612)     Predecessors and Successors in Office for the
           Office held by Senator Lisa Murkowski;
(1613)     Mark Begich, Member, U.S. Senate;
(1614)     Office of the United States Senate held by
           Senator Mark Begich;
(1615)     Predecessors and Successors in Office for the
           Office held by Senator Mark Begich;

### Arizona Senators:

(1616)     Ann Kirkpatrick, Member U.S. Senate;
(1617)     Office of the United States Senate held by
           Senator Ann Kirkpatrick;
(1618)     Predecessors and Successors in Office for the
           Office held by Anny Kirkpatrick;
(1619)     Trent Franks, Member U.S. Senate;
(1620)     Office of the United States Senate held by
           Senator Trent Franks;
(1621)     Predecessors and Successors in Office for the
           Office held by Trent Franks;

### Arkansas Senators:

(1622)     Blanche L. Lincoln, Member U.S. Senate;
(1623)     Office of the United States Senate held by
           Senator Blanche L. Lincoln;
(1624)     Predecessors and Successors in Office for the
           Office held by Blanche L. Lincoln;
(1625)     Mark L. Rryor, Member, U.S. Senate;
(1626)     Office of the United States Senate held by
           Senator Mark L. Pryor;

Additional Defendants of:
Original Jurisdiction to the Supreme Court
of the United States of America:
Congressional Office Defendants:
Senator Defendants:

Arkansas Senators
Continued:

(1627)     Predecessors and Successors in Office for the
           Office held by Mark L. Pryor;

California Senators:

(1628)     Dianne Feinstein, Member, U.S. Senate;
(1629)     Office of the United States Senate held by
           Senator Dianne Feinstein;
(1630)     Predecessors and Successors in Office for the
           Office held by Dianne Feinstein;
(1631)     Barbara Boxer, Member, U.S. Senate;
(1632)     Office of the United States Senate held by
           Senator Barbara Boxer;
(1633)     Predecessors and Successors in Office for the
           Office held by Barbara Boxer;

Colorado Senators:

(1634)     Mark Udall, Member, U.S. Senate;
(1635)     Office of the United States Senate held by
           Senator Mark Udall;
(1636)     Predecessors and Successors in Office for the
           Office held by Mark Udall;
(1637)     Michael F. Bennet, Member, U.S. Senate;
(1638)     Office of the United States Senate held by
           Senator Michael F. Bennet;
(1639)     Predecessors and Successors in Office for the
           Office held by Michael F. Bennet;

Delaware Senators:

(1640)     Thomas R. Carper, Member, U.S. Senate;
(1641)     Office of the United States Senate held by
           Senator Thomas R. Carper;
(1642)     Predecessors and Successors in Office for the
           Office held by Thomas R. Carper;
(1643)     Edward E. Kaufman, Member, U.S. Senate;
(1644)     Office of the United States Senate held by
           Senator Edward E. Kaufman;
(1645)     Predecessors and Successors in Office for the
           Office held by Edward E. Kaufman;

Florida Senators:

(1646)     Bill Nelson, Member, U.S. Senate;

Additional Defendants of:
Original Jurisdiction to the Supreme Court
of the United States of America:
Congressional Officer Defendants:
Senator Defendants:

### Florida Senators
### Continued:

(1647)    Office of the United States Senate held by
          Senator Bill Nelson;
(1648)    Predecessors and Successors in Office for the
          Office held by Bill Nelson;
(1649)    George S. LeMieux, Member, U.S. Senate;
(1650)    Office of the United States Senate held by
          Senator George S. LeMieux;
(1651)    Predecessors and Successors in Office for the
          Office held by George S. LeMieux;

### Georgia Senators:

(1652)    Saxby Chambliss, Member, U.S. Senate;
(1653)    Office of the United States **Senate** held by
          Senator Saxby Chambliss;
(1654)    Predecessors and Successors in Office for the
          Office held by Saxby Chambliss;
(1655)    Johnny Isakson, Member, U.S. Senate;
(1656)    Office of the United States Senate held by
          Senator Johnny Isakson;
(1657)    Predecessors and Successors in Office for the
          Office held by Johnny Isakson;

### Hawaii Senators:

(1658)    Daniel K. Inouye, Member, U.S. Senate;
(1659)    Office of the United States Senate held by
          Senator Daniel K. Inouye;
(1660)    Predecessors and Successors in Office for the
          Office held by Daniel K. Inouye;
(1661)    Daniel K. Akaka, Member, U.S. Senate;
(1662)    Office of the United States Senate held by
          Senator Daniel K. Akaka;
(1663)    Predecessors and Successors in Office for the
          Office held by Daniel K. Akaka;

### Idaho Senators:

(1664)    Mike Crapo, Member, U.S. Senate;
(1665)    Office of the United States Senate held by
          Senator Mike Crapo;
(1666)    Predecessor and Successors in Office for the
          Office held by Mike Crapo;
(1667)    James E. Risch, Member, U.S. Senate;

Additional Defendants of:
Original Jurisdiction to the Supreme Court
of the United States of America:
Congressional Officer Defendants:
Senator Defendants:

Idaho Senators
Continued:

(1668)     Office of the United States Senate held by
           Senator James E. Risch;
(1669)     Predecessors and Successors in Office for the
           Office held by James E. Risch;

Illinois Senators:

(1670)     Richard Durbin, Member, U.S. Senate;
(1671)     Office of the United States Senate held by
           Senator Richard Durbin;
(1672)     Predecessors and Successors in Office for the
           Office held by Richard Durbin;
(1673)     Roland W. Burris, Member, U.S. Senate;
(1674)     Office of the United States Senate held by
           Senator Roland W. Burris;
(1675)     Predecessors and Successors in Office for the
           Office held by Roland W. Burris;

**Indiana Senators:**

(1676)     Richard G. Lugar, Member, U.S. Senate;
(1677)     Office of the United States Senate held by
           Senator Richard G. Lugar;
(1678)     Predecessors and Successors in Office for the
           Office held by Richard G. Lugar;
(1679)     Evan Bayh, Member, U.S. Senate;
(1680)     Office of the United States Senate held by
           Senator Evan Bayh;
(1681)     Predecessors and Successors in Office for the
           Office held by Evan Bayh;

Iowa Senators:

(1682)     Chuck Grassley, Member, U.S. Senate;
(1683)     Office of the United States Senate held by
           Senator Chuck Grassley;
(1684)     Predecessors and Successors in Office for the
           Office held by Chuck Grassley;
(1685)     Tom Harkin, Member, U.S. Senate;
(1686)     Office of the United States Senate held by
           Senator Tom Harkin;
(1687)     Predecessors and Successors in Office for the
           Office held by Tom Harkin;

Additional Defendants of:
Original Jurisdiction to the Supreme Court
of the United States of America:
Congressional Officer Defendants:
Senator Defendants:

## Kansas Senators:

(1688)    Sam Brownback, Member, U.S. Senate;
(1689)    Office of the United States Senate held by
          Senator Sam Brownback;
(1690)    Predecessors and Successors in Office for the
          Office held by Sam Brownback;
(1691)    Pat Roberts, Member, U.S. Senate;
(1692)    Office of the United States Senate held by
          Senator Pat Roberts;
(1693)    Predecessors and Successors in Office for the
          Office of Pat Roberts;

## Kentucky Senators:

(1694)    Mitch McConnell, Member, U.S. Senate;
(1695)    Office of the United States Senate held by
          Senator Mitch McConnell;
(1696)    Predecessors and Successors in Office for the
          Office held by Mitch McConnell;
(1697)    Jim Bunning, Member, U.S. Senate;
(1698)    Office of the United States Senate held by
          Senator Jim Bunning;
(1699)    Predecessors and Successors in Office for the
          Office held by Jim Bunning;

## Louisiana Senators:

(1700)    Mary L. Landrieu, Member, U.S. Senate;
(1701)    Office of the United States Senate held by
          Senator Mary L. Landrieu;
(1702)    Predecessors and Successors in Office for the
          Office held by Mary L. Landrieu;
(1703)    David Vitter, Member, U.S. Senate;
(1704)    Office of the United States Senate held by
          Senator David Vitter;
(1705)    Predecessors and Successors in Office for the
          Office held by David Vitter;

## Maine Senators:

(1706)    Olympia J. Snowe, Member, U.S. Senate;
(1707)    Office of the United States Senate held by
          Senator Olympia J. Snowe;
(1708)    Predecessors and Successors in Office for the
          Office held by Olympia J. Snowe;
(1709)    Susan M. Collins, Member, U.S. Senate;
(1710)    Office of the United States Senate held by

Additional Defendants of:
Original Jurisdiction to the Supreme Court
of the United States of America:
Congressional Officer Defendants:
Senator Defendants:

Maine Senators<br>Continued:

(1711)    Senator Susan M. Collins;
Predecessors and Successors in Office for the
Office held by Susan M. Collins;

Maryland Senators:

(1712)    Barbara A. Mikulski, Member, U.S. Senate;
(1713)    Office of the United States Senate held by
Senator Barbara A. Mikulski;
(1714)    Predecessors and Successors in Office for the
Office held by Barbara A. Mikulski;
(1715)    Benjamin L. Cardin, Member, U.S. Senate;
(1716)    Office of the United States Senate held by
Senator Benjamin L. Cardin;
(1717)    Predecessors and Successors in Office for the
Office held by Benjamin L. Cardin;

Massachusetts Senators:

(1718)    John F. Kerry, Member, U.S. Senate;
(1719)    Office of the United States Senate held by
Senator John F. Kerry;
(1720)    Predecessors and Successors in Office for the
Office held by John F. Kerry;
(1721)    Paul G. Kirk, Jr., Member, U.S. Senate;
(1722)    Office of the United States Senate held by
Senator Paul G. Kirk, Jr.;
(1723)    Predecessors and Successors in Office for the
Office held by Paul G. Kirk, Jr.

Michigan Senators:

(1724)    Carl Levin, Member, U.S. Senate;
(1725)    Office of the United States Senate held by
Senator Carl Levin;
(1726)    Predecessors and Successors in Office for the
Office held by Carl Levin;
(1727)    Debbie Stabenow, Member, U.S. Senate;
(1728)    Office of the United States Senate held by
Senator Debbie Stabenow;

Additional Defendants of:
Original Jurisdiction to the Supreme Court
of the United States of America:
Congressional Officer Defendants:
Senator Defendants:

### Michigan Senators
#### Continued:

(1729)     Predecessors and Successors in Office for the
           Office held by Debbie Stabenow;

### Minnesota Senators:

(1730)     Amy Klobuchar, Member, U.S. Senate;
(1731)     Office of the United States Senate held by
           Senator Amy Klobuchar;
(1732)     Predecessors and Successors in Office for the
           Office held by Amy Klobuchar;
(1733)     Al Franken, Member, U.S. Senate;
(1734)     Office of the United States Senate held by
           Senator Al Franken;
(1735)     Predecessors and Successors in Office for the
           Office held by Al Franken;

### Mississippi Senators:

(1736)     Thad Cochran, Member, U.S. Senate;
(1737)     Office of the United States Senate held by
           Senator Thad Cochran;
(1738)     Predecessors and Successors in Office for the
           Office held by Thad Cochran;
(1739)     Roger F. Wicker, Member, U.S. Senate;
(1740)     Office of the United States Senate held by
           Senator Roger F. Wicker;
(1741)     Predecessors and Successors in Office for the
           Office held by Roger F. Wicker;

### Missouri Senators:

(1742)     Christopher S. Bond, Member, U.S. Senate;
(1743)     Office of the United States Senate held by
           Senator Christopher S. Bond;
(1744)     Predecessors and Successors in Office for the
           Office held by Christopher S. Bond;
(1745)     Claire McCaskill, Member, U.S. Senate;
(1746)     Office of the United States Senate held by
           Senator Claire McCaskill;
(1747)     Predecessors and Successors in Office for the
           Office held by Claire McCaskill;

Additional Defendants of:
Original Jurisdiction to the Supreme Court
of the United States of America:
Congressional Officer Defendants:
Se. tor Defendants:

Montana Senators:

(1748)     Max Baucus, Member, U.S. Senate;
(1749)     Office of the United States Senate held by
           Senator Max Baucus;
(1750)     Predecessors and Successors in Office of the
           Office held by Max Baucus;
(1751)     Jon Tester, Member, U.S. Senate;
(1752)     Office of the United States Senate held by
           Senator Jon Tester;
(1753)     Predecessors and Successors in Office of the
           Office held by Jon Tester;

Nebraska Senators:

(1754)     Ben Nelson, Member, U.S. Senate;
(1755)     Office of the United States Senate held by
           Senator Ben Nelson;
(1756)     Predecessors and Successors in Office of the
           Office held by Ben Nelson;
(1757)     Mike Johanns, Member, U.S. Senate;
(1758)     Office of the United States Senate held by
           Senator Mike Johanns;
(1759)     Predecessors and Successors in Office of the
           Office held by Mike Johanns;

Nevada Senators:

(1760)     Harry Reid, Member, U.S. Senate;
(1761)     Office of the United States Senate held by
           Senator Harry Reid;
(1762)     Predecessors and Successors in Office of the
           Office held by Harry Reid;
(1763)     John Ensign, Member, U.S. Senate;
(1764)     Office of the United States Senate held by
           Senator John Ensign;
(1765)     Predecessors and Successors in Office of the
           Office held by John Ensign;

New Hampshire Senators:

(1766)     Judd Gregg, Member, U.S. Senate;
(1767)     Office of the United States Senate held by
           Senator Judd Gregg;
(1768)     Predecessors and Successors in Office of the
           Office held by Judd Gregg;
(1769)     Jeanne Shaheen, Member, U.S. Senate;

Additional Defendants of:
Original Jurisdiction to the Supreme Court
of the United States of America:
Congressional Officer Defendants:
Senator Defendants:

### New Hampshire Senators
### Continued:

(1770)   Office of the United States Senate held by
         Senator Jeanne Shaheen;
(1771)   Predecessors and Successors in Office of the
         Office held by Jeanne Shaheen;

### New Jersey Senators:

(1772)   Frank R. Lautenberg, Member, U.S. Senate;
(1773)   Office of the United States Senate held by
         Senator Frank R. Lautenberg;
(1774)   Predecessors and Successors in Office of the
         Office held by Frank R. Lautenberg;
(1775)   Robert Menendez, Member, U.S. Senate;
(1776)   Office of the United States Senate held by
         Senator Robert Menendez;
(1777)   Predecessors and Successors in Office of the
         Office held by Robert Menendez;

### New Mexico Senators:

(1778)   Jeff Bingaman, Member, U.S. Senate;
(1779)   Office of the United States Senate held by
         Senator Jeff Bingaman;
(1780)   Predecessors and Successors in Office of the
         Office held by Jeff Bingaman;
(1781)   Tom Udall, Member, U.S. Senate;
(1782)   Office of the United States Senate held by
         Senator Tom Udall;
(1783)   Predecessors and Successors in Office of the
         Office held by Tom Udall;

### New York Senators:

(1784)   Charles E. Schumer, Member, U.S. Senate;
(1785)   Office of the United States Senate held by
         Senator Charles E. Schumer;
(1786)   Predecesors and Successors in Office of the
         Office held by Charles E. Schumer;
(1787)   Kirsten E. Gillibrand, Member, U.S. Senate;
(1788)   Office of the United States Senate held by
         Senator Kirsten E. Gillibrand;
(1789)   Predecessors and Successors in Office of the
         Office held by Kirsten E. Gillibrand;

### North Carolina Senators:

Additional Defendants of:
Original Jurisdiction to the Supreme Court
of the United States of Americ:
Congressional OfficeDefndats:
Senator Defendants:

North Carolina Senators:

(1790)     Richard Burr, Member, U.S. Senate;
(1791)     Office of the United States Senate held by
           Senator Richar    rr;
(1792)     Predecessors and Successors in Office of the
           Office held by Richard Burr;
(1793)     Kay R. Hagan, Member, U.S. Senate;
(1794)     Office of the United States Senate held by
           Senator Kay R. Hagan;
(1795)     Predecessors and Successors in Office of the
           Office held by Kay R. Hagan;

North Dakota Senators:

(1796)     Kent Conrad, Member, U.S. Senate;
(1797)     Office of the United States Senate held by
           Senator Kent Conrad;
(1798)     Predecessors and Successors in Office of the
           Office held by Kent Conrad;
(1799)     Byron L. Dorgan, Member, U.S. Senate;
(1800)     Office of the United States Senat; held by
           Senator Byron L. Dorgan;
(1801)     Predecessors and Successors in Office of the
           Office held by Byron L. Dorgan;

Ohio Senators:

(1802)     George V. Voinovich, Member, U.S. Senate;
(1803)     Office of the United States Senate held by
           Senator George V. Voinovich;
(1804)     Predecessors and Successors in Office of the
           Office held by George V. Voinovich;
(1805)     Sherrod Brown, Member, U.S. Senate;
(1806)     Office of the United States Senate held by
           Senator Sherrod Brown;
(1807)     Predecessors and Successors in Office of the
           Office held by Sherrod Brown;

Oklahoma Senators:

(1808)     James M. Inhofe, Member, U.S. Senate;
(1809)     Office of the United States Senate held by
           Senator James M. Inhofe;
(1810)     Predecessors and Successors in Office of the
           Office hled by James M. Inhofe;
(1 11)     Tom Coburn, Member, U.S. Senat ;

Additional Defendants of:
Original Jurisdiction to the Supreme Court
of the United States of America;
Congressional Officer Defendants:
Senate Defendants:

### Oklahoma Senators
### Continued:

(1812)   Office of the United States Senate held by
         Senator Tom Coburn;
(1813)   Predecessors and Successors in Office of the
         Office held by Tom Coburn;

### Oregon Senators:

(1814)   Ron Wyden, Member, U.S. Senate;
(1815)   Office of the United States Senate held by
         Senator Ron Wyden;
(1816)   Predecessors and Successors in Office of the
         Office held by Ron Wyden;
(1817)   Jeff Merkley, Member, U.S. Senate;
(1818)   Office of the United States Senate held by
         Senator Jeff Merkley;
(1819)   Predecessors and Successors in Office of the
         Office held by Jeff Merkley;

### Pennsylvania Senators:

(1820)   Arlen Specter, Member, U.S. Senate;
(1821)   Office of the United States Senate held by
         Senator Arlen Specter;
(1822)   Predecessors and Successors in Office of the
         Office held by Arlen Specter;
(1823)   Robert P. Casey, Jr., Member, U.S. Senate;
(1824)   Office of the United States Senate held by
         Senator Robert P. Casey, Jr.;
(1825)   Predecessors and Successors in Office of the
         Office held by Robert P. Casey, Jr.;

### Rhode Island Senators:

(1826)   Jack Reed, Member, U.S. Senate;
(1827)   Office of the United States Senate held by
         Senator Jack Reed;
(1828)   Predecessors and Successors in Office of the
         Office held by Jack Reed;
(1829)   Sheldon Whitehouse, Member, U.S. Senate;
(1830)   Office of the United States Senate held by
         Senator Sheldon Whitehouse;
(1831)   Predecessors and Successors in Office of the
         Office held by Sheldon Whitehouse;

Additional Defendants of:
Original Jurisdiction to the Supreme Court
of the United States of America:
Congressional Officer Defendants:
Senate Defendants:

### South Carolina Senators:

(1032)  Lindsey Graham, Member, U.S. Senate;
(1033)  Office of the United States Senate held by
        Senator Lindsey Graham;
(1034)  Predecessors and Successors in Office of the
        Office held by Lindsey Graham;
(1035)  Jim DeMint, Member, U.S. Senate;
(1036)  Office of the United States Senate held by
        Senator Jim DeMint;
(1037)  Predecessors and Successors in Office of the
        Office held by Jim DeMint;

### South Dakota Senators:

(1038)  Tim Johnson, Member, U.S. Senate;
(1039)  Office of the United States Senate held by
        Senator Tim Johnson;
(1040)  Predecessors and Successors in Office of the
        Office held by Tim Johnson;
(1041)  John Thune, Member, U.S. Senate;
(1042)  Office of the United States Senate held by
        Senator John Thune;
(1043)  Predecessors and Successors in Office of the
        Office held by John Thune;

### Tennessee Senators:

(1044)  Lamar Alexander, Member, U.S. Senate;
(1045)  Office of the United States Senate held by
        Senator Lamar Alexander;
(1046)  Predecessors and Successors in Office of the
        Office held by Lamar Alexander;
(1047)  Bob Corker, Member, U.S. Senate;
(1048)  Office of the United States Senate held by
        Senator Bob Corker;
(1049)  Predecessors and Successors in Office of the
        Office held by Bob Corker;

### Texas Senators:

(1050)  Kay Bailey Hutchinson, Member, U.S. Senate;
(1051)  Office of the United States Senate held by
        Senator Kay Bailey Hutchinson;
(1052)  Predecessors and Successors in Office of the
        Office of Kay Bailey Hutchinson;
(1053)  John Cornyn, Member, U.S. Senate;

67

Additional Defendants of:
Original Jurisdiction to the Supreme Court
of the United States of America:
Congressional Officer Defendants:
Senate Defendants:

Texas Senators
Continued:

(1854)    Office of the United States Senate held by
          Senator **John Cornyn**;
(1855)    Predecessors and Successors in Office of the
          Office held by John Cornyn;

Utah Senators:

(1856)    Orin G. Hatch, Member, U.S. Senate;
(1857)    Office of the United States Senate held by
          Senator Orin G. Hatch;
(1858)    Predecessors and Successors in Office of the
          Office of Orin G. Hatch;
(1859)    Robert F. Bennett, Member, U.S. Senate;
(1860)    Office of the United States Senate held by
          Senator Robert F. Bennett;
(1861)    Predecessors and Successors in Office of the
          Office held by Robert F. Bennett;

Vermont Senators:

(1862)    Patrick J. Leahy, Member, U.S. Senate;
(1863)    Office of the United States Senate held by
          Senator Patrick J. Leahy;
(1864)    Predecessors and Successors in Office of the
          Office held by Patrick J. Leahy;
(1865)    Bernard Sanders, Member, U.S. Senate;
(1866)    Office of the United States Senate held by
          Senator Bernard Sanders;
(1867)    Predecessors and Successors in Office of the
          Office held by Bernard Sanders;

Virginia Senators:

(1868)    Jim Webb, Member, U.S. Senate;
(1869)    Office of the United States Senate held by
          Senator Jim Webb;
(1870)    Predecessors and Successors in Office of the
          Office held by Jim Webb;
(1871)    Mark R. Warner, Member, U.S. Senate;
(1872)    Office of the United States Senate held by
          Senator Mark R. Warner;
(1873)    Predecessors and Successors in Office of the
          Office held by Mark R. Warner;

Additional Defendants of:
Originial Jurisdiction to the Supreme Court
of the United States of America:
Congressional Officer Defendants:
Senate Defendants:

### Washington Senators:

(1874)     Patty Murray, Member, U.S. Senate;
(1875)     Office of the United States Senate held by
           Senator Patty Murray;
(1876)     Predecessors and Successors in Office of the
           Office held by Patty Murray;
(1877)     Maria Cantwell, Member, U.S. Senate;
(1878)     Office of the United States Senate held by
           Senator Maria Cantwell;
(1879)     Predecessors and Successors in Office of the
           Office held by Maria Cantwell;

### West Virginia Senators:

(1880)     Robert C. Byrd, Member, U.S. Senate;
(1881)     Office of the United States Senate held by
           Senator Robert C. Byrd;
(1882)     Predecessors and Successors in Office of the
           Office held by Robert C. Byrd;
(1883)     John D. Rockefeller IV, Member, U.S. Senate;
(1884)     Office of the United States Senate held by
           Senator John D. Rockefeller IV;
(1885)     Predecessors and Successors in Office of the
           Office held by John D. Rockefeller IV;

### Wisconsin Senators:

(1886)     Herb Kohl, Member, U.S. Senate;
(1887)     Office of the United States Senate held by
           Senator Herb Kohl;
(1888)     Predecessors and Successors in Office of the
           Office held by Herb Kohl;
(1889)     Russell D. Feingold, Member, U.S. Senate;
(1890)     Office of the United States Senate held by
           Senator Russell D. Feingold;
(1891)     Predecessors and Successors in Office of the
           Office held by Russell D. Feingold;

Additional Defendants of:
Original Jurisdiction to the Supreme Court
of the United States of America:
Congressional Officer Defendant:
Senate Defendants:

Wyoming Senators:

(1892)     Michael B. Enzi, Member, U.S. Senate;
(1893)     Office of the United States Senate held by
           Senator Michael B. Enzi;
(1894)     Predecessors and Successors in Office of the
           Office held by Michael B. Enzi;
(1895)     John Barrasso, Member, U.S. Senate;
(1896)     Office of the United States Senate held by
           Senator John Barrasso;
(1897)     Predecessors and Successors in Office of the
           Office held by John Barrasso;
           c/o Office of the Secretary of the Senate;
           Nancy Erickson, Secretary of the Senate;
           S-312 The Capitol,
           Washington, D.C. 20515
           (202) 224-3622

           c/o Office of the Senate Legal Counsel
           for the Senate of the United States of America;
           Morgan J. Frankel, Senate Legal Counsel;
           642 Hart Senate Office Building;
           Washington D.C. 20510
           (202) 224-4435

           [Note: The two addresses cited above, one for the
           "Secretary of the United States Senate," and one
           for the "Office of the Senate Legal Counsel"
           constitute the service address for each above
           named Senator, each office held by the above
           named Senators, and for each Predecessor and
           Successor in office for each of the offices of
           the Senators named above.].

Defendants of Ancillary Jurisdiction to the
Supreme Court of the United States of America:
Members of the House of Representatives for
the State of Alabama:

(1898)    Greg Burdine, Representative for District 1; Office of
          District 1; Predecessors and Successors in Office for
          The Office of District 1;
(1899)    Lynn Greer, Representative for District 2; Office of
          District 2; Predecessors and Successors in Office
          for the Office of District 2;
(1900)    Marcel Black, Representative for District 3; Office of
          District 3; Predecessors and Successors in Office
          for the Office of District 3;
(1901)    Micky Hammon, Representative for District 4; Office of
          District 4; Predecessors and Successors in Office
          for the Office of District 4;
(1902)    Dan Williams, Representative for District 5; Office of
          District 5; Predecessors and Successors in Office
          for the Office of District 5;
(1903)    Phil Williams, Representative for District 6; Office of
          District 6; Predecessors and Successors in Office
          for the Office of District 6;
(1904)    Ken Johnson, Representative for District 7; Office of
          District 7; Predecessors and Successors in Office
          for the Office of District 7;
(1905)    Terri Collins, Representative for District 8; Office of
          District 8; Predecessors and Successors in Office
          for the Office of District 8;
(1906)    Ed Henry, Representative for District 9; Office of
          District 9; Predecessors and Successors in Office
          for the Office of District 9;
(1907)    Mike Ball, Representative for District 10; Office of
          District 10; Predecessors and Successors in Office
          for the Office of District 10;
(1908)    Jeremy H. Oden, Representative for District 11; Office
          of District 11; Predecessors and Successors in Office
          for the Office of District 11;
(1909)    Mac Buttram, Representative for District 12; Office
          of District 12; Predecessors and Successors in Office
          for the Office of District 12;
(1910)    Bill Roberts, Representative for District 13; Office
          of District 13; Predecessors and Successors in Office
          for the Office of District 13;
(1911)    Richard Baughn, Representative for District 14; Office
          of District 14; Predecessors and Successors in Office
          for the Office of District 14;
(1912)    Allen Farley, Representative for District 15; Office
          of District 15; Predecessors and Successors in Office
          for the Office of District 15;
(1913)    Daniel Boman, Representative for District 16; Office
          of District 16; Predecessors and Successors in Office
          for the Office of District 16;

71

Defendants of Ancillary Jurisdiction to the
Supreme Court of the United States of America:
Members of the House of Representatives for
the State of Alabama:

(1914)    Mike Millican, Representative for District 17; Office
          of District 17; Predecessors and Successors in Office
          for the Office of District 17;
(1915)    Johnny Mack Morrow, Representative for District 18;
          Office of District 18; Predecessors and Successors in
          Office for the Office of District 18;
(1916)    Laura Hall, Representative for District 19; Office
          of District 19; Predecessors and Successors in Office
          for the Office of District 19;
(1917)    Howard Sanderford, Representative for District 20;
          Office of District 20; Predecessors and Successors
in Off    in Office for the Office of District 20;
(1918)    Jim Patterson, Representative for District 21; Office
          of District 21; Predecessors and Successors in Office
          for the Office of District 21;
(1919)    Wayne Johnson, Representative for District 22; Office
          of District 22; Predecessors and Successors in Office
          for the Office of District 22;
(1920)    John Robinson, Representative for District 23; Office
          of District 23; Predecessors and Successors in Office
          for the Office of District 23;
(1921)    Todd Greeson, Representative for District 24; Office
          of District 24; Predecessors and Successors in Office
          for the Office of District 24;
(1922)    Mac McCutcheon, Representative for District 25; Office
          of District 25; Predecessors and Successors in Office
          for the Office of District 25;
(1923)    Kerry Rich, Representative for District 26; Office
          of District 26; Predecessors and Successors in Office
          for the Office of District 26;
(1924)    Wes Long, Representative for District 27; Office
          of District 27; Predecessors and Successors in Office
          for the Office of District 27;
(1925)    Craig Ford, Representative for District 28; Office
          of District 28; Predecessors and Successors in Office
          for the Office of District 28;
(1926)    Becky Nordgren, Representative for District 29; Office
          of District 29; Predecessors and Successors in Office
          for the Office of District 29;
(1927)    Blaine Galliher, Representative for District 30; Office
          of District 30; Predecessors and Successors in Office
          for the Office of District 30;
(1928)    Barry Mask, Representative for District 31; Office
          of District 31; Predecessors and Successors in Office
          for the Office of District 31;
(1929)    Barbara Boyd, Representative for District 32; Office
          of District 32; Predecessors and Successors in Office
          for the Office of District 32;

Defendants of Ancillary Jurisdiction to the
Supreme Court of the United States of America:
Members of the House of Representatives for
the State of Alabama:

(1930)     Ron Johnson, Representative for District 33; Office
           of District 33; Predecessors and Successors in Office
           for the Office of District 33;
(1931)     Elwyn Thomas, Representative for District 34; Office
           of District 34; Predecessors and Successors in Office
           for the Office of District 34;
(1932)     Steve Hurst, Representative for District 35; Office
           of District 35; Predecessors and Successors in Office
           for the Office of District 35;
(1933)     Randy Wood, Representative for District 36; Office
           of District 36; Predecessors and Successors in Office
           for the Office of District 36;
(1934)     Richard Laird, Representative for District 37; Office
           of District 37; Predecessors and Successors in Office
           for the Office of District 37;
(1935)     DuWayne Bridges, Representative for District 38;
           Office of District 38; Predecessors and Successors in
           Office for the Office of District 38;
(1936)     Richard J. Lindsey, Representative for District 39;
           Office of District 39; Predecessors and Successors in
           Office for the Office of District 39;
(1937)     A.L. Brown, Representative for District 40; Office
           of District 40; Predecessors and Successors in Office
           for the Office of District 40;
(1938)     Mike Hill, Representative for District 41; Office
           of District 41; Predecessors and Successors in Office
           for the Office of District 41;
(1939)     Kurt Wallace, Representative for District 42; Office
           of District 42; Predecessors and Successors in Office
           for the Office of District 42;
(1940)     Mary Sue McClurkin, Representative for District 43;
           Office of District 43; Predecessors and Successors
           in Office for the Office of District 43;
(1941)     Arthur Payne, Representative for District 44; Office
           of District 44; Predecessors and Successors in Office
           for the Office of District 44;
(1942)     Owen Drake, Representative for District 45; Office
           of District 45; Predecessors and Successors in Office
           for the Office of District 45;
(1943)     Paul DeMarco, Representative for District 46; Office
           of District 46; Predecessors and Successors in Office
           for the Office of District 46;
(1944)     Jack Williams, Representative for District 47; Office
           of District 47; Predecessors and Successors in Office
           for the Office of District 47;
(1945)     Greg Canfield, Representative for District 48; Office
           of District 48; Predecessors and Successors in Office
           for the Office of District 48;

73

Defendants of Ancillary Jurisdiction to the
Supreme Court of the United States of America:
Members of the House of Representatives for
the State of Alabama

(1946)      April Weaver, Representative for District 49; Office
            of District 49; Predecessors and Successors in Office
            for the Office of District 49;

(1947)      Jim McClendon, Representative for District 50; Office
            of District 50; Predecessors and Successors in Office
            for the Office of District 50;

(1948)      Allen Treadaway, Representative for District 51; Office
            of District 51; Predecessors and Successors in Office
            for the Office of District 51;

(1949)      John W. Rogers, Jr., Representative for District 52;
            Office of District 52; Predecessors and Successors
            in Office for the Office of District 52;

(1950)      Demetrius C. Newton, Representative for District 53;
            Office of District 53; Predecessors and Successors
            in Office for the Office of District 53;

(1951)      Patric Ford, Representative for District 54; Office
            of District 54; Predecessors and Successors in Office
            for the Office of District 54;

(1952)      Rod Scott, Representative for District 55; Office
            of District 55; Predecessors and Successors in Office
            for the Office of District 55;

(1953)      Lawrence McAdory, Representative for District 56;
            Office of District 56; Predecessors and Successors
            in Office for the Office of District 56;

(1954)      Merika Coleman, Representative for District 57; Office
            of the District 57; Predecessors and Successors
            in Office for the Office of District 57;

(1955)      Oliver Robinson, Representative for District 58;
            Office of District 58; Predecessors and Successors
            in Office for the Office of District 58;

(1956)      Mary Moore, Representative for District 59; Office
            of the District 59; Predecessors and Successors in
            Office for the Office of District 59;

(1957)      Juandalynn Givan, Representative for District 60;
            Office of District 60; Predecessors and Successors
            in Office for the Office of District 60;

(1958)      Alan Harper, Representative for District 61; Office
            of District 61; Predecessors and Successors in Office
            for the Office of District 61;

(1959)      John Merrill, Representative for District 62; Office
            of District 62; Predecessors and Successors in Office
            for the Office of District 62;

(1960)      Bill Poole, Representative for District 63; Office
            of District 63; Predecessors and Successors in Office
            for the Office of District 63;

(1961)      Harry Shiver, Representative for District 64; Office
            of District 64; Predecessors and Successors in Office
            for the Office of District 64;

Defendants of Ancillary Jurisdiction to the
Supreme Court of the United States of America:
Members of the House of Representatives for
the State of Alabama:

(1962)    Elaine Beech, Representative for District 65; Office
          of District 65; Predecessors and Successors in Office
          for the Office of District 65;
(1963)    Alan Baker, Representative for District 66; Office
          of District 66; Predecessors and Successors in Office
          for the Office of District 66;
(1964)    Darrio Melton, Representative for District 67; Office
          of District 67; Predecessors and Successors in Office
          for the Office of District 67;
(1965)    Thomas Jackson, Representative for District 68; Office
          of District 68; Predecessors and Successors in Office
          for the Office of District 68;
(1966)    David Colston, Representative for District 69; Office
          of District 69; Predecessors and Successors in Office
          for the Office of District 69;
(1967)    Chris England, Representative for District 70; Office
          of District 70; Predecessors and Successors in Office
          for the Office of District 70;
(1968)    Artis "A.J. McCampbell, Representative for District 71;
          Office of District 71; Predecessors and Successors
          in Office for the Office of District 71;
(1969)    John Knight, Representative for District 72; Office
          of District 72; Predecessors and Successors in Office
          for the Office of District 72;
(1970)    Joe Hubbard, Representative for District 73; Office
          of District 73; Predecessors and Successors in Office
          for the Office of District 73;
(1971)    Jay Love, Representative for District 74; Office
          of District 74; Predecessors and Successors in Office
          for the Office of District 74;
(1972)    Greg Wren, Representative for District 75; Office
          of District 75; Predecessors and Successors in Office
          for the Office of District 75;
(1973)    Thad McClammy, Representative for District 76; Office
          of District 76; Predecessors and Successors in Office
          for the Office of District 76;
(1974)    John F. Knight, Jr., Representative for District 77;
          Office of District 77; Predecessors and Successors
          in Office for the Office of District 77;
(1975)    Alvin Holmes, Representative for District 78; Office
          of District 78; Predecessors and Successors in Office
          for the Office of District 78;
(1976)    Mike Hubbard, Representative for District 79; Office
          of District 79; Predecessors and Successors in Office
          for the Office of District 79;
(1977)    Lesley Vance, Representative for District 80; Office
          of District 80; Predecessors and Successors in Office
          for the Office of District 80;

Defendants of Ancillary Jurisdiction to the
Supreme Court of the United States of America:
Members of the House of Representatives for
the State of Alabama:

(1978)    Mark Tuggle, Representative for District 81; Office
          of District 81; Predecessors and Successors in Office
          for the Office of District 81;
(1979)    Pebblin W. Warren, Representative for District 82;
          Office of District 82; Predecessors and Successors
          in Office for the Office of District 82;
(1980)    George Bandy, Representative for District 83; Office
          of District 83; Predecessors and Successors in Office
          for the Office of District 83;
(1981)    Berry Forte, Representative for District 84; Office
          of District 84; Predecessors and Successors in Office
          for the Office of District 84;
(1982)    Dexter Grimsley, Representative for District 85;
          Office of District 85; Predecessors and Successors
          in Office for the Office of District 85;
(1983)    Paul W. Lee, Representative for District 86; Office
          of District 86; Predecessors and Successors in Office
          for the Office of District 86;
(1984)    Donnie Chesteen, Representative for District 87;
          Office of District 87; Predecessors and Successors
          in Office for the Office of District 87;
(1985)    Paul Beckman, Representative for District 88; Office
          of District 88; Predecessors and Successors in Office
          for the Office of District 88;
(1986)    Alan Boothe, Representative for District 89; Office
          of District 89; Predecessors and Successors in Office
          for the Office of District 89;
(1987)    Charles Newton, Representative for District 90; Office
          of District 90; Predecessors and Successors in Office
          for the Office of District 90;
(1988)    Barry Moore, Representative for District 91; Office
          of District 91; Predecessors and Successors in Office
          for the Office of District 91;
(1989)    Mike Jones, Representative for District 92; Office
          of District 92; Predecessors and Successors in Office
          for the Office of District 92;
(1990)    Steve Clouse, Representative for District 93; Office
          of District 93; Predecessors and Successors in Office
          for the Office of District 93;
(1991)    Joe Faust, Representative for District 94; Office
          of District 94; Predecessors and Successors in Office
          for the Office of District 94;
(1992)    Steve McMillan, Representative for District 95; Office
          of District 95; Predecessors and Successors in Office
          for the Office of District 95;
(1993)    Randy Davis, Representative for District 96; Office
          of District 96; Predecessors and Successors in Office
          for the Office of District 96;

Defendants of Ancillary Jurisdiction to the
Supreme Court of the United States of America:
Members of the House of Representatives for
the State of Alabama:

(1994)     Yvonne Kennedy, Representative for District 97;
           Office of  District 97; Predecessors and Successors
           in Office for the Office of District 97;
(1995)     Napoleon Bracy, Representative for District 98; Office
           of  District 98; Predecessors and Successors in Office
           for the Office of District 98;
(1996)     James E. Buskey, Representative for District 99;
           Office of District 99; Predecessors and Successors
           in Office for the Office of District 99;
(1997)     Victor Gaston, Representative for District 100;
           Office of District 100; Predecessors and Successors
           in Office for the Office of District 100;
(1998)     Jamie Ison, Representative for District 101; Office
           of District 101; Predecessors and Successors in Office
           for the Office of District 101;
(1999)     Chad Fincher, Representative for District 102; Office
           of District 102; Predecessors and Successors in Office
           for the Office of District 102;
(2000)     Joseph Mitchell, Representative for District 103;
           Office of District 103; Predecessors and Successors
           in Office for the Office of District 103;
(2001)     Jim Burton, Representative for District 104; Office
           of District 104; Predecessors and Successors in Office
           for the Office of District 104;
(2002)     Office of District 105; Predecessors and Successors in
           Office for the Office of District 105;
           c/o Office of the Speaker of the House;
           Mike Hubbard, Speaker;
           Room 519-A,
           11 South Union Street,
           Montgomery, Alabama 36130
           (334) 242-7668

           [Note:  The above listed service addresses should be
           construed to extend to each Member of the House of
           Representatives of the State of Alabama, each office
           of each District, and to each Predecessor and
           Successor in Office for each District.]

Defendants of Ancillary Jurisdiction to the
Supreme Court of the United States of America:
Members of the Senate for the State of Alabama:

(2003)    Tammy Irons, Senator, District One; Office of District
          One; Predecessors and Successors in Office for
          District One;

(2004)    William  Holtzclaw, Senator, District Two; Office of
          District Two; Predecessors and Successors in Office
          for District Two;

(2005)    Arthur Orr, Senator, District Three; Office of
          District Three; Predecessors and Succcessors in Office
          for District Three::

(2006)    Paul Bussman, Senator, District Four; Office of
          District Four; Predecessors and Successors in Office
          for District Four;

(2007)    Greg Reed, Senator, District Five; Office of
          District Five; Predecessors and Successors in Office
          for District Five;

(2008)    Roger Bedford, Senator, District Six; Office of
          District Six; Predecessors and Successors in Office
          for District Six;

(2009)    Paul Sandord, Senator, District Seven; Office of
          District Seven; Predecessors and Successors in Office
          for District Seven;

(2010)    Shadrack McGill, Senator, District Eight; Office of
          District Eight; Predecessors and Successors in Office
          for District Eight;

(2011)    Clay Scofield, Senator, District Nine; Office of
          District Nine;  Predecessors and Successors in Office
          for District Nine;

(2012)    Phil W. Williams, Senator, District Ten; Office of
          District Ten; Predecessors and Successors in Office
          for District Ten;

(2013)    Jerry Fielding, Senator, District Eleven; Office of
          District Eleven; Predecessors and Successors in Office
          for District Eleven;

(2014)    Del Marsh, Senator, District Twelve; Office of
          District Twelve; Predecessors and Successors in Office
          for District Twelve;

(2015)    Gerald O. Dial, Senator, District Thirteen; Office of
          District Thirteen; Predecessors and Successors in Office
          for District Thirteen;

(2016)    Cam Ward, Senator, District Fourteen; Office of
          District Fourteen; Predecessors and Successors in Office
          for District Fourteen;

(2017)    Mark Slade Blackwell, Senator, District Fifteen;
          Office of District Fifteen; Predecessors and Successors
          in Office for District Fifteen;

(2018)    Jabo Waggoner, Senator, District Sixteen; Office of
          District Sixteen; Predecessors and Successors in Office
          of District Sixteen;

Defendants of Ancillary Jurisdiction to the
Supreme Court of the United States of America:
Members of the Senate for the State of Alabama:

(2019)   Scott Beason, Senator, District Seventeen; Office of
         District Seventeen; Predecessors and Successors in
         Office for District Seventeen;
(2020)   Rodger Smitherman, Senator, District Eighteen; Office
         of District Eighteen; Predecessors and Successors
         in Office for District Eighteen;
(2021)   Priscilla Dunn, Senator, District Nineteen; Office of
         District Nineteen; Predecessors and Successors in
         Office for District Nineteen;
(2022)   Linda Coleman, Senator, District Twenty; Office of
         District Twenty; Predecessors and Successors in
         Office for District Twenty;
(2023)   Gerald Allen, Senator, District Twenty One; Office of
         District Twenty One; Predecessors and Successors in
         Office for District Twenty One;
(2024)   Marc Keahey, Senator, District Twenty Two; Office of
         District Twenty Two; Predecessors and Successors in
         Office for District Twenty Two;
(2025)   Hank Sanders, Senator, District Twenty Three; Office of
         District Twenty Three; Predecessors and Successors in
         Office for District Twenty Three;
(2026)   Bobby Singleton, Senator, District Twenty Four; Office
         of District Twenty Four; Predecessors and Successors
         in Office for District Twenty Four;
(2027)   Dick Singleton, Senator, District Twenty Five; Office
         of District Twenty Five; Predecessors and Successors
         in Office for District Twenty Five;
(2028)   Quinton Ross, Senator, District Twenty Six; Office of
         District Twenty Six; Predecessors and Successors in
         Office for District Twenty Six;
(2029)   Tom Whatley, Senator, District Twenty Seven; Office
         of District Twenty Seven; Predecessors and Successors
         in Office for District Twenty Seven;
(2030)   William M. Bousley, Senator, District Twenty Eight;
         Office of District Twenty Eight; Predecessors and
         Successors in Office for District Twenty Eight;
(2031)   Harri Anne Smith, Senator, District Twenty Nine;
         Office of District Twenty Nine; Predecessors and
         Successors in Office for District Twenty Nine;
(2032)   Bryan Taylor, Senator, District Thirty; Office of
         District Thirty; Predecessors and Successors in
         Office for District Thirty;
(2033)   Jimmy Holley, Senator, District Thirty One; Office
         of District Thirty One; Predecessors and Successors
         in Office for District Thirty One;
(2034)   Lee Pittman, Senator, District Thirty Two; Office
         of District Thirty Two; Predecessors and Successors
         in Office for District Thirty Two;

Defendants of Ancillary Jurisdiction to the
Supreme Court of the United States of America:
Members of the Senate for the State of Alabama:

(2035)      Vivian Davis Figures, Senator, District Thirty Three;
            Office of District Thirty Three; Predecessors and
            Successors in Office for District Thirty Three;
(2036)      Rusty Glover, Senator, District Thirty Four; Office
            of District Thirty Four; Predecessors and Successors
            in Office for District Thirty Four;
(2037)      Ben Brooks, Senator, District Thirty Five; Office of
            District Thirty Five; Predecessors and Successors
            in Office for District Thirty Five;
            c/o President of the Senate;
            Kaye Ivey, Lieutenant Governor,
            Alabama State House,
            Room 725,
            11 South Union Street,
            Montgomery, Alabama 36130
            (334) 242-7900;

            c/o President Pro Tempore of the Senate;
            Senator A.C. (DEL) Marsh;
            Alabama State House,
            Room 722,
            11 South Union Street,
            Montgomery, Alabama 36130
            (334) 242-7877

            [Note:  The above listed service addresses should be
            construed to extend to each Member of the Senate of
            the State of Alabama to each Office of each Senate
            District, and to each Predecessor and Successor in
            Office for each Senate District.]

Additional Defendants of:
Original Jurisdiction to the Supreme Court
of the United States of America:
**Laws of the United States and the**
**Constitution of the State of Alabama,**
**Defendants:**

(2038)      "Oath of the Speakers, members, and Delegates,
            Title 2 U.S.C.S. § 25"
            (R.S. § 30, Feb. 18, 1948, ch 53, 62 Stat. 20.)

(2039)      "Oath of Speaker, Members, and Delegates,
            Title 2 U.S.C.S. § 21"
            (Act June 1, 1879, ch 1, § 2, 1 Stat. 23)

(2040)      "Civil Action for Deprivation of Rights,
            Title 42 U.S.C.S. § 1983"
            (R.S. 1979, Dec. 29, 1979, P.L. 96-170, § 1,
            93 Stat. 1284, Oct. 19, 1996, P.L. 104-317,
            Title 111, § 309(c), 110 Stat. 3853.)

(2041)      "Equal Rights Under the Law, Title 42 U.S.C.S. § 1981"
            (R.S. 1977; Nov. 21, 1991, P.L. 102-166, Title 1, § 101,
            105 Stat. 1071.)

(2042)      "Conspiracy to Interfer with Civile Rights,Title 42
            U.S.C.S. § 1985"
            (Acts July 31, 1861, ch. 33, 12 Stat. 284;
            Acts April 20, 1871, ch 22, § 284, 17 Stat. 13.)

(2043)      "Crime Victims Rights, Title 18 U.S.C.S. § 3771(a),
            Rights of Crime Victims. A crime victim has **the** following
            rights. (1) The right to be reasonable protected from
            the accused."
            (Act Nov. 19, 1988, P.L. 100-702, Title IV, § 404(a),
            102 Stat. 4651, effective Dec. 1, 1988.)

(2044)      "Prison Litigation Reform Act, Title 42 U.S.C.S. § 1907(a)
            thru 1997(a) through 1997(j)"
            (Act May 23, 1980, P.L. 96-247, § 1, 94 Stat. 349.)

(2045)      "Appropriate Remedies with Respect to Prison Conditions,
            Title 18 U.S.C.S. U.S.C.S. § 3626(a) through 3626(g)."
            (Added September 13, 1994, P.L. 103-322, Title II,
            Subsection D, § 20409(a), 108 Stat. 1827; April 26,
            1996, P.L. 104-134, Title 1 [Title VIII, § 802(a)],
            110 Stat. 1321-66; May 2, 1996, P.L.104-140, § 1 (a),
            110 Stat. 1327; Nov 26, 1997, P.L. 105-119,
            Title 1, § 123(a), 111 Stat. 2470.)

Additional Defendants of:
Original Jurisdiction to the Supreme Court
of the United States of America:
Laws of the United States; and of
the Constitution of the United States; and of
the Constitution of the State of Alabama,
and Laws made in pursuance thereof,
**Defendants:**

(2046)     "Domestic Security, Chapter 1. Homeland Security
           Organization, **Department of Homeland Security,**
           Title 6 U.S.C.S. § 111, Executive Department;
           (a) Establishment; (b) Mission"
           (Nov. 25, 2002, P.L. 107-296, Title 1, § 101, 116
           Stat. 2142; Dec. 17, 2004, P.L. 108-458,
           Title VIII, Subtitle C, § 118 Stat. 3867.)

(2047)     "Agriculture, Establishment of [the] Department,
           Title 7 U.S.C.S. § 2201"
           (R.S. § 520; Aug. 30, 1972, P.L. 92-419, Title VI,
           § 603(a), 86 stat. 675; Sept. 29, 1977, P.L. 95-113,
           Title XV, § 1502(a), 92 Stat. 1021.)

(2048)     "Armed Forces, Title 10 U.S.C.S. § 121, Regulations"
           (Aug. 10, 1956, ch. 1041, §1, 70A Stat. 6.)

(2049)     "Bankrupcy, Title II, , Chapters 1, 3, 5, 7, 9,
           11, 12, 13, 15"
           (Act Nov. 6, 1978, P.L. 95-598, Title 1, § 101,
           92 Stat. 2549.)

(2050)     "Bandks and Banking, Chapter 1. Comptroller of the
           Currency; Chapter, National Banks; Chapter 3, Federal
           Reserve System; Chapter 4, Taxation."
           (§1. Comptroller of the Currency, R.S. 324; Dec. 23,
           1913, chap. 6, § 10(8), 38 Stat. 261; june 3, 1922,
           Chap. 205, 42 stat. 621; May 20, 1966, P.L. 89-427,
           § 1, 80 stat. 161; Sept 23, 1994. P.L. 103-325, Title
           III, 331(b)(2), 208 stat. 2232; July 21, 2010,
           P.L. 111-203, Title III, Subtitle A, § 314(a),
           124 Stat. 15230)   (§ 3. Oath of the Comptroller. R.S.
           326, Sept. 9, 1959, P.L. 86-251, § 1(d), 73 stat. 488;
           June 6, 1972, P.L. 93-210, Title II, Part 2,§223(a),
           86 stat. 206) (§38,"The National bank Act" (June 30,
           1874, ch. 343, § 1, 18 stat. 123.)
           ("Board of Governors of the Federal Reserve System,"
           § 241. "Creation; membership; compensation; and
           and expenses, Dec. 23, 1913, ch 6, § 10,1, 38, stat. 260;
           Aug. 23,1935, ch 614, Title 11, § 203(b) 49 stat. 704)
           (Federal   Reserve Banks, Exemption from taxation," Dec. 23,
           1913, ch 6,  § 7(c) [§7,3], 38 stat, 258; Aug. 10, 1993,
           P. L. 103-66, title III, § 3002(c)(2), 107 stat. 338.)

Additional Defendants of:
Original Jurisdiction to the Supreme Court
of the United States of Americas:
Laws of the United States; and of the
Constitution of the United States; and of
the Constitution of the State of Alabama,
and Laws made in pursuance thereof,
Defendants:

(2051)   "The National Bank Act, Title 12 U.S.C.S. § 38"
         ( June 30, 1874, ch 343, § 13    123.)

(2052)   "Creation, membership, compensation, expense, Board of
         Governors of the Federal Reserve System."
         (Dec. 23, 1913, ch. r, § 10, 1, 38 Stat. 000;
         June 3, **1922**, ch.205, 42 Stat. 620; Au. 23, 1935, ch.
         614, Title 11 § 203(b), 49 stat.704.)

(2053)   "Federal Reserve Banks, Exemption from Taxation"
         (Dec. 23, 1913, ch § 6, § 7(c) [§ 7, 3], 38 stat. 258;
         Aug. 10, 1993, P.L. 102-06, Title 111, § 3002 (c)(s),
         10 stat. 333.)

(2054)   "Commerce and Trade, Title 15, Capters 1 through Chapters
         **110,Title 15 U.S.C.S. § 41, Trade Commission Established"**
         (Sept. 26, 1914, **ch.** 311, § 1, 38 stat. 717;
         Mar. 21, 1938, ch. 49,    1, 52 stat. 111.)

(2055)   "Education, Office of Education, Title 20, U.S.C.S.,
         Chapter § 1."
         (Repealed, This section, (R.C. (516) was repealed by
         Act J June 23, 1972 P.L. 92-318. Title III, § 301(b)(2)(A),
         scat. 332, effective July 21, 1972.)

(2056)   "Federal Food, Drug, and Cosmetic Act, § 301, this Act,
         [21 U.S.C.S. §§ 301 et seg.] may be cited as the Federal
         Food, Drug and Cosmetic Act; Meat Inspections, Title 21,
         Chapter 21, § 60 through 695/
         (June 25, 1938, ch. 675, ch. 1, § 1, 52 stat. **1040** )
         **(March** 4, 1907, Ch. 2907, Title, § 1, as added Dec. 15,
         1957, P.L. 90-201, § 3, 71 stat. 534; Oct. 29, 1992,
         P.L. 102-571,Title 1 § 107(14), 106 Stat. 4499;
         Nov. 10, 2005, P.L. 109-97,Title VII, § 798 [(a)](2),
         119 stat. 2155; May 22, 2008, P.L. 110-234, Title XI,
         § 11016(b)(1), 122 stat. 1554, 2130.)

(2057)   **"Patient Protection and Affordable Care Act,"**
         (P.L. 118-148.)

(2058)   "Crimes and Criminal Procedure, Title 18, U.S.C.S. §
         Part II, Chapters 201 through 237, § 3001 through
         § 3771";
         (June 25, 1948, ch. 645, § 62 stat. 814.)
         ( Added Oct. 30, 2004, P.L. 108-405, Title I, § 102(a),
         118 stat. 2261; July 27, 2006, P.L. 109-248, Title II
         § 212, 120 stat. 616; May 7, 2009, P.L. 111-16, § 3(12),
         123 stat. 1608).

Additional Defendants of:
Original Jurisdiction to the Supreme Court
of the United States of America:
Laws of the United States; and of the
Constitution of the United States; and of
the Constitution of the State of Alabama,
and Laws made in pursuance thereof,
Defendants:

(2059)      "Crimes and Criminal Procedure, Prisons and Prisoners,
            Part III, Chapter 301 through 319, including §4351.
            Establishment, Advisory Board ... [and] ... §4352 ..."
            (June 25, 1948, ch. 645, §62 stat. 847; Sept. 25, 1971,
            P.L. 92-128, §1(a),(b), 85 stat. 347.) through (Added
            Sept. 7, 1974, P.L. 93-415, Title V, Part B, §521,
            88 stat. 110; Dec. 21, 1982, P.L. 97-375, Title I,
            §109(a), 96 stat., 1820; Nov. 29, 1990, P.L. 101-647,
            Title XXXV, §3599F, 104 stat. 4932; July 29, 2010,
            P.L. 111-211, Title II, subtitle F, §261(b), 124
            stat. 2299.)

(2060)      "Housing and Economic Recovery Act of 2008,"
            (122 stat. 2654, P.L. 110289 July 30, 2008).

(2061)      "U.S. Election Commission"
            (P.L. 107-252)

(2062)      "Office of Thrift Supervision, Codified U.S.C.S. 12,
            section 1462(a)"
            (Nov. 1978, P.L. 95-630) (P.L. 97-320. Oct. 1, 1982)
            (P.L. 101-73, Aug. 1989) (P.L. 111-203, July 2010)

(2063)      "Internal Revenue Code, Title 26 U.S.C.S., Subtitle A,
            Income Taxes; Subtitle B, Estate and Gift Taxes;
            through Subtitle K; Group Health Plan Requirements,
            §9801 through §9834."
            (Act Aug. 16, 1954, ch. 736, 68A stat. 3 as amended.)
            (Aug. 16, 1954, ch. 736, 68A stat. 5; Feb. 26, 1964,
            P.L. 880272, Title I, §111, 78 stat. 19; through Feb.
            13, 2008, P.L. 110-185, Title I, §101(f), 122 stat.
            617.)
            (Added May 21, 2008, P.L. 110-223, Title I, §103(e)(1),
            122 stat. 899.)

(2064)      "Judiciary and Judicial Procedure, Title 28 U.S.C.S.,
            Part I, §1, through Part VI, Chapter 181, §4105."
            (June 25, 1948, ch. 646, 62 stat. 869.) through (Aug.
            10, 2010, P.L. 111-223, §3(c), 124 stat. 2383.)

(2065)      Labor, Title 29, U.S.C.S., Chapter 1, Labor Statistics,
            §1. Design and duties of bureau generally.
            (June 13, 1888 ch. 839, §1, 25 stat. 182) through
            chapter 31, Assistive Technology for Individuals and
            Disabilities, Authorization of Appropriations, §3007,
            (Nov. 13, 1998, P.L. 105-394, §8, as added Oct. 25, 2004,
            P.L. 108-364, 32, 118 stat. 1736.)

Additional Defendants of:
Original Jurisdiction to the Supreme Court
of the United States of America:
Laws of the United States; and of the
Constitution of the United States; and of
the Constitution of the State of Alabama,
and Laws made in pursuance thereof,
Defendants:

(2066)     "Minerals and Lands, Title 30 U.S.C.S., Chapter 1, §1,
           The United States Bureau of Mines,"
           (May 16, 1910, ch. 240, §1, 36 stat. 369; Feb. 25, 1913,
           ch. 72, §1, 37 stat. 681) through Chapter 32, Methane
           Hydrate Research and Development, §2006, Authorizations
           and Appropriations, (May 2, 2000, P.L. 106-193, §7, as
           added Aug. 8, 2005, P.L. 109-58, Title IX, Subtitle F,
           §968(a), 119 stat. 898.)

(2067)     "Money and Finance," Title 31, U.S.C.S., Chapter 1, §101,
           (Sept. 13, 1982, P.L. 97-258, §1, 96 stat. 877); Chapter
           3, Subchapter 1, Organization, §301 (Sept. 13, 1982,
           P.L. 97-258, §1, 96 stat. 878, Oct. 30, 1984, P.L.
           98-594, §1(a), 98 stat. 3129; Dec. 19, 1985, P.L.
           99-190, §141, stat. 1324; Feb. 12, 1994, P.L. 103-211,
           Title II, ch. 8, §2003(a), 108 stat. 24; Dec. 13, 2003,
           P.L. 108-177, Title I, §105(d)(2), 117 stat. 2603,
           July 26, 2007, P.L. 110-49, §11(a), 121 stat. 260; Oct.
           3, 2008, P.L. 110-343, Div. A, Title I, §101(a)(3)(B)(ii),
           122 stat. 3768, subchapter II, §333, Prohibitive of
           Misuse of Department fo the Treasury names, symbols,
           etc.
           (Added Aug. 15, 1994, P.L. 103-296, Title III, §312(1)(i),
           108 stat. 1528.)

(2068)     Patents, Part I U.S.C.S. United States Paten and
           Trademark Office; Part II Patenability of Inventions and
           Grant of Patents; Part III, Patents and Protection of
           Patent Rights; Part IV, Patent Cooperation Treaty, Title
           35, U.S.C.S. §1 through §376."
           (This Title was revised and enacted into Positive Law
           by Act July 19, 1952, ch 950, § 1, 66 stat. 792;
           (Part I U.S.C.S. § 1. Establishment, July 19, 1952,
           ch. 950, § 1, 66 stat. 792; Jan. 2, 1975, P.L. 93-596,
           § 1, 88 stat. 1949; Nov. 29, 1999, P.L. 106=113,
           Div. B, Z 1000(a)(9), 113 stat. 1536.) **through** (Part IV,
           § 376. Fees (Added Nov. 14, 1975, P.L. 94-131, § 1,
           89 stat 690; Nov. 8, 1984, P.L. 98-622, Title IV,
           §§ 402(g), 403(a) in part, 98 stat. 3392; Nov. 6, 1986,
           P.L.99-616, § 8, 100 stat.3486; Dec. 10, 1991, P.L. 102-
           204, § 5(g)(1), 105 stat. 1640; Nov. 29, 1999, P.L. 101-
           113, Div.B, § 1000(a)(9), 113 stat. 1536; Nov. 2, 2002,
           P.L. 107-273, Div. C, Title III, Subtitle B, § 13206(a)(21),
           (b)(1)(B), 116 stat. 1905, 1906).

Additional Defendants of:
Original Jurisdiction to the Supreme Court
of the United States of America:
Laws of the United States; and of
the Constitution of the United States; and of
the Constitution of the State of Alabama,
and Laws made in pursuance thereof,
Defendants:

(2069)      "Postal Service, Title 39 U.S.C.S. § Part I, Part II,
             Part III, Part IV; Part One, Chapter One, § 101 through
             **through** Part V, Chapter 56, § 5605";
             (This title was revised and re-enacted into Positive
             Law by Act Aug. 12, 1970, P.L. 91-375, Z 2, 84 stat 719).
             (Chapter 1, Postal Policy and Definitions § 101, Aug. 12,
             1970, P.L. 91-375, § 2, 84 stat. 719; Oct 13, 2008,
             P.L. 110-405, § 2 (b)(9), 122 stat. 4289) **through** (Chapter 56,
             § 5605, Constracts for thetransportation of mail by
             vessel, Aug. 12, 1970, P.L. 91-375, § 2, 89 stat. 733;
             Dec. 20, 2006, P.L. 109-435, Title X, § 1002(b)(3),
             120 stat. 3255.)

(2070)      "Public Constracts, Title 41, Subtitles I, Procurement
             Policy; Subtitle II, other Advertising and Contract
             Provisions; Subtitle III, Contract Disputes; Subtitle
             IV, Miscellaneous; Uniform Rules of Procedure for
             Boards of Contract Appeals"
             (Enacted into Positive law by Act Jan. 4, 2011,
             P.L. 111-350, § 124 stat. 3677).
             (Subtitle I, Subchapter I, § 101, (Jan. 4, 2011,
             P.L. 111-350, 3, 124 stat. 3678) **through** (Subtitle IV,
             Chapter 87, § 8707, Jan. 4, 2011, P.L. 111-350,
             § 3, 124 stat. 3841).

(2071)      "The Public Health and Welfare, Title 42 U.S.C.S.,
             Chapter 2, Discharge of Cargo, §§88 (R.S. 4793) **through**
             Chapter 159, Space Exploration, Technology, and
             Science, § 18445, Information security, (Oct. 11, 2010,
             P.L. 111-267, Title XII, § 1207, 124 stat. 3844).

(2072)      "Public Lands, Title 42 U.S.C.S., Chpater 1, Bureau
             of Land Management, § 2, Duties concerning public
             lands, (R.S. § 453) **through** Chpater 42, Rurla Water
             Supply, § 2434, Termination of authority, )Dec. 22,
             2006, P.L. 109=451. Title II, § 215, 120 stat. 3361)."

(2073)      "Telegraphs, Telephones, and Radiotelegraphs, Chapter,
             §9, subsidized companies required to construct and
             operate lines, (Aug. 7, 1888, ch. 772, §1 15 stat.
             382.) through Chapter 12, Broadband Data Improvement,
             §1305, Broadband Technology Opportunities Program,
             (Feb. 17, 2009, P.L. 111-5, Div. B, Title VI, §6001,
             123 stat. 512.)

Additional Defendants of:
Original Jurisdiction to the Supreme Court
of the United States of America:
Laws of the United States; and of
the Constitution of the United States; and of
the Constitution of the State of Alabama;
and Laws made in pursuance thereof,
Defendants:

(2074)      "Transportation Title 49 U.S.C.S., Subtitle I.,
            Department of Transportation through Subtitle X.,
            Miscellaneous, (Enacted into positive law by Acts
            Oct. 17, 1978, P.L. 95-473, §1, 92 stat. 1337; Jan.
            12, 1983, P.L. 97-449, §, 96 stat. 2413; July 5,
            1994, P.L. 103-272, §1(c), 108 stat. 745.) Subtitle
            1., Chapter 1, Organization, §101., Purpose, (Jan.
            12, 1983, P.L. 97-449, §1(b), 96 stat 2414; Dec. 18,
            1991, P.L. 102-240, Title VI, §6018, 105 stat. 2183.)
            through Subtitle X., Miscellaneous, Chapter 805.,
            Miscellaneous, §80504., Medals of Honor, (July 5, 1994,
            P.L. 103-272, §1(e), 108 stat. 1358.)

(2075)      "War and National Defense, Chapter 1., Council of
            National Defense, §1, Creation, Purpose, and Composition
            of Council, (Aug. 29, 1916, ch. 418, §39 stat. 649.),
            through, Chapter 43., Preventing Weapons of Mass
            Destruction Proliferation adn Terrorism, §2932.,
            Sense of Congress on United States-Russia cooperation
            and coordination on the prevention of weapons of mass
            destruction proliferation and terrorism, (Aug. 3, 2007,
            P.L. 110-53, Title XVIII, 1802, 121 stat. 491.)

(2076)      "National and Commercial Space Programs, Subtitle I,
            General, §10101., Definitions, (Dec. 18, 2010, P.L.
            111-314, §3, 124 stat. 3329.) through subtitle VII,
            Access to Space, Chapter 713, Cooperation for Safety
            among Spacefaring Nations, §71302, Information sharing
            to avoid physical or radio-frequency interference,
            (Dec. 18, 2010, P.L. 111-314, §3, 124 stat. 3340.)
            (Enacted into positive law by Act Dec. 18, 2010,
            P.L. 111-314, §3, 124 stat. 3328.)"

(2077)      "Rules of the Supreme Court of the United States,
            Rule 1. Clerk. " through Rule 48.2."
            (Act June 25, 1948, c. 646, § 1, 62 stat. 869.)

(2078)      "Federal Rules of Civil Procedure for the United
            States District Courtd, I. Scope of Rules—One Form of
            Action, Rule.1.", through "XI. General Provisions,
            Rule 86., Effecetive Date," including "Appendix of
            Forms, Form 1. Summons." through "Form 35.,
            Report of Parties Planning Meeting."
            (Act June 19, 1934, U.S.C.S., Title, § 723b[see 2072]
            (Rules in Action at law;; Supreme Court authorized to

Additional Defendants of:
Original Jurisdiction to the Supreme Court
of the United states of America:
**Laws of the United States**; and of
the Constitution of the United States; and of
the Constitution of the State of Alabama; and
the Laws made in pursuance thereof:
Defendants:

(2078)     to make  an Power of Supreme Court.)
Cont'd:    (28 U.S.C.S. § 2074)

(2079)     "Actions against foreign state."
           (Title 28 § 1330)
           (Added P.L. 94-583, § 2(a), Oct. 21, 1976, 90 stat. 2891)

(2080)     "Federal Rules oof Criminal Procedure, Rule 1. Scope,"
           through "Rule 60. Title."
           (Acts of Congress: (1) Act of June 29, 1940, c. 445,
           18 U.S.C.S., former § 687 [now § U.S.C.S. 3771] (Proceedings
           in criminal cases prior to verdict; Power of Supreme Court
           to prescribe rules0" [and] ("The Act of November 21, 1941,
           c. 492, 18 U.S.C.S. former 689 [now §§ 3771 and 3772]
           (Proceddings to punish for ciminal contempt of court,
           application to §§ 686 and 688), including each said
           [intermediary] rule and Public Law.)

(2081)     "Rules of Evidence for the United States Court
           and Magistrates, Rule 101. Scope." **through** "Rule 1002.
           Requirement of Original."
           (P.L. 93-595, § 1, 88 stat, 1926 and any Amendments to
           to the said rules extending to the date of the execution
           the instant complaint.)

(2082)     "Rules Governing Section 2254 Cases in the United
           States District Courts, Rule 1. Scope of Rules.: through
           "Rule 11., Federal Rules of Civil Procedure; Extent of
           Applicability." "Habeas Corpus, Rule 1.,(2)(b)**Other Situations.**"
           (Tilte 28 U.S.C.S. § 2254 and § 2255)
           (Pub.L. 94-349, § 2, July 8, 1976, 90 stat. 822, and all
           amendments extending to the date of the execution of
           this instant complaint.)

(2083)     "Federal Rules of Appellate Procedure, Title I, Rule 1.,
           Scope of Rules; Title.," **through**  Rule 48. Masters."
           (Title 28 U.S.C.S. § 2072, Act of Nov. 6, 1966, 80
            stat. 1323.)
           **C/O The Office of the Solicitor General of the
           United States of America;
           Donald B. Verrilli, Solicitor General;**
           RFK Main Justice Building,
           Room 5143
           950 Pennsylvania Avenue, N.W.
           Washington, D.C. 20530
           202-514-2201

Additional Defendants of:
Original Jurisdiction to the Supreme Court
of the United States of America:
Prior Opinions of the
United States Supreme Court,
Defendants:

(2084)      Bernard B. Hans, Plaintiff in Error, vs. State of
            Louisiana, 33 L.Ed.824, 134 U.S. 1, S.C. Reporter's
            ed. 1-21 (Argued Jan. 22, 1890. Decided March 3, 1890.)
            A State cannot be sued by one of its own citizens upon
            the ground that the case is one that arises under the
            Constitution or laws of the United States.
            c/o Solicitor General of the United States;
            Donald B. Verrilli, Solicitor General,
            Room: 5143
            R.F.K. Main Justice Building,
            U.S. Department of Justice,
            950 Pennsylvania N.W.
            Washington D.C. 20001,

            C/O The Clerk of the Supreme Court of
            the United States of America,
            John Roberts, Chief Justice of the Supreme
            Court of the United States of America,
            One 1st Street N.E.,
            Washington, D.C. 20543,
            202-479-3000.

**Ancillary Jurisdiction Defendants to:**
The Supreme Court of the United States
of America:
**Constitution of the State of Alabama;**
**the Code of Alabama 1975, as Amended; and**
**Alabama Department of Corrections;**
**Adminstrative Regulation Defendants:**

(2085)      "Official Recompilation of the Constitution of
            the [State of] Alabama 1901, as Amended; Preamble;
            Artlcle I, Declaration fo Rights, Section 1., Equity
            and rights of men.", **through** "Article XVII, Mode of
            Amending Constitution.", including: "Local Amendments,
            Autauga County [Alabama[" **through** "Winston County
            [Aalbama]."

(2086)      **"Code of Alabama 1975, as Amended,** (through Acts of
            the 2011 Regular Legislative Session, Acts 2011, No. 11-71),
            Title 1, General Provisions, Chapter 1, Construction of
            Code and Statutes, Sec. 1-1-1. Definitions.", **through**
            "Title 44, Youth Services, Chapter 3, Regional Custody and
            Care of Youths Under Custody of Juvenile Court, § 44-3-12.
            Corporations; existance upon filing articles."

(2087)      "Alabama Department of Corrections Admistrative
            Regulations," including thos published for inmates
            listed below:
            "and including those parts of the said Alabama Department
            of Corrections Adminstrative Regulations kept secret
            from inmates and/or the general public and/or the
            families of inmates.",
            "AR112; AR222; AR303; AR338; AR400; AR403; AR405;
            AR407; AR410; AR412; AR414; AR420; AR427; AR428;
            AR431; AR434; AR435; AR436; AR439; AR440; AR441;
            AE444; AR447; AR452; AR454; AR490; AR705; AR708."
            **C/O Attorney General of the State of Alabama,**
            **Luther Strange, Attorney General,**
            500 Dexter Avenue
            Montgomery, Alabama 36130,
            334-242-7300;
            **C/O The Governor of the State of Alabama**
            **Robert Bentley, Governor,**
            600 Dexter Avenue
            Montgomery, Alabama 36130
            334-242-7100

Ancillary Jurisdiction Defendants to:
the Supreme Court of the United States:
**Mobile County, Alabama Circuit Court Clerk (Ciminal);**
**Mobile County, Alabama Circuit Court Court Reporters;**
**Mobile County, Alabama Circuit Clerk Criminal Records:**
**Defendats:**

(2088)      Susan F. Wilson, Mobile County, Alabama Circuit
            Court Clerk;
(2089)      Office of the Circuit Court Clerk of Mobile
            County, Alabama;
(2090)      Predecessors and Successors in Office for the
            Office of Mobile County, Alabama Circuit Court Clerk;
(2091)      JoJo Schwarzaur, Clerk, Clerk of the Circuit Court
            of Mobile County, Alabama;
(2092)      Office of the Circuit Court Clerk of Mobile
            County, Alabama;
(2093)      Predecessors and Successors in Office for the
            Circuit Court Clerk of Mobile County, Alabama;
(2094)      Tonia Marsten, Circuit Court Clerk and/or
            Court Reporter for the Circuit Court of
            Mobile County, Alabama;
(2095)      John Doe and Jane Circuit Court Clerks and/or Court
            Reporters for the Circuit Court of Mobile County, Alabama;
(2096)      The Court's Record for Mobile County, Alabama Circuit
            Court Criminal Case Number: CC-34193;
(2097)      The Court's Record for the Mobile County, Alabama Circuit
            Court Criminal Case Number: 35414;
(2098)      The Court's Record for the Mobile County, Alabama Circuit
            Court Criminal Case Number: 35415;
(2099)      The Court's Record for the Mobile County, Alabama Circuit
            Court Criminal Case Number: CC-77-250;
(2100)      The Court's Record for the Mobile County, Alabama Circuit
            Court Criminal Case Number: CC-81-953;
(2101)      The Court's Record for the Mobile County, Alabama Circutt
            Court Criminal Case Number: CC-99-1274;
(2102)      The Court's Record for the Mobile County, Alabama Circuit
            Court Criminal Case Number: CC-99-1275;
(2103)      The Court's Record for the Mobile County, Alabama Circuit
            Court Criminal Case Number: CC-99-1276;
(2104)      The Court's Record for the Mobile County, Alabama Circuit
            Court Criminal Case Number: CC-99-1277;
(2105)      The Court's Record for the Mobile County, Alabama Circuit
            Court Criminal Case Number: CC-99-2709;
(2106)      The Court's Record for the Mobile County, Alabama Circuit
            Court Criminal Case Number: CC-99-2710;
            **C/O The Clerk of the Circuit Court of Mobile**
            **County, Alabama,**
            **JoJo Schwarzauer,**
            205 Government Street,
            Mobile, Alabama 36644,
            251-574-8766,

91

**Ancillary Jurisdiction Defendants of:**
the Supreme Court of the United States:
Moble County, Alabama Circuit Court Clerk (Criminal):
Mobile County, Alabama Circuit Court Reporters;
**Mobile County, Alabma Circuit Court Clerk Crimnal Records:**

Defendant Numbers: "(2088)" **through** "(2106)" Service
Addresses Continued:

> C/O The Governor of the State of Alabama,
> Robert Bentley, Governor
> 600 Dexter Avenue
> Montgomery, Alabama 36130
> 334-242-7100,

> C/O The Attorney General of the State of Alabama,
> Luther Strange, Attorney,
> 500 Dexter Avenue
> Montgomery, Alabama 36130
> 334-242-7300.

Defendants of Ancillary Jurisdiction to the
Supreme Court of the United States of America:
Judicial Offers, Judicial Offices, and Judicial
Successors in Office concerning the certain named
Jududicial Officers and Offices:
Defendants:

(2107)     Elwood L. Hogan, Judicial Officer of the 13th Judicial
           Circuit Court of Alabama;
(2108)     the Judicial Office of the 13th Judicial Circuit Court
           of Alabama held, or that was held, by Elwood L. Hogan;
(2109)     Successors in Office to the 13th Judicial Circuit Court
           of Alabama Office held, or previously held by Elwood
           L. Hogan;
(2110)     Ferrill D. McRae, Judicial Officer of the 13th Judicial
           Circuit Court of Alabama;
(2111)     the Judicial Office of the 13th Judicial Circuit Court
           of Alabama held, or that was held, by Ferrill D. McRae;
(2112)     Successors in Office to the 13th Judicial Circuit Court
           of Alabama held, or previously held, by Ferrill D. McRae;
(2113)     Chris N. Galanos, Judicial Officer of the 13th Judicial
           Circuit Court of Alabama;
(2114)     the Judicial Office of the 13th Judicial Circuit Court
           of Alabama held, or that was held,by Chris N. Galanos;
(2115)     Successors in Office to the 13th Judicial Circuit Court
           of Alabama held, or previously held, by Chris N. Galanos;
(2116)     Robert E. Key, Judicial Officer of the 13th Judicial
           Circuit Court of Alabama;
(2117)     the Judicial Office of the 13th Judicial Circuit Court
           of Alabama held, or that was held, by Robert E. Key;
(2118)     Successors in Office to the 13th Judicial Circuit Court
           of Alabama held, or previously held, by Rober E. Key;
           c/o Attorney General of the State of Alabama,
           Luther Strange, Attorney General,
           500 Dexter Avenue
           Montgomery, Alabama 36130,
           334-242-7300;

           C/O The Governor of the State of Alabama;
           Robert Bentley, Governor
           600 Dexter Avenue,
           Montgomery, Alabama 36130

Defendants of Ancillary Jurisdiction to the
Supreme Court of the United States of America:
Judicial Officers, Judicial Offices, and Judicial
Successors in Office concerning the certain named
Judicial Officers and Offices:
Defendants:

(2119)     James C. Wood, Judicial Officer of the 13th Judicial
           Circuit Court of Alabama;
(2120)     the Judicial Office of the 13th Judicial Circuit Court
           of Alabama held, or that was held, by James C. Wood;
(2121)     Successors in Office to the 13th Judicial Circuit
           Court of Alabama Office held, or previously held by
           James C. Wood;
           c/o James C. Wood, Honorable Judge of the Circuit
           Court of Mobile County, Alabama,
           Government Plaza
           205 Government Street,
           Suite 6300,
           Mobile, Alabama 36644
           251-574-8474

           c/o Attorney General of the State of Alabama,
           Luther Strange, Attorney General,
           500 Dexter Avenue
           Montgomery, Alabama 36130,
           334-242-7300

(2122)     Charles C. Partin, Judicial Officer of the 28th Judicial
           Circuit Court of Alabama;
(2123)     the Judicial Office of the 28th Judicial Circuit Court
           of Alabama held, or that was held, by Charles C. Partin;
(2124)     Successors in Office to the 28th Judicial Circuit Court
           of Alabama Office held, or previously held by Charles
           C. Partin;
           c/o Charles C. Partin, Honorable Judge of the Circuit
           Court of Baldwin County, Alabama,
           312 Courthouse Square,
           Bay Minette, Alabama 36507
           251-937-0273

           c/o Attorney General of the State of Alabama,
           Luther Strange, Attorney General,
           500 Dexter Avenue
           Montgomery, Alabama 36130,
           334-242-7300

           c/o The Office of the Governor,
           Robert Bentley, Governor,
           600 Dexter Avenue,
           Montgomery, Alabama 36130
           334-242-7100

Defendants of Ancillary Jurisdiction to the
Supreme Court of the United States of America:
Judicial Officers, Judicial Offices, and Judicial
Successors in Office concerning the certain named
Judicial Officers and Offices:
Defendants:

(2125)   James H. Reid, Jr., Judicial Officer of the 28th Judicial
         Circuit Court of Alabama;
(2126)   the Judicial Office of the 28th Judicial Circuit Court
         of Alabama held, or that was held, by James H. Reid, Jr.;
(2127)   Successors in Office to the 28th Judicial Circuit Court
         of Alabama Office held, or previously held, by James H.
         Reid, Jr.;
         c/o James H. Reid, Jr., Honorable Judge of the Circuit
         Court of Baldwin County, Alabama,
         312  Courthouse Square,
         Suite 22
         Bay Minette, Alabama 36507
         251-937-0290

         c/o Attorney General of the State of Alabama,
         Luther Strange, Attorney General,
         500 Dexter Avenue,
         Montgomery, Alabama 36130
         334-242-7300

(2128)   Telfair J. Mashburn, Judicial Officer of the 28th
         Judicial Circuit Court of Alabama;
(2129)   the Judicial Office of the 28th Judicial Circuit Court
         of Alabama held, or that was held, by Telfair J.
         Mashburn;
(2130)   Successors in Office to the 28th Judicial Circuit Court
         of Alabama Office held, or previously held, by Telfair
         J. Mashburn;
         c/o Attorney General of the State of Alabama,
         Luther Strange, Attorney General,
         500 Dexter Avenue,
         Montgomery, Alabama 36130,
         334-242-7300

         c/o The Office of the Governor of the State of Alabama,
         Robert Bentley, Governor,
         600 Dexter Avenue,
         Montgomery, Alabama 36130
         334-242-7100

95

Defendants of Ancillary Jurisdiction to the
Supreme Court of the United States of America:
Judicial Officers, Judicial Offices, and Judicial
Successors in Office concerning the certain named
Judicial Officers and Offices:
Defendants:

(2131)     James H. Hard, IV, Judicial Officer of the 10th Judicial
           Circuit Court of Alabama;
(2132)     the Judicial Office of the 10th Judicial Circuit Court
           of Alabama held, or that was held by James H. Hard, IV;
(2133)     Successors in Office to the 13th Judicial Officer Court
           of Alabama Office held, or previously held by James
           H. Hard, IV;
           c/o Attorney General of the State of Alabama,
           Luther Strange, Attorney General,
           500 Dexter Avenue
           Montgomery, Alabama 36130,
           334-242-7300

**Ancillary Jurisdiction Defendants to:**
**the Supreme Court of the United States**
**of America;**
**Alabama Supreme Court, Defendants**

(2134)     **Charles R. Malone,** Chief Justice of the Supreme
           Court of the State of Alabama;
(2135)     Office of the Chief Justice of the Supreme Court
           of the State of Alabama;
(2136)     **Predecessors and Successors** in Office of the Chief
           Justice of the Alabama Supreme Court;
(2137)     Tom Woodall, Associate Justice of the Supreme
           Court of the State of Alabama;
(2138)     Office of the Associate Justice of the Supreme Court of
           Alabama currently held by Tom Woodall;
(2139)     Prdecessors and Successors in Office of the Office of
           Associate Justice of the Alabama Supreme Court;
(2140)     Lyn Stuart, Associate Justice of the Supreme
           Court of the State of Alabama;
(2141)     Office of the Associate Justice of the Supreme Court of
           the State of Alabama held by Lyn Stuart;
(2142)     Predecessors and Successors in Office of the Office of
           Associate Justice of the Alabama Supreme Court held
           by Lyn Stuart;
(2143)     Michael Bolin, Associate Justice  of the Supreme
           Court of Alabama;
(2144)     Office of Associate Justice of the Alabama Court held
           by Michael Bolin;
(2145)     Predecessors and Successors in Office of the Office of
           Associate Justice of the Alabama Supreme Court held
           by Michael Bolin;

Ancillary Jurisdiction Defendants to:
the Supreme Court of the united States of America:
Supreme Court of the State of Alabama,
Defendants, continued:

(2146)    Tom Parker, Associate Justice of the Supreme
          Court of the State of Alabama;
(2147)    Office of the Associate Justice of the Supreme Court
          of the State of Alabama held by Tom  Parker;
(2148)    Predecessors and Successors in Office of the Office of
          the Associate Justice of the Aalbama Supreme Court
          held by Tom Parker;
(2149)    Glenn Murdock, Associate Justice of the Supreme
          Court of the State of Alaabma;
(2150)    Predecessors and Successors in Office of the Office of
          the Supreme Court of the State of Alabama held by
          Glenn Murdock;
(2151)    Office of the Associate Justice of the Supreme Court
          of the State of Alabama held Glenn Murdock;
(2152)    Greg Shaw, Assocate Justice of the Supreme
          Court of the State of Alabama;
(2153)    Office of the Associate Justice of the Supreme
          Court of the State of Alabama.
(2154)    Predecessors and Successors in Office of the Office of
          the Associate Justice held by Greg Shaw;
(2155)    A.Keli Wise, Associate Justice of the Supreme Court
          of the State of Alabama;
(2156)    Office of the Associate Justice of the Supreme Court
          of the State of Alabama;
(2157)    Predecessors and Successors in Office of the Office of
          the Associate Justice of the State of Alabama;
          C/O The Clerk of the Supreme Court of the
          State of Alabama;
          Robert G.  Esdale, Clerk,
          Judicial Building,
          300 Dexter Avenue,
          Montgomery, Alabama  36104
          334-229-0700,

          C/O The Attorney General of the State of Alabama,
          Luther Strange, Attorney General,
          500 Dexter Avenue
          Montgomery, Alabama 36130
          334-242-7300,

          C/O The Office of the Governor of the State of Alabama,
          Robert Bentley, Governor,
          600 Dexter Avenue,
          Montgomery, Alabama 36130,
          334-242-7100.

97

Ancillary Jurisdiction Defendants to:
the Supreme Court of the United States of America:
Judicial Officers, Judicial Offices and Judicial
Sucessors in Office concerning the
Alabama Court of Criminal Appeals:
Defendants:

(2158)    Samuel H. Welch, Presiding Judge, Alabama
          Court of Criminal Appeals;
(2159)    Office of the Presiding Judge of the
          Alabama Court of Criminal Appeals;
(2160)    Predecessors and Successors in Office, Office of
          the Presiding Judge of the Alabama Court of
          Criminal Appeals;
(2161)    Mary Windom, Honorable Judge of the Alabama
          Court of Criminal Appeals;
(2162)    Office of the Judge of the Alabama Court of Criminal
          Appeals held by Mary Windom;
(2163)    Predecessors and Successors in Office for the Office
          of Judge, Alabama Court of Criminal Appeals, held by
          Mary Windom;
(2164)    Beth Kellum, Honorable Judge of the Alabama
          Court of Criminal Appeals;
(2165)    Office of the Judge of the Alabama Court of Criminal
          Appeals held by Beth Kellum;
(2166)    Predecessors and Successors in Office for the Office
          of Judge, Alabama Court of Criminal Appeals, held by
          Beth Kellum;
(2167)    James A. Main, Honorable Judge of the Alabama
          Court of Criminal Appeals;
(2168)    Office of the Judge of the Alabama Court of Criminal
          Appeals held by James A. Main;
(2169)    Predecessors and Successors in Office for the Office
          of Judge, Alabama Court of Criminal Appeals, held by
          James A. Main;
          c/o Clerk of the Alabama Criminal Court of Appeals,
          Gerri L. Robinson,
          300 Dexter Avenue,
          Montgomery, Alabama 36130
          334-229-0751

          c/o Attorney General of the State of Alabama,
          Luther Strange, Attorney General,
          500 Dexter Avenue
          Montgomery, Alabama 36130
          334-242-7300

          c/o Office of the Governor of the State of Alabama,
          Robert Bentley, Governor,
          600 Dexter Avenue
          Montgomery, Alabama 36130
          334-242-7100

Ancillary Jurisdiction Defendants to:
the Supreme Court of the United States of America:
Judicial Officers, Judicial Offices and Judicial
Successors in Office concerning the
Alabama Court of Civil Appeals:
Defendants:

| | |
|---|---|
| (2170) | William C. Thompson, Presiding Judge, Alabama Court of Civil Appeals; |
| (2171) | Office of the Presiding Judge of the Alabama Court of Civil Appeals; |
| (2172) | Predecessors and Successors in Office, Office of the Presiding Judge of the Alabama Court of Civil Appeals; |
| (2173) | Terry Moore, Honorable Judge of the Alabama Court of Civil Appeals; |
| (2174) | Office of the Judge of the Alabama Court of Civil Appeals held by Terry Moore; |
| (2175) | Predecessors and Successors in Office for the Office of Judge, Alabama Court of Civil Appeals, held by Terry Moore; |
| (2176) | Craig S. Pittman, Honorable Judge of the Alabama Court of Civil Appeals; |
| (2177) | Office of the Judge of the Alabama Court of Civil Appeals held by Craig S. Pittman; |
| (2178) | Predecessors and Successors in Office for the Office of Judge, Alabama Court of Civil Appeals, held by Craig S. Pittman; |
| (2179) | Terri W. Thomas, Honorable Judge of the Alabama Court of Civil Appeals; |
| (2180) | Office of the Judge of the Alabama Court of Civil Appeals held by Terri W. Thomas; |
| (2181) | Predecessors and Successors in Office for the Office of Judge, Alabama Court of Civil Appeals, held by Terri W. Thomas; |
| (2182) | Tommy Bryan, Honorable Judge of the Alabama Court of Civil Appeals; |
| (2183) | Office of the Judge of the Alabama Court of Civil Appeals held by Tommy Bryan; |
| (2184) | Predecessors and Successors in Office for the Office of Judge, Alabama Court of Civil Appeals, held by Tommy Bryan; |

c/o Clerk of the Alabama Civil Court of Appeals,
John W. Wilkerson, Jr.,
300 Dexter Avenue,
Montgomery, Alabama 36130
334-229-0733

c/o Attorney General of the State of Alabama,
Luther Strange, Attorney General,
500 Dexter Avenue,
Montgomery, Alabama 36130
334-242-7300

Ancillary Jurisdiction Defendants to:
the Supreme Court of the United States of America:
Judicial Officers, Judicial Offices and Judicial
Successors in Office concerning the
Alabama Court of Civil Appeals:
Defendants:

Defendant Numbers: "(2170)" through "(2184)" Service
Addresses Continued:

        c/o The Governor of the State of Alabama,
        Robert Bentley, Governor,
        600 Dexter Avenue,
        Montgomery, Alabama 36130
        334-242-7100


Ancillary Jurisdiction Defendants to:
the Supreme Court of the United States of America:
Administrative Office of the Courts, [State of Alabama]:

(2185)     Office of the Administrative Office of the Courts;
(2186)     Callie T. Dietz, Administrative Director, Administrative
        Office of the Courts;
(2187)     Predecessors and Successors in Office to the
        Administrative Office of the Courts;
        c/o Administrative Office of Courts,
        Callie T. Dietz, Administrative Director,
        300 Dexter Avenue,
        Montgomery, Alabama 36130
        334-954-5000

        c/o Attorney General of the State of Alabama,
        Luther Strange, Attorney General,
        500 Dexter Avenue,
        Montgomery, Alabama 36130
        334-242-7300

        c/o The Governor of the State of Alabama,
        Robert Bentley, Governor,
        600 Dexter Avenue
        Montgomery, Alabama 36130
        334-242-7100,

Ancillary Jurisdiction Defendants to:
the Supreme Court of the United States of America:
Officers of the Circuit Courts of Alabama,
Disrict Attorney Defendants:

(2188)    Charles A. Graddick, District Attorney for the 13th
          Judicial Circuit of Alabama;
(2189)    Office of the District Attorney for the 13th Judicial
          Circuit of Alabama previously held by Charles A. Graddick;
(2190)    Predecessors and Successors in Office for the Office of
          District Attorney for the 13th Judicial Circuit of
          Alabama previously held by Charles A. Graddick;
(2191)    Chris N. Galanos, District Attorney for the 13th
          Judicial Circuit of Alabama;
(2192)    Office of the District Attorney for the 13th Judicial
          Circuit of Alabama previously held by Chris N. Galanos;
(2193)    Predecessors and Successors in Office for the Office of
          District Attorney for the 13th Judicial Circuit of
          Alabama previously held by Chris N. Galanos;
(2194)    John M. Tyson, Jr., District Attorney for the 13th
          Judicial Circuit of Alabama;
(2195)    Office of the District Attorney for the 13th Judicial
          Circuit of Alabama previously held by John M. Tyson, Jr.;
(2196)    Predecessors and Successors in Office for the Office of
          District Attorney for the 13th Judicial Circuit of
          Alabama previously held by John M. Tyson, Jr.;
(2197)    Ashly M. Rich, District Attorney for the 13th Judicial
          Circuit of Alabama;
(2198)    Office of the District Attorney for the 13th Judicial
          Circuit of Alabama currently held by Ashly M. Rich;
(2199)    Predecessors and Successors in Office for the Office of
          District Attorney for the 13th Judicial Circuit of
          Alabama held by Ashly M. Rich;
          c/o Office of the District Attorney,
          Ashley M. Rich, District Attorney of Mobile County,
          Government Plaza,
          205 Government Street,
          Suite C501,
          Mobile, Alabama 36644,
          251-574-8400;

          c/o The Office of the Attorney General,
          Luther Strange, Attorney General,
          500 Dexter Avenue
          Montgomery, Alabama 36130
          334-242-7300

          c/o The Office of the Governor,
          Robert Bentley, Governor,
          600 Dexter Avenue
          Montgomery, Alabama 36130
          334-242-7100

Ancillary Jurisdiction Defendants to:
the Supreme Court of the United States of America:
Officers of the Circuits of Alabama,
District Attorney, and Office District Attorney,
Defendants:

(2200)   John David Whetstone, District Attorney for the 28th
         Judicial Circuit of Alabama;
(2201)   Office of the District Attorney for the **28th** Judicial
         Circuit of Alabama previously held by John David Whetstone;
(2202)   Predecessors and Successors in Office for the Office of
         District Attorney for the **28th** Judicial Circuit of
         Alabama previously held by John David Whetstone;
(2203)   Judy A. Newcomb, District Attorney for the 28th Judicial
         Circuit of Alabama;
(2204)   Office of the district Attorney for the **28th** Judicial
         Circuit of Alabama previously held by Judy A. Newcomb;
(2205)   Predecessors and Successors in Office for the
         Office of District Attorney for the 28th Judicial   Circuit
         of Alabama previously held by Judy A. Newcomb;
(2206)   Hallied Dixon, District Attorney for the 28th
         Judicial Circuit of Alabama;
(2207)   Office of the District Attorney for the 28th Judicial
         Circuit of Alabama currently held by Hallie Dixon;
(2208)   Predecessors and Successors in Office for the Office of
         District Attorney for the 28th Judicial Circuit of
         Alabama held by Hallie Dixon;
         C/O Office of the District Attorney,
         Hallie Dixon, District Attorney;
         312 Courthouse Square,
         Bay Minette, Alabama 36507;


         C/OThe office of the Attorney General,
         Luther Strange, Attorney,
         500 Dexter Avenue,
         Montgomery, Alabama 36130,
         334-242-0400;

         c/o The Office of the Governor,
         Robert Bentley, Governor,
         600 Dexter Avenue,
         Montgomery, Alabama 36130
         334-242-7100;

Ancillary Jurisdiction Defendants to:
the Supreme Court of the United States of America:
Officers of the Circuit Courts of Alabama,
District Attorney Defendants:

(2209)    M. David Barber, District Attorney for the 10th
          Judicial Circuit of Alabama;
(2210)    Office of the District Attorney for the 10th Judicial
          Circuit of Alabama previously held by M. David Barber;
(2211)    Predecessors and Successors in Office for the Office of
          District Attorney for the 10th Judicial Circuit of
          Alabama previously held by M. David Barber;
(2212)    Brandon K. Falls, District Attorney for the 10th
          Judicial Circuit of Alabama;
(2213)    Office of the District Attorney for the 10th Judicial
          Circuit of Alabama currently held by Brandon K. Falls;
(2214)    Predecessors and Successors in Office for the Office of
          District Attorney for the 10th Judicial Circuit of
          Alabama currently held by Brandon K. Falls;
          c/o Office of the District Attorney,
          Brandon K. Falls, District Attorney of Jefferson County,
          801 J. Richard Arrington Blvd.
          Suite 5501,
          Birmingham, Alabama 35023
          205-325-5252;

          c/o the Office of the Attorney General,
          Luther Strange, Attorney General,
          500 Luther Avenue,
          Montgomery, Alabama 36130
          334-242-7300;

          c/o The Office of the Governor,
          Robert Bentley, Governor,
          600 Dexter Avenue,
          Montgomery, Alabama 36130
          334-242-7100

Ancillary Jurisdiction Defendants to:
the Supreme Court of the United States of America:
Officers of the Circuit Courts of Alabama,
Circuit Court Clerk Defendants:

(2215)     Anne-Marie Adams, Circuit Court Clerk for the 10th
           Judicial Circuit of Alabama;
(2216)     Office of the Circuit Court Clerk of the 10th Judicial
           Circuit of Alabama;
(2217)     Predecessors and Successors in Office for the Office
           of Circuit Court Clerk for the 10th Judicial Circuit
           of Alabama;
           c/o The Office of Circuit Court Clerk for Jefferson
           County,
           Anne-Marie Adams, Circuit Court Clerk,
           Courthouse,
           716 N. Richard Arrington Blvd.
           Suite 400,
           Birmingham, Alabama 35203
           205-325-5355

           c/o The Office of the Attorney General,
           Luther Strange, Attorney General,
           500 Dexter Avenue,
           Montgomery, Alabama 36130
           334-242-7300

           c/o The Office of the Governor,
           Robert Bentley, Governor,
           600 Dexter Avenue,
           Montgomery, Alabama 36130
           334-242-7100

Ancillary Jurisdiction Defendants to:
the Supreme Court of the United States of America:
Assistant District Attorney Defendants:

(2221)      James D. Brandyburg, Assistant District Attorney for
            the 13th Judicial Circuit;
(2222)      **Office of the Assistant District Attorney for the 13th**
            **Judicial Circuit of Alabama held by James D. Brandyburg;**
(2223)      Predecessors and Successors in Office for the Office
            of Assistant District Attorney for the 13th Judicial
            Circuit of Alabama held by James D. Bradyburg;
            C/O The Law Firm of James D. Brandyburg;
            James D. Brandyburg, Esquire,  Attorney at Law,
            2007 Dauphin Street,
            Suite A,
            Mobile, Alabama 36606;
            251-471-9009;

            C/OThe Office of the District Attorney for the 13th
            Judicial Circuit of Alabama (Mobile Couty);
            Ashley M. Rich, District Attorney;
            205 Government Street,
            Mobile, Alabama 36644;

            C/O The Office of the Attorney General for the
            State of Alabama;
            Luther Strange, Attorney
            500 Dexter Avenue
            Montgomery, Alabama 36130
            334-242-7300;

            C/O The Office of the Governor of the State of Alabama,
            Robert Bentley, Governor,
            600 Dexter Avenue
            Montgomery, Alabama 36130;
            334-242-7100.

Ancillary Jurisdiction Defendants to:
the Supreme Court of the United States of America:
Records of the 13th Judicial Circuit Court of Alabama;
Records of the Prosecutor, and Convictions
secured by the Records Defendants:

(2224)   he Record of the 13th Judicial Circuit of Alabama
         concerning Case Number: CC-1997-1801;
(2225)   the Prosecutor's records pertinent to the arrest,
         prosecution, and conviction of Keith Brian Cruitt
         concerning Case Number: CC-1997-1801;
(2226)   the conviction obtained by and through the misconduct
         of the Chris H. Galanos (Judge); James P. Brandyburg
         (Assistant District Attorney of the 13th Judicial
         Circuit of Alabama) and James H. Byrd, Defense counsel,
         concerning Mobile County, Alabama Circuit Court
         Case Number: CC-1997-1801;
(2217)   the Record of the 13th Judicial Circuit of Alabama
         concerning Case Number: CC-1997-0179;
(2223)   the Prosecutor's records pertinent to the arrest,
         prosecution, and conviction of Keith Brian Cruitt
         concerning Case Number: CC-1997-0179;
(2229)   the conviction obtained by and through the misconduct
         of the Chris H. Galanos (Judge); James P. Brandyburg
         (Assistant District Attorney of the 13th Judicial
         Circuit of Alabama) and James H. Byrd, Defense counsel,
         concerning Mobile County, Alabama Circuit Court
         Case Number: CC-1997-0179;
         c/o The Office of the Presiding Judge of Mobile County
         Alabama,
         Charles A. Graddick,
         Government Plaza,
         205 Government Street, Suite 9000
         Mobile, Alabama 36644
         251-574-5039;

         c/o The Clerk of Court of Mobile County Alabama,
         JoJo Schwarzauer,
         205 Government Street, Unit 0936,
         Mobile, Alabama 36644
         251-574-8786;

         c/o The Office of District Attorney of Mobile County
         Alabama,
         Ashley M. Rich, District Attorney,
         205 Government Street, Suite C501,
         Mobile, Alabama 36644
         251-574-8400;

         c/o The office of the Governor of the State of Alabama
         Robert Bentley, Governor,
         600 Dexter Avenue,
         Montgomery, Alabama 36130
         334-242-7100;

Ancillary Jurisdiction Defendants to:
the Supreme Court of the United **States of America**:
Records of the 13th Judicial Circuit Court of Alabama;
Records of the Prosecut**or, and Convictions**
secured by the Records **Defendants**:

Defendant Numbers: "(2224)" through "(2229)" Service
Addresses Continued:

> c/o The Office of the Attorney General of the State
> of Alabama.
> Luther Strange, Attorney General,
> 500 Dexter Avenue,
> Montgomery, Alabama 36101
> 334-212 7300;

Ancillary Jurisdiction Defendants to:
the Supreme Court of the United States of America:
Records of the 13th Judicial Circuit Court of Alabama;
Records of the Prosecutor, and the Prosecutions and
Convictions commenced secured by the Record Defendants:

(2230)     the Record of the 13th Judicial Circuit of Alabama
           concerning Case Number: CC-2009-1926 and CC-2009-1927;

(2231)     the Prosecutor's records pertinent to the arrest,
           prosecution, and conviction of Keith Brian Cruitt
           concerning Case Numbers: CC-2009-1926 and CC-2009-1927;

(2232)     the conviction sought by and through the misconduct
           of the James C. Wood (Judge); and Eucellis Sullivan
           (Assistant District Attorney of the 13th Judicial
           Circuit of Alabama) concerning Mobile County, Alabama
           Circuit Court Case Number : CC-2009-1926 and
           CC-2009-1927;
           c/o The Office of the Presiding Judge of Mobile County
           Alabama,
           Charles A. Graddick,
           205 Government Street, Suite 2600,
           Mobile, Alabama 36644
           251-574-5639;

           c/o The Clerk of Court of Mobile County Alabama,
           JoJo Schwarzauer,
           205 Government Street, Suite 2004,
           Mobile, Alabama 36644
           251-574-3736;

           c/o The Office of District Attorney of Mobile County
           Alabama,
           Ashley M. Rich, District Attorney,

           205 Government Street, Suite C501,
           Mobile, Alabama 36644
           251-574-8400;

           c/o  The Office of the Governor of the State of Alabama,
           Robert Bentley, Governor,
           600 Dexter Avenue,
           Montgomery, Alabama 36130
           334-242-7100;

           c/o The Office of the Attorney General for the State of
           Alabama,
           Luther Strange, Attorney General,
           500 Dexter Avenue.
           Montgomery, Alabama 36130.
           334-242-7300;

Ancillary Jurisdiction Defendants:
the Supreme Court of the United States of America:
Records of the **10th** Judicial Circuit of Alabama;
Records of the Prosecutor; and Convictions secured by the
Records Defendants:

(2233)    the Record of the 10th Judicial Circuit of Alabama
concerning Case Number: CC-1991-2619;

(2234)    the Prosecutor's records pertinent to the arrest,
prosecution and conviction of Keith Brian Cruitt
concerning Case Number: CC 1991-2619;

(2235)    the conviction obtained by and through the misconduct
of James H. Hard, IV, (Judge); Ronald J. (Jeff)
Wallace, (Assistant District Attorney of the 10th
Judicial Circuit of Alabama) and Julius Ladson,
Defense Counsel;
c/o Office of the Presiding Circuit Court Judge;
Scott Vowell, Honorable Presiding Judge;
10th Judicial Circuit Court of Alabama;
716 R. Richard Arrington Blvd.,
Suite 670,
Birmingham, Alabama 35203
205-325-5231;

c/o The Office of the Circuit Court Clerk for the 10th
Judicial Circuit of Alabama,
Anne-Marie Adams, Circuit Court Clerk,
716 R. Richard Arrington Blvd.,
Suite 400,
Birmingham, Alabama 35203;
205-325-5000;

c/o Office of the District Attorney for the 10th Judicial
Circuit of Alabama,
Brandon K. Falls, District Attorney (Jefferson County).
801 R. Richard Arrington Blvd.,
Suite 6361,
Birmingham, Alabama 35203
205-325-5252;

c/o Ronald J. (Jeff) Wallace,
Attorney at Law, and former Assistant District
Attorney for the 10th Judicial Circuit of Alabama,
P.O. Box 561167,
Birmingham, Alabama 35256-1167;

c/o The Office of the Attorney General for the State of
Alabama,
Luther Strange, Attorney General,
500 Dexter Avenue,
Montgomery, Alabama 36130
334-242-7300;

Ancillary Jurisdiction Defendants:
the Supreme Court of the United States of America:
Records of the 10th Judicial Circuit of Alabama;
Records of the Prosecutor; and Convictions secured by the
Records Defendants:

Defendants Numbers: "(2003)" through "(2005)" Service
Addresses Continued:

       The Office of the Governor of the State of Alabama,
       c/o the Office of the Governor of the State of Alabama,
       Robert Bentley, Governor,
       600 Dexter Avenue,
       Montgomery, Alabama 36130
       334-242-7100;

Ancillary Jurisdiction Defendants to:
the Supreme Court of the United States of America:
Records of the 28th Judicial Circuit of Alabama,
Records of the Prosecutor, and the convictions
secured by the Records Defendants:

(2236)    the records of the 28th Judicial Circuit of Alabama
          concerning Case Number: CC-1996-0452;

(2237)    the Prosecutor's records pertinent to the arrest,
          prosecution and conviction of Keith Brian Cruitt
          concerning Case Number: CC-1996-0452;

(2238)    the conviction obtained by and through the misconduct
          of Telfair J. Mashburn (Judge); Daniel P. Mitchell
          (Assistant District Attorney of the 28th Judicial
          Circuit of Alabama) and David P. Matheny, Defense
          Counsel;
          c/o Office of the District Attorney for the 28th
          Judicial Circuit of Alabama,
          Hallie Dixon, District Attorney,
          P.O. Box 1269
          Bay Minette, Alabama 36507
          251-937-0274;

          c/o Office of the Clerk of Court for the 28th Judicial
          Circuit of Alabama,
          Jody Wise Campbell, Circuit Court Clerk,
          312 Courthouse Square, Suite 10,
          Bay Minette, Alabama 36507
          251-937-0370;

          c/o Attorney General of the State of Alabama,
          Luther Strange, Attorney General,
          500 Dexter Avenue,
          Montgomery, Alabama 36130
          334-242-7300;

          c/o The Governor of the State of Alabama,
          Robert Bentley, Governor,
          600 Dexter Avenue,
          Montgomery, Alabama 36130
          334-242-7100

          c/o David P. Matheny
          112 Hand Avenue,
          Bay Minette, Alabama 36507
          251-937-5010;

Ancillary Jurisdiction Defendants to:
the Supreme Court of the United States of America:
Records of the Circuit Court of the 28th Judicial Circuit
of Alabama, of the Prosecutor and of the Daphne Police
Department: Defendants:

(2239)    the records of the Circuit Court for the 28th Judicial
          Circuit of Alabama concerning Case Numbers: CC-2008-2575.1
          through CC-2008-2575.4;
(2240)    the records of the "Prosecutor" for the 28th Judicial
          Circuit of Alabama concerning Case Numbers:
          CC-2008.2575.1 through CC-2008-2575.4;
(2241)    the records of the Daphne, Alabama Police Department
          concerning Baldwin County, Alabama Case Numbers:
          CC-2008-2575.1 through CC-2008-2575.4;
(2242)    the records of the Defense counsel, Mitzi Johnson-
          Theodore, concerning Baldwin County, Alabama Case
          Numbers: CC-2008-2575.1 through CC-2008-2575.4;
          c/o Office of the Presiding Judge of the 28th Judicial
          Circuit of Alabama,
          James H. Reid, Jr., Presiding Judge,
          312 Courthouse Square, Suite 22,
          Bay Minette, Alabama 36507
          251-937-0200;

          **c/o** The Office of the Clerk of Court for the 28th
          Judicial Circuit of Alabama,
          Jody Wise Campbell, Circuit Court Clerk,
          312 Courthouse Square, Suite 10,
          Bay Minette, Alabama 36507
          251-937-0370;

          c/o The Office of the District Attorney for the Judicial
          Circuit of Alabama,
          Hallie Dixon, District Attorney,
          P.O. Box 1269,
          Bay Minette, Alabama 36507
          251-937-0274;

          c/o The Office of the Chief of Police for the
          Daphne, Alabama;
          David Carpenter, Police Chief,
          1502 U.S. Hwy 98,
          Daphne, Alabama 36526
          251-621-2839;

          c/o Mitzi G. Johnson-Theodore, Attorney at Law,
          306 State Hwy 59 W.
          Summerdale, Alabama 36580
          251-209-7000;

Ancillary Jurisdiction Defendants to
the Supreme Court of the United States of America;
Assistant District Attorney Defendants:

| | | |
|---|---|---|
| 2243 (( | (2243) | Ashley M. Rich, Assistant District Attorney for the 13th Judicial Circuit of Alabama; |
| | (2244) | Office of the Assistant District Attorney for 13th Judicial Circuit of Alabama held by Ashley M. Rich; |
| | (2245) | Predecessors and Successors in Office for the Office of Assistant District Attorney for the 13th Judicial Circuit of Alabama held by Ashley M. Rich; |
| | (2246) | Adeo Marshall, Assistant District Attorney for the 13th Judicial Circuit of Alabama; |
| | (2247) | Office of the Assistant District Attorney for the 13th Judicial Circuit of Alabama held by Adeo Marshall; |
| | (2248) | Predecessors and Successors in Office for the Office of Assistant District Attorney for the 13th Judicial Circuit of Alabama held by Adeo Marshall; |
| | (2249) | Eucellis Sullivan, Assistant District Attorney for the 13th Judicial Circuit of Alabama; |
| | (2250) | Office of the Assistant District Attorney for 13th Judicial Circuit of Alabama held by Eucellis Sullivan; |
| 2251 | (2251) | Predecessors and Successors in Office for the Office of Assistant District Attorney for the 13th Judicial Circuit of Alabama held by Eucellis Sullivan; |

c/o The Office of the District Attorney for the 13th
Judicial Circuit of Alabama (Mobile County);
Ashley M. Rich, District Attorney,
205 Government Street,
Mobile, Alabama 36644;

c/o The Office of the Attorney General for the State
of Alabama;
Luther Strange, Attorney General,
500 Dexter Avenue,
Montgomery, Alabama 36130
334-242-7300;

c/o The Office of the Governor of the State of Alabama
Robert Bentley, Governor,
600 Dexter Avenue,
Montgomery, Alabama 36130
334-242-7100;

113

Ancillary Jurisdiction Defendants to:
the Supreme Court of the United States of America:
Assistant District Attorney Defendants:

(2252)      Caroline M. Siderius, Assistant District Attorney
            for the 13th Judicial Circuit of Alabama, Mobile
            County,
(2253)      Office of the Assistant District Attorney for the
            13th Judicial Circuit of Alabama, Mobile County,
            held by Caroline M. Sederius;
(2254)      Predecessors and Successors in Office for the Office
            of Assistant District Attorney for the 13th Judicial
            Circuit of Mobile County, Alabama;
            c/o Caroline Siderius,
            310 Bromley Place,
            Mobile, Alabama 36606;

            c/o Office of the District Attorney for the 13th
            Judicial Circuit of Mobile County, Alabama,
            205 Government Street,
            Mobile, Alabama 36644;

            c/o The Office of the Attorney General for the
            State of Alabama,
            Luther Strange, Attorney General,
            500 Dexter Avenue,
            Montgomery, Alabama 36130
            334-242-7300;

            c/o The Office of the Governor of the State of Alabama,
            Robert Bentley, Governor,
            600 Dexter Avenue,
            Montgomery, Alabama 36130
            334-242-7100;

Ancillary Jurisdiction Defendants to:
the Supreme Court of the United States of America:
Assistant District Attorney Defendants:

(2255)     Michael Anderson, Assistant District Attorney for the
           13th Judicial Circuit of Alabama;
(2256)     Office of the Assistant District Attorney for the
           13th Judicial Circuit of Alabama held by Michael
           Anderson;
(2257)     Predecessors and Successors in Office for the 13th
           Judicial Circuit of Alabama;
           c/o The Office of the United States Attorney for the
           Southern District of Alabama;
           Kenyen R. Brown, United States Attorney;
           Michael P. Anderson, Assistant United States Attorney;
           600 Riverview Plaza Office Building,
           63 South Royal Street,
           Mobile, Alabama 36602
           251-441-5845;

           c/o The Office of the District Attorney for the 13th
           Judicial Circuit of Alabama;
           205 Government Street,
           Mobile, Alabama 36644;

           c/o The Office of the Attorney General for the
           State of Alabama,
           Luther Strange, Attorney General,
           500 Dexter Avenue,
           Montgomery, Alabama 36130
           334-242-7300;

           c/o The Office of the Governor of the State of Alabama,
           Robert Bentley, Governor,
           600 Dexter Avenue,
           Montgomery, Alabama 36130
           334-242-7100;

Ancillary Jurisdiction Defendants to:
the Supreme Court of the United States of America:
Assistant District Attorney Defendants:

(2258)      Ronald J. (Jeff) Wallace, Assistant District Attorney
            for the 10th Judicial Circuit Court of Alabama;
(2259)      The Office of the Assistant District Attorney for the
            10th Judicial Circuit Court of Alabama held by Ronald
            J. (Jeff) Wallace;
(2260)      Predecessors and Successors in Office for the Office
            of Assistant District Attorney for the 10th Judicial
            Circuit held by Ronald J. (Jeff) Wallace;
            c/o Ronald J. (Jeff) Wallace; former Assistant District
            Attorney for the 10th Judicial Circuit of Alabama;
            P.O. Box 361167,
            Birmingham, Alabama 35236
            205-937-2475;

            c/o Office of the District Attorney for the 10th Judicial
            Circuit Court of Alabama;
            Brandon K. Falls, District Attorney,
            801 N. Richard Arrington Blvd
            Suite LL01,
            Birmingham, Alabama 35203
            205-325-5252;

            c/o The Office of the Attorney General for the State
            of Alabama,
            Luther Strange, Attorney General,
            500 Dexter Avenue,
            Montgomery, Alabama 36130
            334-242-7300;

            c/o The Office of the Governor of the State of Alabama,
            Robert Bentley, Governor,
            600 Dexter Avenue,
            Montgomery, Alabama 36130
            334-242-7100;

Ancillary Jurisdiction Defendants to:
the Supreme Court of the United States of America:
State of Alabama Judicial Officer Defendants:

(2261)    Teresa T. Pulliam, Judicial Officer for the 10th
          Judicial Circuit Court of Alabama;
(2262)    Judicial Office for the 10th Judicial Circuit Court
          of Alabama held by Teresa T. Pulliam;
(2263)    Predecessors and Successors in Office for the Judicial
          Office for the Judicial Office of the 10th Judicial
          Circuit held by Teresa T. Pulliam;
          c/o The Judicial Office of the 10th Judicial Circuit
          of Alabama,
          Honorable Judge Teresa T. Pulliam,
          801 N. Richard Arrington Blvd.
          Suite 405,
          Birmingham, Alabama 35203
          205-325-5349;

          c/o The Office of the Attorney General for the State
          of Alabama,
          Luther Strange, Attorney General,
          500 Dexter Avenue,
          Montgomery, Alabama 36130
          334-242-7300;

          c/o The Office of the Governor of the State
          of Alabama,
          Robert Bentley, Governor,
          600 Dexter Avenue,
          Montgomery, Alabama 36130
          334-242-7100;

Ancillary Jurisdiction Defendants to:
the Supreme Court of the United States of America:
State of Alabama Executive Officer Defendants:

(2264)     Robert Riley, Governor of the State of Alabama from
           the year 2003 through the beginning of the year 2011;
(2265)     Officer of the Governor of the State of Alabama;
(2266)     Predecessors and Successors in office for the Office of
           the Governor of the State of Alabama held by Robert
           Riley;
(2267)     Robert Bentley, Governor of the State of Alabama
           currently;
(2268)     Office of the Governor of the State of Alabama held
           by Robert Bentley;
(2269)     Predecessors and Successors in office for the Office of
           Governor of the State of Alabama by Robert Riley;
           C/O Office of the Governor of the State of Alabama;
           Robert Bentley, Governor,
           600 Dexter Avenue,
           Montgomery, Alabama 36130
           334-242-7100;

           Office of the Attorney General of the State of Alabama,
           Luther Strange, Attorney General,
           500 Dexter Avenue,
           Montgomery, Alabama 36130
           334-242-7300

Ancillary Jurisdiction Defendants to:
the Supreme Court of the United States of America:
State of Alabama Executive Officer Defendants; continued:

(2270)    Troy King, Attorney General of the State of Alabama;
          (appointedAttorney General by Governor Robert Riley,
           elected to office 2006, held office from 2007 until
           2011)
(2271)    Office of the Attorney General of the State of Alabama
          held by Troy King;
(2272)    Predecessors and Successors in office for the Office of
          Attorney General held by Troy King;
(2273)    Luther Strange, Attorney General of the State of Alabama;
(2274)    Office of the Attorney General of the State of Alabama
          held by Luther Strange;
(2275)    Predecessors and Successors in office for the Office
          of Attorney General currently held by Luther Strange;
          **C/O The Office of the Attorney General of the
          State of Alabama;**
          Luther Strange, Attorney General,
          500 Dexter Avenue,
          Montgomery, Alabama 36130
          334-242-7300,

          **C/O Office of the Governor of the State of Alabama,**
          Robert Bentley, Governor,
          600 Dexter Avenue,
          Montgomery, Alabama 36130
          334-242-7100;

119

Ancillary Jurisdiction Defendants to:
the Supreme Court of the United States of America:
Trial counsel; Posttrial counsel; and Appellate counsel
Defendants:

(2276)      Donald E. Brutkiewitz;
(2277)      Donald E. Brutkiewitz, Officer of the Judiciary of
            the State of Alabama; Attorney at Law, and Attorney
            at Large for the State of Alabama;
            c/o Donald E. Brutkiewitz, Attorney at Law,
            56 South Conception Street,
            Mobile, Alabama 36602
            251-433-1866;

(2278)      Thomas M. Haas;
(2279)      Thomas M. Haas, Officer of the Judiciary of the
            State of Alabama; Attorney at Law, and Attorney at
            Large for the State of Alabama;
            c/o Thomas M. Haas, Attorney at Law,
            258 State Street,
            Mobile, Alabama 36603-6974
            251-432-0457;

(2280)      William G. Hughes;
(2281)      William G. Hughes, Officer of the Judiciary of the
            State of Alabama; Attorney at Law, and Attorney at
            Large for the State of Alabama;
            c/o William G. Hughes, Attorney at Law,
            501 S. Church Street,
            Mobile, Alabama 36602
            251-433-3671;

(2282)      James M. Byrd;
(2283)      James M. Byrd, Officer of the Judiciary of the
            State of Alabama; Attorney at Law, and Attorney at
            Large for the State of Alabama;
            c/o James M. Byrd, Attorney at Law,
            456 Conti Street,
            Mobile, Alabama 36602
            251-438-2973;

(2284)      Paul David Matheny;
(2285)      Paul David Matheny, Officer of the Judiciary of the
            State of Alabama; Attorney at Law, and Attorney at
            Large for the State of Alabama;
            c/o Paul David Matheny, Attorney at Law,
            112 Hand Avenue,
            Bay Minette, Alabama 36507;
            251-937-5010;

Ancillary Jurisdiction Defendants to:
the Supreme Court of the United States of America:
Trial counsel; Posttrial counsel; and Appellate counsel
Defendants; continued:

(2286)    Habib O. Yazdi;
(2287)    Habib O. Yazdi, Officer of the Judiciary of the
State of Alabama; Attorney at Law, and Attorney
at Large for the State of Alabama;
c/o Habib O. Yazdi, Attorney at Law,
135 Kingsworld Drive,
Daphne, Alabama 36526
251-621-2842;

(2288)    Glenn L. Davidson;
(2289)    Glenn L. Davidson, Officer of the Judiciary of the
State of Alabama; Attorney at Law, and Attorney at
Large for the State of Alabama;
c/o Glenn L. Davidson, Attorney at Law,
1203 Dauphin Street,
Mobile, Alabama 36604
251-432-0400;

(2290)    Lee Hale, Jr.;
(2291)    Lee Hale, Jr., Officer of the Judiciary of the State
of Alabama; Attorney at Law, and Attorney at Large
for the State of Alabama;
c/o Lee Hale, Jr., Attorney at Law,
501 Church Street,
Mobile, Alabama 36602
251-433-3671;

(2292)    Mitzi G. Johnson-Theodoro;
(2293)    Mitzi G. Johnson-Theodoro, Officer of the Judiciary
of the State of Alabama; Attorney at Law, and Attorney
at Large for the State of Alabama;
c/o Mitzi G. Johnson-Theodoro, Attorney at Law,
306 State Hwy 59 N,
Summerdale, Alabama 36580
251-989-7000;

Ancillary Jurisdiction Defendants to:
the Supreme Court of the United States of America:
County Sheriff defendants; County Jail defendants; Municipality
defendants; Police Department defendants; City Jail defendants:

(2294)     Tom Purvis;
(2295)     Office of the Sheriff of Mobile County, Alabama previously
           held by Tom Purvis;
(2296)     Predecessors and Successors in office for the Office
           of the Sheriff of Mobile County, Alabama previously
           held by Tom Purvis;
(2297)     Jack Tillman;
(2298)     Office of the Sheriff of Mobile County, Alabama previously
           held by Jack Tillman;
(2299)     Predecessors and Successors in office for the Office of
           the Sheriff of Mobile County, Alabama previously held
           by Jack Tillman;
(2300)     Michael Haley;
(2301)     Office of the Warden of the Mobile County Metro Jail
           previously held by Michael Haley;
(2302)     Predecessors and Successors in office for the Office
           of the Warden of Mobile County Metro Jail;
(2303)     Sam Chochran;
(2303)     Office of the Sheriff of Mobile County, Alabama
           held by Sam Chochran;
(2304)     Predecessors and Successors in office for the Office
           of the Sheriff of Mobile County, Alabama held by
           Sam Chochran;
(2305)     Deputy C. Bolton, Deputy Sheriff of the Mobile County,
           Alabama sheriff's office;
(2306)     Deputy R. Busby, Deputy Sheriff of the Mobile County,
           Alabama Sheriff's Department;
(2307)     Correctional Officer Boone; Correctional Officer of the
           Mobile County Metro Jail, an agency of the Mobile
           County Sheriff's Department;
(2308)     Correctional Officer D. Cobb;
(2309)     Correctional Officer Pender;
(2310)     Correctional Officer Washington;
(2311)     Correctional Officer Turner;
(2312)     Correctional Officer Nelson;


(2313)     Rhonda E. Hopkins
           1714 Parkway Drive
           Mobile, Alabama 36619

Ancillary Jurisdiction Defendants to:
the Supreme Court of the United States of America:
County Sheriff defendants; County Jail defendants; Municipality
defendants; Police Department defendants; City Jail Defendants;

| | |
|---|---|
| (2314) | Huey Mack; |
| (2315) | Office of the Sheriff of Baldwin County, Alabama; |
| (2316) | Predecessors and Successors in office for the Office of Sheriff of Baldwin County, Alabama; |
| (2317) | John Doe or Jane Doe Warden of the Baldwin County Jail; |
| (2318) | Office of the Warden of the Baldwin County Jail; |
| (2319) | Predecessors and Successors in office for the Office of Warden of the Baldwin County Jail; |
| (2320) | Correctional Officer Reil of the Baldwin county Jail; |
| (2321) | Correctional Officer Barlow of the Baldwin County Jail; |
| (2322) | Captain Bishop of the Baldwin County Jail; C/O The Office of the Sheriff of the Baldwin County, Alabama Sheriff's Department; Huey "Hoss" Mack, Sheriff, 310 Hand Avenue Bay Minette, Alabama 36507 251-937-0200; C/O The Office of the Governor of the State of Alabama, Robert Bentley, Governor, 600 Dexter Avenue, Montgomery, Alabama 36130 334-242-7100; C/O Office of the Attorney General of the State of Alabama, Luther Strange, Attorney General, 500 Dexter Avenue Montgomery, Alabama 36130; |
| (2323) | William Seltzer, Person-at-Large; No Known Address or Phone Number, Admitted Informant for the Baldwin and Mobile, Alabama Regional Narcotic Task Force |

Ancillary Jurisdiction Defendants to:
the Supreme Court of teh United States of America:
County Sheriff defendants; County jail defendants; Municipality
defendants; Police Department defendants; City jail defendats:

(2324)    City of Mobile, Alabama, Defendant;
(2325)    Sam Jones;
(2326)    Office of the Mayor of the City of Mobile, Alabama;
(2327)    Predecessors and Successors in office for the Office of
          Mayor of the City of Mobile, Alabama;
(2328)    Each John Doe and Jane Doe person holding the office of
          City Council Member during July 2002;
(2229)    Predecessors and Successors in office for the Office of
          each John Doe and Jane Doe Member of the City Council for
          City of Mobile, Alabama from the date of July, 2002;
(2230)    Uncertain Certain John Doe employee employed by the City of
          Mobile, Alabama as a police officer with the agency known
          as: The City of Mobile, Alabama Police Department;
(2231)    Uncertain Certain John Doe employee employed by the Mobile
          County, Alabama Sheriff's Department as a deputy sheriff
          during the month of July 2002, named seized by ADOC
          officials on December 5, 2011;
(2232)    Jerry Allen, a known Mobile County, Alabama Sheriff's
          Department and City of Mobile, Alabama Drug Task Force
          "informant";
(2233)    A John Doe person holding the office of Cheif of Police
          for the City of Mobile, Alabama during July, 2002;
(2234)    Office of the Chief of Police for the City of Mobile,
          Alabama during July 2002;
(2235)    Predecessors in office for the Office of the Chief of
          Police for the City of Mobile, Alabama;
          **C/O The Office of the Mayor for the City of Daphne, Alabama;**
          **Sam Jones, Mayor,**
          205 Government Street,
          Mobile, Alabama 36644,
          251-208-7395;

          **C/O Office of the Sheriff of Mobile County, Alabama;**
          Sam Chochran, Sheriff;
          510 South Royal Street,
          Mobile, Alabama 36603
          251-574-2423;

124

Ancillary Jurisdiction Defendants to:
the Supreme Court of the United States of America:
County Sheriff defendants; County jail defendants; Municipality
defendants; Police Department defendants; City jail defendants:

(2236)      David Carpenter;
(2237)      David Carpenter, Chief of Police for the City of
            Daphne, Alabama;
(2238)      Office of the Chief of Police for the City of Daphne,
            Alabama;
(2239)      Predecessors and Successors in Office for the Office of
            the Chief of Police for Mobile County, Alabama;
(2240)      Joseph Sullivan;
(2241)      Joseph Sullivan, Police Officer for the City of Daphne,
            Alabama;
(2242)      Office of Police Officer for the City of Daphne,
            Alabama held by Joseph Sullivan;
(2243)      Houston Sanders;
(2244)      Houston Sanders, Police Officer for the City of Daphne,
            Alabama;
(2245)      Office of Police Officer for the City of Daphne, Alabama
            held by Houston Sanders;
(2246)      Ronald Gidney;
(2247)      Ronald Gidney, Police Officer for the City of Daphne,
            Alabama;
(2248)      Office of Police Officer for the City of Daphne, Alabama
            held by Ronald Gidney;
            c/o The Office of Chief of Police for the City of
            Daphne, Alabama;
            David Carpenter, Chief of Police;
            1502 U.S. Hwy 98,
            Daphne, Alabama 36526
            251-621-2889;

            c/o The Office of the Mayor for the City of Daphne,
            Alabama;
            Bailey Yelding, Mayor,
            1705 Main Street,
            Daphne, Alabama 36526
            251-621-9000;

Ancillary Jurisdiction Defendants to:
the Supreme Court of the United States of America:
County Sheriff defendants; County jail defendants; Municipality
defendants; Police departemnt defendants; City jail defendants:

(2349)      The City of Daphne, Alabama;
(2350)      Fred Small;
(2351)      Fred Small, Mayor of the City of Daphne, Alabama
            during 2008;
(2352)      Office of the Mayor of the City of Daphne, Alabama
            held by Fred Small;
(2353)      Predecessors and Successors in Office for the Office of
            Mayor of the City of Daphne, Alabama held by Fred Small;
(2354)      Bailey Yelding;
(2355)      Bailey Yelding, Mayor of the City of Daphne, Alabama;
(2356)      Office of the Mayor for the City of Daphne, Alabama
            held by Bailey Yelding;
(2357)      Predecessors and Successors in Office for the Office of
            Mayor held by Bailey Yelding;
(2358)      Bailey Yelding;
(2359)      Bailey Yelding, Place One, City Council Member, for the
            City of Daphne, Alabama;
(2360)      Office of the Place One City Council Member held by
            Bailey Yelding;
(2361)      Predecessors and Successors in Office for the Office of
            the Place One City Council Member for the City of Daphne,
            Alabama;
(2362)      Cathy Barnett, Place Two City Council Member for the City
            of Daphne, Alabama;
(2363)      Cathy Barnett;
(2264)      Office of the Place Two City Council Member held by
            Cathy Barnett for the City of Daphne, Alabama;
(2365)      Predecessors and Successors in Office for the Office of
            the Place Two City Council Member for the City of
            Daphne, Alabama from the date of January 1, 2000;
(2366)      John Lake;
(2367)      John Lake, Place Three City Council Member for the City
            of Daphne, Alabama;
(2368)      Office of the Place Three City Council Member held by
            John Lake for the City of Daphne, Alabama;
(2369)      Predecessors and Successors in Office for the Office of
            the Place Three Council Members for the City of Daphne,
            Alabama;
(2370)      Greg Burnam;
(2371)      Greg Burnam, Place Four City Council Member for the City
            of Daphne, Alabama;
(2372)      Office of the Place Four City Council Member held by
            Greg Burnam for the City of Daphne, Alabama;
(2373)      Predecessors and Successors in Office for the Office of
            the Place Four Council Members for the City of Daphne,
            Alabama;
(2374)      Ron Scott;

Ancillary Jurisdiction Defendants to:
the Supreme Court of the United States of America:
County Sheriff defendants; County jail defendants; Municipality
defendants; Police Department defendants; City jail defendants:
(continued):

| | |
|---|---|
| (2375) | Ron Scott, Place Five City Council Member for the City of Daphne, Alabama; |
| (2376) | Office of Place Five City Council Member held by Ron Scott for the City of Daphne, Alabama; |
| (2377) | Predecessors and Successors in Office for the Office of the Place Five City Council Member for the City of Daphne, Alabama; |
| (2378) | Augustin Palumbo; |
| (2379) | Augustin Palumbo, Place Six City Council Member for the City of Daphne, Alabama; |
| (2380) | Office of Place Six City Council Member held by  Augustin Palumbo for the City of Daphne, Alabama; |
| (2381) | Predecessors and Successors in Office for the Office of the Place Six City Council Member for the City of Daphne, Alabama; c/o The Office of Mayor for the City of Daphne, Alabama; Bailey Yelding, Mayor, 1705 Main Street, Daphne, Alabama 36526 251-621-9000; |

Ancillary Jurisdiction Defendants to:
the Supreme Court of the United States of America:
Alabama Department of Corrections, "ADOC," Defendants:

(2382)      Kenneth Jones;
(2383)      Kenneth Jones, Warden, Alabama Department of Corrections;
(2384)      Office of the Warden for Bullock Correctional Facility
            (Alabama);
(2385)      Predecessors and Successors in Office for the Office of
            Warden of Bullock Correctional Facility (Alabama);
(2386)      Jerry Ferrell;
(2387)      Jerry Ferrell, Warden, Alabama Department cf Corrections;
(2388)      Office of the Warden for Davis Correctional Facility
            (Alabama);
(2389)      Predecessors and Successors in Office for the Office of
            Warden of Davis Correctional Facility (Alabama);
(2390)      Leeposey Daniels;
(2391)      Leeposey Daniels, Warden, Alabama Department of Corrections;
(2392)      Office of the Warden for Draper Correctional Facility
            (Alabama);
(2393)      Predecessors and Successors in Office for the Office of
            Warden of Draper Correctional Facility (Alabama);
(2394)      Louis Boyd;
(2395)      Louis Boyd, Warden, Alabama Department of Corrections;
(2396)      Office of the Warden for Easterling Correctional Facility
            (Alabama);
(2397)      Predecessors and Successors in Office for the Office of
            Warden of Easterling Correctional Facility (Alabama);
(2398)      Willie Thomas;
(2399)      Willie Thomas, Warden, Alabama Department of Corrections;
(2400)      Office of the Warden for Easterling Correctional Facility
            (Alabama);
(2401)      Predecessors and Successors in Office for the Office of
            Warden of Easterling Correctional Facility (Alabama);
(2402)      George Free;
(2403)      George Free, Warden, Alabama Department of Corrections;
(2404)      Office of the Warden for Farquhar Cattle Ranch (Alabama);
(2405)      Predecessors and Successors in Office for the Office of
            Warden of Farquhar Cattle Ranch (Alabama);
(2406)      Jerry Ferrell;
(2407)      Jerry Ferrell, Warden, Alabama Department of Corrections;
(2408)      Office of the Warden for Fountain Correctional Facility
            (Alabama);
(2409)      Predecessors and Successors in Office for the Office of
            Warden of Foutain Correctional Facility (Alabama);
(2410)      Grant Culliver;
(2411)      Grant Culliver, Warden, Alabama Department of Corrections;
(2412)      Office of the Warden, Holman Correctional Facility
            (Alabama);
(2413)      Predecessors and Successors in Office for the Office of
            Warden of Holman Correctional Facility (Alabama);
(2414)      John Cummins;
(2415)      John Cummins, Warden, Alabama Department of Corrections;

Ancillary Jurisdiction Defendants to:
the Supreme Court of the United States of America:
Alabama Departement of Corrections, "ADOC," Defendants:
Continued:

| | |
|---|---|
| (2416) | Office of the Warden for Kilby Correctional Facility (Alabama); |
| (2417) | Predecessors and Successors in Office for the Office of Warden for Kilby Correctional Facility (Alabama); |
| (2418) | Freddie Butler; |
| (2419) | Freddie Butler, Warden, Alabama Department of Corrections; |
| (2420) | Office of the Warden for Hamilton Aged and Infirmed Facility (Alabama); |
| (2421) | Predecessors and Successors in Office for the Office of Warden for Hamilton Aged and Infirmed Facility (Alabama); |
| (2422) | Billy Mitchem; |
| (2423) | Billy Mitchem, Warden, Alabama Department of Corrections; |
| (2424) | Office of the Warden for Limestone Correctional Facility (Alabama); |
| (2425) | Predecessors and Successors in Office for the Office of warden for Limestone Correctional Facility (Alabama); |
| (2426) | Ralph Hooks; |
| (2427) | Ralph Hooks, Warden, Alabama Department of Corrections; |
| (2428) | Office of the Warden for Red Eagle Honor Farm (Alabama); |
| (2429) | Predecessors and Successors in Office for the Office of Warden for Red Eagle Honor Farm (Alabama); |
| (2430) | David Wise; |
| (2431) | David Wise, Warden, Alabama Department of Corrections; |
| (2432) | Office of the Warden of St. Clair Correctional Facility (Alabama); |
| (2433) | Predecessors and Successors in Office for the Office of Warden for St. Clair Correctional Facility (Alabama); |
| (2434) | Leon Fornis; |
| (2435) | Leon Fornis, Warden, Alabama Department of Corrections; |
| (2436) | Office of the Warden for Staton Correctional Facility (Alabama); |
| (2437) | Predecessors and Successors in Office for the Office of Warden for Staton Correctional Facility (Alabama); |
| (2438) | J. C. Giles; |
| (2439) | J. C. Giles,Warden, Alabama Department of Corrections; |
| (2440) | Office of the Warden, Ventress Correctional Facility (Alabama); |
| (2441) | Predecessors and Successors in Office for the Office of Warden, Ventress Correctional Facility (Alabama); c/o The Office of the Commissioner of the Alabama Department of Corrections; Kim T. Thomas, Commissioner; 301 South Ripley Street, Montgomery, Alabama 36130 334-353-3383; |

Ancillary Jurisdiction Defendants to:
the Supreme Court of the United States of America:
Alabama Department of Corrections, "ADOC," Defendants:
Continued:

Defendant Numbers: "(2382)" through "(2441)" Service
Address Continued:

        c/o The Office of the General Counsel of the Alabama
        Department of Corrections;
        Anne Adams Hill, General Counsel;
        301 South Ripley Street,
        Montgomery, Alamaba 36130
        334-352-3383;

        c/o The Office of the Attorney General of the State of
        Alabama;
        Luther Strange, Attorney General,
        500 Dexter Avenue,
        Montgomery, Alabama 36130
        334-242-7300;

        c/o The Office of the Governor of the State of Alabama;
        Robert Bentley, Governor,
        600 Dexter Avenue,
        Montgomery, Alabama 36130
        334-242-7100;

Ancillary Jurisdiction Defendants to:
the Supreme Court of the United States of America:
Alabama Department of Corrections, "ADOC," Defendants:

| | |
|---|---|
| (2442) | Donal Cambell; |
| (2443) | Donal Cambell, Commissioner, Alabama Department of Corrections; |
| (2444) | Office of the Commissioner of the Alabama Department of Corrections; |
| (2445) | Predecessors and Successors in Office for the Office of the Commissioner of the Alabama Department of Corrections; |
| (2446) | Richard Allen; |
| (2447) | Richard Allen, Commissioner, Alabama Department of Corrections; |
| (2448) | Predecessors and Successors in Office for the Office of the Commissioner of the Alabama Department of Corrections; |
| (2449) | Kim T. Thomas; |
| (2450) | Kim T. Thomas, Commissioner, Alabama Department of Corrections; |
| (2451) | Office of the Commissioner of the Alabama Department of Corrections; |
| (2452) | Predecessors and Successors in Office for the Office of the Commissioner of the Alabama Department of Corrections; |
| (2453) | Kim T. Thomas; |
| (2454) | Kim T. Thomas, General Counsel of the Alabama Department of Corrections; |
| (2455) | Office of the General Counsel of the Alabama Department of Corrections; |
| (2456) | Predecessors and Successors in Office for the Office of the General Counsel of the Alabama Department of Corrections; |
| (2457) | Anne Adams Hill; |
| (2458) | Anne Adams Hill, General Counsel, Alabama Department of Corrections; |
| (2459) | Office of the General Counsel of the Alabama Department of Corrections; |
| (2460) | Predecessors and Successors in Office for the Office of the General Counsel of the Alabama Department of Corrections; |
| (2461) | John Doe and Jane Doe "persons" occupying the positions of Assistant counsel, or, assistance to the General Counsel for the Alabama Department of Corrections; c/o The Office of the Commissioner of the Alabama Department of Corrections; Kim T. Thomas, Commissioner; 301 South Ripley Street, Montgomery, Alabama 36130 334-242-3383; |

Ancillary Jurisdiction Defendants to:
the Supreme Court of the United States of America:
Alabama Department of Corrections, "ADOC," Defendants:
(continued):

Defendant Numbers: "(2382)" through "(2441)" Service
Address Continued:

> c/o The Office of the General Counsel of the Alabama
> Department of Corrections;
> Anne Adams Hill, General Counsel;
> 301 South Ripley Street,
> Montgomery, Alabama 36130
> 334-352-3383;
>
> c/o The Office of the Attorney General of the State of
> Alabama;
> Luther Strange, Attorney General,
> 500 Dexter Avenue,
> Montgomery, Alabama 36130
> 334-242-7300;
>
> c/o The Office of the Governor of the State of Alabama;
> Robert Bentley, Governor,
> 600 Dexter Avenue,
> Montgomery, Alabama 36130
> 334-242-7100;

Kilby Correctional Facility (Alabama) Defendants:

(2462)    person known as Captain Hicks;
(2463)    Captain Hicks, Correctional Captain, Kilby Correctional
          Facility (Alabama);
(2464)    person known as John Doe Captain at Kily Correctional
          Facility (Alabama) (name seized on December 5, 2011);
(2465)    John Doe Correctional Captain, Kilby Correctional
          Facility (Alabama);

Ventress Correctional Facility (Alabama) Defendants:

(2466)    Mary Taylor;
(2467)    Mary Taylor, Captain, Ventress Correctional Facility
          (Alabama);
(2468)    Carolynne Abercrombie;
(2469)    Carolynne Abercrombie, Correctional Office, Officer-
          in-charge of the Ventress Correctional Facility Law
          Library (Alabama);
(2470)    Mary Allen;
(2471)    Mary Allen, Drug Counselor, Ventress Correctional
          Facility (Alabama);
(2472)    Jack Boswell;
(2473)    Jack Boswell, Drug Counselor, Ventress Correctional
          Facility (Alabama);
(2474)    Lamar Walker, Jr.;

Ancillary Jurisdiction Defendants to:
the Supreme Court of the United States of America:
Alabama Department of Corrections, "ADOC," Defendants:
(continued):

(2475)    Lamar Walker, Jr., Correctional Officer, Ventress
          Correctional Facility (Alabama);
(2476)    Johnny Skelton;
(2477)    Johnny Skelton, Correctional Officer, Ventress
          Correctional Facility (Alabama);
(2478)    Carolynne Longmire;
(2479)    Carolynne Longmire, Correctional Lieutenant, Alabama
          Department of Corrections, Ventress Correctional
          Facility (Alabama);
(2480)    Dorthy Flowers;
(2481)    Dorthy Flowers, Correctional Lieutenant, Alabama
          Department of Corrections, Ventress Correctionsl
          Facility (Alabama);
(2482)    John Duncan, W/M 180841;
(2483)    John Duncan, W/M 180841, conspirator with Carolynne
          Abercrombie Correctional Officer in Ventress
          Correctional Facility Law Library;

Bullock Correctional Facility (Alabama):

(2484)    Sandra Giles, Deputy Warden, Alabama Department of
          Corrections, Bullock Correctional Facility;
(2485)    Sandra Giles;
(2486)    Rene Mason;
(2487)    Rene Mason, Deputy Warden, Alabama Department of
          Corrections, Bullock Correctional Facility;
(2488)    Jane Doe person known as Lieutenant Hicks;
(2489)    Lieutenant Hicks, Correctional Lieutenant, Alabama
          Department of Corrections, Bullock Correctional
          Facility;
(2490)    Sylvester Nettles;
(2491)    Sylvester Nettles, Correctional Captain, Alabama
          Department of Corrections, Bullock Correctional
          Facility;
(2492)    person known as Lieutenant Barbers;
(2493)    Lieutenant Barbers, Correctional Lieutenant, Alabama
          Department of Corrections, Bullock Correction Facility;
(2494)    person known as Sergeant Scott;
(2495)    Sergeant Scott, Correctional Sergeant, Alabama
          Department of Corrections, Bullock Correctional Facility;
(2496)    person known as Lieutenant Jenkins;
(2497)    Lieutenant Jenkins, Correctional Lieutenant, Alabama
          Department of Corrections, Bullock Correctional Facility;
(2498)    Anthony Lambert;
(2499)    Anthony Lambert, Correctional Officer for the Alabama
          Department of Corrections, Bullock Correctional Facility;
(2500)    Dewayne Flowers;

Ancillary Jurisdiction Defendants to:
the Supreme Court of the United States of America:
Alabama Department of Corrections, "ADOC," Defendants:
(continued):

(2501)      Dewayne Flowers, Correctional Officer for Alabama
            Department of Corrections, Bullock Correctional Facility;
(2502)      Rebecca Bonner;
(2503)      Rebecca Bonner, Correctional Sergeant, Alabama
            Department of Corrections, Bullock Correctional Facility;
(2504)      Timothy Williams;
(2505)      Timothy Williams, Correctional Officer for Alabama
            Department of Corrections, Bullock Correctional Facility;
(2506)      Leon White;
(2507)      Leon White, Correctional Officer for Alabama Department
            of Corrections, Bullock Correctional Facility;
(2508)      person known as Officer McCall;
(2509)      Officer McCall, Correctional Officer for Alabama
            Department of Corrections, Bullock Correctional Facility;
(2510)      certain unnamed known Inmate Law Library Clerk persons
            at Bullock Correctional Facility;

Bibb Correctional Facility Defendants:

(2511)      person known as Captain Hutton;
(2512)      Captain Hutton, Correctional Captain, Alabama Department
            of Corrections, Bibb Correctional Facility;
(2513)      person known as Captain Williams;
(2514)      Captain Williams, Correctional Captain, Alabama
            Department of Corrections, Bibb Correctional Facility;
(2515)      David Roseman;
(2516)      David Roseman, Correctional Lieutenant, Alabama Department
            of Corrections, Bibb Correctional Facility;
(2517)      Orlando Walker;
(2518)      Orlando Walker, Correctional Lieutenant, Alabama
            Department of Corrections, Bibb Correctional Facility;
(2519)      person knwon as Officer Thurman;
(2520)      Officer Thurman, Correctional Officer, Alabama Department
            of Corrections, Bibb Correctional Facility;
(2521)      person knwown as Officer Bell;
(2522)      Officer Bell, Correctional Officer, Alabama Department
            of Corrections, Bibb Correctional Facility;
(2523)      Dexter Nixon;
(2524)      Dexter Nixon, Correctional Officer, Alabama Department
            of Corrections, Bibb Correctional Facility;
(2525)      person known as Officer Vance;
(2526)      Officer Vance, Correctional Officer, Alabama Department
            of Corrections, Bibb Correctional Facility;
(2527)      Greg Chapman;
(2528)      Greg Chapman, Correctional Officer, Alabama Department
            of Corrections, Bibb Correctional Facility;
(2529)      person known as Sergeant Jenkins;

Ancillary Jurisdiction Defendants to:
the Supreme Court of the United States of America:
Alabama Department of Corrections, "ADOC," Defendants:
(continued):

(2530)      Sergeant Jenkins, Correctional Sergeant, Alabama
            Department of Corrections, Bibb Correctional Facility;
(2531)      person knwon as Officer Felder;
(2532)      Officer Felder, Correctional Officer, Alabama
            Department of Corrections, Bibb Correctional Facility;
(2533)      several unknown certain Inmate Law Clerks at Bibb
            Correctional Facility (names seized on December 5, 2011
            by Staton Correctional Facility officials);

Staton Correctional Facility Defendants:

(2534)      Karen Williams;
(2535)      Karen Williams, Correctional Lieutenant, Alabama
            Department of Corrections, Staton Correctional Facility;
(2536)      person knwon as Lieutenant Pittman;
(2537)      Lieutenant Pittman, Correctional Lieutenant, Alabama
            Department of Corrections, Staton Correctional Facility;
(2538)      Darrell J. McNeil, B/M 225562;
(2539)      Darrell J. McNeil, B/M 225562, Inmate Law Clerk, Staton
            Correctional Facility;
(2540)      William  Turk, B/M 113058;
(2541)      William Turk, B/M 113058, Inmate Law Clerk, Staton
            Correctional Facility;
(2542)      Elbert Gene Dillard, B/M 231218;
(2543)      Elbert Gene Dillard, B/M 231218, Inmate Law Clerk,
            Staton Correctional Facility;
(2544)      Tomas Snyder, 172396, inmate  at Staton Correctional
            Facility;

Donaldson Correctional Facility Defendants:

(2545)      certain known and unnamed persons, and certain known and
            unnamed John Doe and Jane Doe Wardens, Captains, Lieutenants,
            Sergeants, and Correctional Officers employed at Donaldson
            Correctional Facility;
            c/o The Office of the Commissioner of the Alabama
            Department of Corrections;
            Kim T. Thomas, Commissioner,
            301 South Ripley Street,
            Montgomery, Alabama 36130
            334-352-3383;

            c/o The Office of the General Counsel of the Alabama
            Department of Corrections;
            Anne Adams Hill, General Counsel;
            301 South Ripley Street,
            Montgomery, Alabama 36130
            334-352-3383;

Ancillary Jurisdiction Defendants to:
the Supreme Court of the United States of America:
Alabama Department of Corrections, "ADOC," Defendants:
(continued):

Defendant Numbers: "(2462)" through "(2545)" Service
Addresses Continued:

       c/o The Office of the Attorney General of the State
       of Alabama;
       Luther Strange, Attorney General,
       500 Dexter Avenue,
       Montgomery, Alabama 36130
       334-242-7300;

       c/o The Office of the Governor of the State of Alabama;
       Robert Bentley, Governor,
       600 Dexter Avenue,
       Montgomery, Alabama 36130
       334-242-7100;

Ancillary Jurisdiction Defendants to:
the Supreme Court of the United states of America:
Alabama Department of Corrections, "ADOC," Defendants:

(2546)    Kendarius Glover;
(2547)    Kendarius Glover, Correctional Officer, Alabama Department
          of Corrections, Bullock Correctional Facility;
(2548)    Antonio Allen;
(2549)    Antonio Allen, Correctional Officer, Alabama Department
          of Corrections, Bullock Correctional Facility;
(2550)    Rodney White;
(2551)    Rodney White, Correctional Officer, Alabama Department
          of Corrections, Bullock Correctional Facility;
          c/o The Office of the Commissioner of the Alabama
          Department of Corrections;
          Kim T. Thomas, Commissioner,
          301 South Ripley Street,
          Montgomery, Alabama 36130
          334-352-3383;

          c/o The Office of the General Counsel of the Alabama
          Department of Corrections;
          Anne Adams Hill, General Counsel;
          301 South Ripley Street,
          Montgomery, Alabama 36130
          334-352-3383;

          c/o The Office of the Attorney General of the State of
          Alabama;
          Luther Strange, Attorney General,
          500 Dexter Avenue,
          Montgomery, Alabama 36130
          334-242-7300;

          c/o The Office of the Governor of the State of Alabama;
          Robert Bentley, Governor,
          600 Dexter Avenue,
          Montgomery, Alabama 36130
          334-242-7100;

Ancillary Jurisdiction Defendants to:
the Supreme Court of the United States of America:
Medical; Psychiatrict; and Mental Health Services;
Defendants:

(2552)      **Correctional Medical Services, Inc., also known as:
            Corizon, Inc.;**
(2553)      **Principal, or, Owners in part; of the corporate
            stock belonging to, or, issued by: Correctional Medical
            Services, Inc., or, the subsequent owners of "Correctional
            Medical Services, Inc., or "Corizon, Inc." its names
            not otherwise known to the plaintiff;**
(2554)      Person known as: "Dr. Bradford";
(2555)      Dr. Bradford, Opthalmic Physician, for the company
            known as: "Correctional Medical Services, Inc."; also
            known as: "Corizon, Inc."; and also for the "Alabama
            Department of Corrections";
(2556)      "John Doe" and "Jane Doe" persons, including but not
            limited to those persons working, since 2004, as:
            "Medical Admistrators"; as "Medical Doctors"; as "Nurse
            "Practitioner";  "nurse";  and "Medical Records Keepers";
            at the following Alabama jails and Alabama Department of
            Corrections facilities: (1) Mobile County Metro Jail;
            (2) Kilby Correctional Facility; (3) Ventress Correctional
            Facility; (4) Bullock Correctional Facility; (5) Bibb
            Correctional Facility; (6) Staton Correctional Facility;
            (7) Easterling Correctional Facility; [Note: Several
            names of individual persons seized at Staton Correctional
            Facility on December 5, 2010.]
(2557)      "John Doe" and "Jane Doe" professional parties employed by
            Correcional Meidacal Services, Inc. since 2004, including
            but not limited to parties employed as: "Medical
            Administrators"; as "Medical Doctors"; as "Nurse
            Practitioner"; as "nurse"; and as "Medical Records Keepers";
            at the following jails and Alabama Department of Corrections
            Facilities: (1) "Mobile County Metro jail"; (2) "Kilby
            Correctional Facility"; (3) "Ventress Correctioanl
            Facility"; (4) Bullock Correctional Faciltity";
            (5) "Bibb Correctional Facility"; (6) Staton Correctional
            Facility"; (7) Easterling Correctional Facility;
            C/O Corizon, Inc.;
            The Office of the Chief Executive Officer,
            Richard Hallworth, Chief Executive Officer,
            105 West park Drive,
            Suite 200,
            Brentwood, Tennessee 37017
            615-373-3100;
            C/O The Office of the Commissioner of the Alabama
            Department of Corrections;
            Kim T. Thomas, Commissioner,
            301 South Ripley Street,
            Montgomery, Alabama 36130

Ancillary Jurisdiction Defendants to:
the Supreme Court of the United States of America:
Medical; Psychiatrict; and Mental Health Services;
Defendants:

Defendant Numbers: "(2552)" through "(2557" Service
Addresses Continued:

> C/O The Office of the Attorney General of the
> State of Alabama;
> Luther Strange, Attorney General,
> 500 Dexter Avenue,
> Montgomery, Alabama 36130;
> 334-242-7300
> C/O The Office of the Governor of the State of Alabama;
> Robert Bentley, Governor,
> 600 Dexter Avenue,
> Montgomery, Alabama 36130,
> 334-242-7100;

Mental Health Services Defendants:

| | |
|---|---|
| (2558) | Person Known as Dr. Robert Hunter; |
| (2559) | Professional Party Known as Dr. Robert Hunter, employed by Mental Health Management, Inc., a contractor employed by the State of Alabama, Department of Corrections; |
| (2560) | Mental Health Management, Inc., a psychiatric and mental health services corporation employed by the State of Alabama, Department of Corrections to deliver various types of mental health services to prisoners incarcerated within the several prisons located within, and controlled by the Alabama Department of Corrections; |
| (2561) | person known as: "Steve Wheeler"; |
| (2562) | Steve Wheeler, Chief Executive Officer, Mental Health Management, Inc.; |
| (2563) | "John Doe" and "Jane Doe" persons who are "Principle Owners" or "Owners-in-Part" of the corporate stock belonging to, or issued by: "**Mental Health Management, Inc.**", its nmaes not otherwise known to the plaintiff; |
| (2564) | Person Known as: "Dr. Murboch"; |
| (2565) | "Dr. Murboch," professional party employed by Mental Health Mangement, Inc. as a psychiatrist; |
| (2566) | Person Known as: "Dr. Piligrim," proper spelling unknown; |
| (2567) | "Dr. Piligrim," professional party employed as a psychiatrist at Mental Health Management, Inc.; |
| (2568) | Person Known as "Dr. McGinn"; |
| (2569) | "Dr. McGinn," professional party employed by Mental Health Management, Inc. a a psychiatrist; |
| (2570) | Person known as: "J. Scott Andrews"; |
| (2571) | "J. Scott Andrews," professional party employed by Mental Health Management, Inc. as a psychiatrist; |
| (2572) | John Doe and Jane Doe persons employed in various positions, including but limited to: (1) psychiatrists; (2) Counselors; (3) psychiatrict nures; and (4) Record Keepers for Mental Health Management, Inc. at |

Ancillary Jurisdiction Defendants to:
the Supreme Court of the United States:
Medical; Psychiatrict; and Mental Health Service
Defendants:

Mental Health Services Defendants, Continued:

(2572)      Defendant "(2572)" continued:
            Ventress Correctioanl Facility; Donaldson Correctional
            Facility; Kilby Correctioanl Facility; Bullock
            Correctional Facility; Bibb Correctioanl Facility;
            Staton Correctional Facility; and Easterling Correctional
            Facility; during the years: 2003; 2004, 2005;
            2007; 2008; 2009; 2010; 2011; 2012;

(2573)      "John Doe" and "Jane Doe" professional parties
            employed by Mental Health Management, Inc., including
            but not limited to: (1) psychiatrists; (2) Counselors;
            (3) psychiatrict nurses; and (4) Records Keepers, at the
            following Alabama Jails and Prisons: (1) the Mobile
            County Metro Metro Jail; (2) Kilby Correctional Facility;
            (3) Ventress Correctioanl Facility; (4) Bullock Correctional
            Facility; (5) Bibb Correctioanl Facility; (6) Staton
            Correctional Facility; and (7) Eastering Correctional
            Facility; during the years: 2003; 2004; 2005; 2007;
            2008; 2009; 2010; 2011; 2012;
            **C/O The office of the Chief Executive Officer,**
            Steve Wheeler, Chief Executive Officer, for:
            Mental Health Management, Inc.,
            1593 Springhill Road,
            Suite 610,
            Vienna, Virginia 22182,
            703-749-4700;
            **C/O The Office of the Commissioner of the Alabama**
            **Department of Corrections;**
            **Kim T. Thomas, Commissioner,**
            301 South Ripley Street,
            Montgomery, Alabama 36130,
            334-352-3383;

            C/O The Office of the Attorney General for
            the State of Alabama;
            **Luther Strange, Attorney General,**
            500 Dexter Avenue,
            Montgomery, Alabama 36130,
            334-242-7300;

            C/O The Office of the Governor for
            the State of Alabama;
            **Robert Bentley, Governor,**
            600 Dexter Avenue,
            Montgomery, Alabama 36130,
            334-242-7100;

Ancillary Jurisdiction Defendants to:
the Supreme Court of the United States:
Medical; Psychiatrist; and Mental Services:
Defendants:

Mental Health Services Defendants, Continued:

(2574)     person known as Ms. Webb;
(2575)     Ms. Webb, Mental Health "Nurse Practioner," employed
           by Mental Health Management, Inc., a contractor for
           the Alabama Department of Corrections, during December
           2011, and during January, February, March, 2012, at
           Ventress Correctional Facility and at Easterling
           Correctional Facility;
           c/o The Office of the Chief Executive Officer,
           Steve Wheeler, Chief Executive Officer,
           1593 Springhill Road,
           Suite 110,
           Vienna, Virginia 22182,
           703-749-4600;

           c/o The Office of the Commissioner of the Alabama
           Department of Corrections;
           Kim T. Thomas, Commissioner,
           301 South Ripley Street,
           Montgomery, Alabama 36130,
           334-352-3883;

           c/o The Office of the Attorney General of the State of
           Alabama,
           Luther Strange, Attorney General,
           500 Dexter Aven. .
           Montgomery, Alabama 36130
           334-242-7300;

           c/o The Office of the Governor of the State
           of Alabama;
           Robert Bentley, Governor,
           600 Dexter Avenue,
           Montgomery, Alabama 36130,
           334-242-7100;

Ancillary Jurisdiction Defendants to:
the Supreme Court of the United States of America:
Alabama Board of Pardons and Paroles:
Defendants:

(2576)   person known as: William "Bill" Wynne;
(2577)   William "Bill" Wynne, Chairman of the Board, Alabama
         Board of Pardons and Paroles;
(2578)   person known as: John Doe;
(2579)   John Doe, Member of the Board, Alabama Board of
         Pardons and Paroles;
(2580)   John Doe, Member of the Board, Alabama Board of
         Pardons and Paroles;
(2581)   person known as: John Doe;
(2582)   person known as: Cynthia Dillard;
(2583)   Cynthia Dillard, Executive Director of the Alabama
         Board of Pardons and Paroles;;
(2584)   person known as "Name Seized: on December 5, 2008,
         known through his actions as a: "Parole Court Hearing
         Officer, **during May 2008**";
(2585)   Name Seized "December 5, 2008, Parole Court Hearing
         Officer, Alabama Board of Paroles;
(2586)   person known as: Raymond Langley;
(2587)   Raymond Langley, Parole Officer, Alabama Board of
         Pardons and Paroles;
         c/o The Office of the Chairman, Alabama Board of Pardons
         and **Paroles;**
         William **"Bill"** Wynne, Chairman, Alabama Board of
         Pardons and Paroles;
         301 South Ripley Street,
         Montgomery, Alabama 36130
         334-353-7771;

         c/o The Office of Parole and Probation,
         Raymond Langley, Parole Officer,
         115 East 1st Street,
         Bay Minette, Alabama 36507,

         c/o The Office of the Attorney General of the
         State of Alabama;
         Luther Strange, Attorney General,
         500 Dexter Avenue,
         Montgomery, Alabama 36130
         334-242-7300;

         c/o Office of the Governor of the State of Alabama,
         Robert Bentley, Governor,
         600 Dexter Avenue,
         Montgomery, Alabama 36130
         334-242-7100;

Ancillary Jurisdiction Defendants to:
the Supreme Court of the United States of America:
State of Florida; Escambia County Sheriff's Department;
and Astro Lincoln Automobile Dealership;
Defendants:

State of Florida Defendants:

(2588)     person of unknown name holding The Office of the
           Governor of the State of Florida;
(2589)     Name seized on December 5, 2011, Governor of the State
           of Florida;
(2590)     Office of the Governor for the State of Florida;
(2591)     Predecessors and Successors in Office for the Office of
           Governor for the State of Florida;
(2592)     person of unknown name, name seized on December 5, 2
           2011, holding the Office of Attorney General for the
           State of Florida;
(2593)     Name seized on December 5, 2011, Attorney General of
           the State of Florida;
(2594)     Office of the Attorney General for the State of Florida;
(2595)     Predecessors and Successors in Office for the Office of
           Attorney General for the State of Florida;
(2596)     Each of the persons holding the several offices of
           State Senator, and each State Representative for the
           State of Florida, names seized on December 5, 2011;
(2597)     Each Officer [named, but name seized on December 5, 2011"]
           holding the Office of State Senator, for the State of
           Florida;
(2598)     Each of the several offices of: (1) State Senator; and
           (2) State Representative for the State of Florida;
(2599)     Predecessors and Successors in office for the Offices
           of (1) State Representative; and (2) State Senator
           for the State of Florida;
           [Note: Service and addresses: seized on December 5,
           2011; au. "Motion to Amend" the Complaint Marked:
           "Complaint Number 13(A)." concerning, in part,
           "Service addresses."]

Ancillary Jurisdictional defendants to:
the Supreme Court of the United States of America:
State of Florida; Escambia County, Alabama Sheriff's Department;
and Metro Lincoln Automobile Dealership;
Defendants:

Escambia County, Alabama Sheriff's Department Defendants:

(3000)     person holding the Office of Sheriff for the Office of
           Sheriff, Escambia County, Florida Sheriff's Department;

(3001)     John Doe, Sheriff of Escambia County, Florida;
(3002)     Predecessors and Successors in office for the Office of
           Sheriff for Escambia County, Florida;
(3003)     William Terrell Hardy;;
(3004)     William Terrell Hardy, Deputy Sheriff, Escambia County
           Florida Sheriff's Department;
           c/o The Office of the Sheriff of Escambia County,
           Florida;
           John Doe, Name seized on December 5, 2011, Sheriff of
           Escambia County, Florida,
           1700 W. Leonard Street,
           Pensacola, Florida 32501
           850-436-9630;

           c/o The Office of the Attorney General for the State
           of Florida;
           [Name and address seized on: December 5, 2011]

           c/o The Office of the Governor for the State of Florida;
           [Name and address seized on: December 5, 2011]

Ancillary Jurisdiction Defendants to:
the Supreme Court of the United States of America;
State of Florida; Escambia County, Alabama Sheriff's Department;
Astro Lincoln Automobile Dealership;
Defendants:

Astro Lincoln Automobile Dealership Defendants:

(2605)    All persons owning stock in the corporation which
          controls, or, that owns the Astro Lincoln Automobile
          Dealership, Pensacola, Florida. The names otherwise
          unknown to the Plaintiff; from April 1, 2000 until the
          date of the execution of the instant complaint, and, a
          any officers in succession thereof;

(2606)    Notes seized on December 3, 2011: Corporate officers,
          managers, salesmen, and any and all parties involved
          in the business transactions, to wit: the loan of a
          used Lincoln Towncar to the plaintiff, which occurred
          during April 2000 at the Astro Lincoln Automobile
          Dealership of Pensacola, Florida," and any corporate
          officers in succession thereof:

          c/o [Address of Astro Lincoln Automobile Dealership
          seized on December 3, 2011];

(2607)    Charles Ted Griffin;
(2608)    Charles Ted Griffin, Sales Manager, Astro Lincoln
          Automobile Dealership of Pensacola, Florida;
(2609)    John Doe's persons; and, John Doe persons in their
          (two parties) positions as used car sales persons of
          Astro Lincoln Automobile Dealership of Pensacola,
          Florida;

          [Note: Service addresses for Charles Ted Griffin seized
          on December 3, 2011 of the Astro Lincoln Automobile
          Dealership [of Pensacola, Florida] was contacted and
          the owner [name seized on December 3, 2011] stated
          that the names of the certain used car salesmen
          described at Defendant number: "(2609)" above are
          persons whose names that are not known as the said
          "Astro" Dealership.]

riginal Jurisdiction Defendants to:
the Supreme Court of the United States of America:
Judicial Officers oft United States,
Defendants:

United States District Court for the Northern District of
Ala... ...stern Division, Defendants:

(2010)     person known as Robert R. Armstrong, Jr.;
(2011)     Robert  . Armstrong, Jr., United States Magistrate Judge;
(2012)     Office of the United States Magistrate Judge for the
           Office of  Magistrate Judge held by Robert R. Armstrong,
           Jr.;
(2013)     Successors in office for the Office of Magistrate Judge
           held by Robert R. Armstrong, Jr.;
           c/o the Office of  Magistrate Judge,
           Robert R. Armstrong, Jr., Magistrate Judge,
           United States District Court for the Northern  District
           of Alabama, Western Division.
           Hugo L. Black United States Courthouse,
           1729 - 5th  Avenue North.
           Birmingham, Alabama 35203
           205-278-1700

           c/o John G. Roberts, Jr., Chief Justice;
           The Office of the Clerk for the United States Supreme
           Court,
           1 First Street, N.E.,
           Washington D.C. 20543
           202-479-3011;

Original Jurisdiction Defendants to:
the Supreme Court of the United States of America:
Judicial Officers of the United States,
Defendants:

United States District Court for the District of Columbia, Defendants:

(2614)    Ricardo M. Urbina;
(2615)    Ricardo M. Urbina, United States Magistrate Judge for
          the United States District Court of Columbia;
(2616)    Office of the United States District Court Magistrate
          Judge held by Ricardo M. Urbina;
(2617)    Successor in Office for the Office of United States
          District Court Magistrate Judge held by Ricardo M.
          Urbina;
(2618)    Rosemary M. Collyer;
(2619)    Rosemary M. Collyer, United States District Court
          Judge for the United States District Court for the Dis
          District of Columbia;
(2620)    Office of the United States District Court Judge, for
          the United States District Court for the District of
          Columbia, held by Rosemary M. Collyer;
(2621)    Successors in Office for the Office of United States D
          District Court Judge held by Rosemary M. Collyer,

          icardo M. Urbina, Judge;
          Rosemary M. Collyer, Judge;
          c/o the Office of Clerk for the United States District
          Court for the District of Columbia;
          Angela Caesar, Clerk of the Courts,
          Room: 1225,
          Washington D.C. 20001,
          202-354-3120;

          John G. Roberts, Jr., Chief Justice, United States
          Supreme Court,
          c/o the Office of the Clerk for the United States
          Supreme Court,
          1 First Street, N.E.,
          Washington D.C. 20543
          2 0 479-3011;

147

Ancillary Jurisdiction Defendants to:
the Supreme Court of the United States of America:
State of Alabama, Montgomery County, Alabama Circuit Court,
and/or Judicial Officer.
Defendants:

(2000)      Truman M. Hobbs;
(2020)      Truman M. Hobbs, Circuit Court Judge for the 15th
            Judicial Circuit of Alabama;
(2624)      Officer of the Judge for the 15th Judicial Circuit
            of Alabama held by Truman M. Hobbs;
(2625)      Predecessors and Successors in Office for the Office
            of Judge for the 15th Judicial Circuit Court of
            Alabama held by Truman M. Hobbs;
(2626)      Mellisa Rittenour;
(2627)      Mellisa Rittenour, Circuit Clerk for the 15th
            Judicial Circuit of Alabama;
(2628)      Office of the Circuit Court Clerk for the 15th Judicial
            Circuit of Alabama held by: Mellisa Rittenour;
(2629)      Predecessors and Successors in Office for the Office
            of the Circuit Court Clerk for the 15th Judicial
            Circuit of Alabama;

            c/o the Office of the Judge for the 15th Judicial
            Circuit of Alabama held by Truman M. Hobbs;
            Truman M. Hobbs, Judge;
            Courthouse,
            251 South Lawrence Street,
            Montgomery, Alabama 36102
            334-832-7117;

            c/o the Office of the Circuit Court Clerk for the
            15th Judicial Circuit of Alabama held by Mellisa
            Rittenour;
            Mellisa Rittenour, Circuit Court Clerk,
            Courthouse,
            251 South Lawrence Street,
            Montgomery, Alabama 36102,
            334-832-4200;

Ancillary Jurisdiction Defendants to:
the Supreme Court of the United States of America:
Political Campaign Donor and Campaign Donation Recipients;
Political Action Committee Political Campaign Donors and
Recipients,
Defendants

(2000)    John Doe; Jane Doe; Unknown and / or Uncertain;
          Known and Certain Persons who:

          (1)  Persons who are political campaign Donors;
          (2)  Persons who are political campaign recipients;
          (3)  Political Action Committee and the persons who
               donate to them, or, who exert management controls
               over such committees;
          (4)  Recipients of funds donated from Political Action
               Committees, and/or who are controlled by such a
               committees;

          [Service Names and Addresses of Defendants seized on
           December 5, 2011.]
          c/o The Office of the Attorney General of the United
          States,
          Eric H. Holder, Attorney General,,
          DOJ Main Office Building,
          Room 4111,
          950 Pennsylvania Ave.,
          Washington D.C. 20530,
          202-514-0001;

Original Jurisdiction Defendant to:
the Supreme Court of the United States of America:
Supreme Court Associate Justice,
Defendant:

(2631)     Clarence Thomas;
(2632)     Clarence Thomas, Associate Justice for the Supreme
           Court of the United States of America;
(2633)     Office of the Associate Justice for the Supreme
           Court of the United States held by Clarence Thomas;
(2634)     Predecessors and Successors in Office for the
           Office of Associate Justice for the United States Supreme
           Court held by Clarence Thomas;
           c/o The Office of Associate Justice for the Supreme
           Court of the United States of America;
           Clarence Thomas, Honorable Associate Justice, and
           c/o The Office of the Clerk for the Supreme Court of
           the United States;
           William K. Suter, Clerk,
           One First Street, N.E.
           Washington D.C. 20543,
           202-479-3000;

           c/o The Office of the Chief Justice for the Supreme
           Court of the United States;
           John G. Roberts, Jr., Honorable Chief Justice, and
           c/o The Office of the Clerk for the Supreme Court of
           the United States;
           William K. Suter, Clerk,
           One First Street, N.E.,
           Washington D.C. 20543,
           202-479-3000;

Ancillary Jurisdiction & Defendants to:
the Supreme Court of the United States of America;
United States Code/Public Law Defendants:

(2035)      "Conspiracy Against Right of Citizens," Title 18
            U.S.C.S. §241 of the United States Code;
            (June 25, 1948, c. 645, 62 Stat. 696; April 11, 1968,
            Pub. L. 90 - 284, Title I, §103(a), 82 Stat. 75);
(2036)      "Deprivation of Rights Under Color of Law, Title 18
(           U.S.C.S. §242 of the United States Code";
            (June 25, 1948, c. 645, 62 Stat. 696; April 11, 1968,
            Pub. L. 90 - 284, Title I, §103(b), 82 Stat. 75.);
(2037)      "Tampering with Witness Victim or Informant, Title 18
            U.S.C.S. §1512, of the United States Code";
            (Act. Oct. 12, 1982, P.L. ...);
(2038)      "Retaliating Against a Witness, Victim, or Informant,
            Title 21, U.S.C.S. §1513,";
            (Added Oct. 12, 1982, P.L. 97-291, §4(a), 96 Stat.
            1253; Sept. 13, 1994, P.L. 103 - 322, Title VI,
            §60017, Title XXXIII, §330016(1)(u), 108 Stat. 1975,
            2147; Oct. 1, 1996, P.L. ... §(1), 110 Stat.
            3017; Nov. 2, 2002, P.L. 107 - 204, Title XI, §1107,
            116 Stat. 810; Nov. 2, 2002, P.L. 107 - 273, Div. C,
            Title III, §3001(a).(c)(2), Title IV, §4002(b)(1),
            116 Stat. 1805,1807; Jan. 7, 2008, P.L. 110 - 177,
            Title II, §205,206, 121 Stat. 2537.);
            c/o Office of the Solicitor General of the United
            States of America,
            Donald B. Verrilli, Solicitor General,
            U.S. DOJ Main Office Building,
            Room 5143,
            950 Pennsylvania Avenue, N.W.,
            Washington D.C. 20530,
            202-514-2217;

Ancillary Jurisdiction Defendants to:
the Supreme Court of the United States of Americas:
**State** **Defendants:**

(2639)     "The State of Alabama";
           C/O The Office of the Governor for
           the State of Alabama;
           Robert Bentley, Governor;
           600 Dexter Avenue
           Montgomery, Alabama 36130;
           334-242-7100;

           C/O The Office of the Attorney General for
           the State of Alabama
           500 Dexter Avenue,
           Montgomery, Alabama 36130,
           334-242-7300;

(2640)     "the State of Florida";

           [Note: Service addresses for the State of
            Florida, the Governor and the Attorney General
            were seized at Staton Correctional Facility,
            Elmore County, Alabama on "12-05-2011" at
            the direction of Alabama Department of
            Corrections Commissioner Kim T. Thomas, Staton
            Correctional Lieutenant Karen Williams admitted on
            the late certain of "12-05-2011".]

Ancillary Jurisdiction Subordinate to:
the Supreme Court of the United States of America:
Additional Public Law Defendants:

(1001)      "Contractors, bonds, liens, and public records, 28 U.S.C.A.,
            § 104"
            (June 25, 1948, c. 646, § 1, 62 Stat. 711; Sept. 13, 1982,
            P.L. 195-512, Title V, XIV, § 503014(2)(a), 196 Stat.
            2147.)

COMPLAINT 12

Comes now the Plaintiff herein, Keith Brian Truitt, and pursuant to the Plaintiff's being a citizen of the United States, and pursuant to his rights as a citizen of the State of Alabama, and as a citizen of the State of Florida, and pursuant to the rights afforded to the Plaintiff by Article One, Article Two, Article Three, Article Four and Article Six of the Constitution of the United States of America, and pursuant to the Amendment Articles: One, Four, Five, Six, Seven, Eight, Nine, Ten, Eleven, Twelve, Fourteen, Sixteen, Seventeen, and pursuant to the laws of the United States, which have been made, or, which shall be made, the Plaintiff demands a trial by jury before the Supreme Court of the United States of America, demands the certain relief that has been herein below demanded, or, that may be in the future demanded.

The plaintiff grounds his demands for relief, including but not limited to the monetary damages demanded, on the damages and prejudices that the plaintiff has suffered, which have been listed, in part herein below, or which shall be listed in a future amendment to the instant complaint.  Several of the complaints have listed herein below:

Complaint Number One

On November 5, 2011, I had placed a 250 page federal complaint document, about which this, the instant complaint can only partially replies, within one of ten (1.) large "If It Fits You Can Ship It" boxes marked as: That If It I.  Postal Service - U.S. Mail - boxes in which had also been placed several hundred evidentiary documents that the Plaintiff [concerning the said 250 page federal complaint] intends to employ as evidentiary documents in support of the said federal complaint placed within the remaining ten said boxes, evidentiary documents which the instant Plaintiff also intended and still intends to employ as evidentiary documents in support of the Plaintiff's assertion that he is the VICTIM of a felony complaint pending against him in Escambia County, Florida, and I attempted to place the said boxes in the United States Mail, addressed to the United States District Court for the District of Columbia,

but, my attempt to place the said ten (10) boxes of "legal mail" was halted by Lt. Pittman, who instructed me to return, along with the said boxes I was attempting to mail, to my assigned living area "P-dormitory," where the following occurred:

(l)  approximately one-hour after Lt. Pittman, on Dec   er 5, 2011, instructed me to carry the ten (10) mail boxes of legal mail back to "P-dorm," Lt. Williams approached me in "P-dorm" and told me that not only was my belongings, that I was being placed on no "during my transfer from," to Ventress Correctional Facility, and that I would not be allowed to carry my legal mail or any legal documents with me during my transfer from Staton Correctional Facility to Ventress Correctional Facility, nor would I be allowed to mail my documents to the United States District Court for the District of Columbia, but that a family member could be allowed the prison to pick up the said legal mail; and the said legal mail, legal books, my dictionary, and other criminal jury trial preparation materials were subsequently seized from my possessions under the color of law and in retaliation for attempting to file a federal suit in the court on December 5, 2011;

(m)  Lt. [Marsha] Williams stated that my transfer from Staton C.F. to Ventress C.F. had been approved by the Commissioner of the Alabama Department of Corrections, by Marion Leon Forniss, and Warden T.E.   ;

(n)  Marion Leon Forniss had previously stated to me that my legal work was a fire hazard;   he, and Lt. Williams had provided me with two (2) foot locker boxes to store my legal work in;

(o)  Inmate Darrell C.   ble, MIC/006582, had previously informed me that he had, in his capacity as "Inmate Law Clerk at Staton Correctional Facility," informed Marion Leon Forniss, [his direct supervisor, and the party to whom, Darrell C.   ble had said that as experts, and that when he is   the   controlled my], reported to Leon Forniss that I was preparing a federal complaint action against the Alabama Department of Corrections officials, and against members of other parties, and that Leon Forniss had told him that   I [Marion Forniss] had been authorized

to take any and all action necessary to prevent me, and any
other party, from filing a meaningful federal complaint, although
Darrell J. McNeil admitted that the filing of frivolous lawsuit.
was permitted, even encouraged, so long as no meaningful federal
court complaints that might result in meaningful federal court
remedies were permitted; insofar Darrell J. McNeil, had, since my arrival
at Staton during late 2010, been taking actions against my legal work,
including against my work on a federal complaint. In late 2011, McNeil
**snatched** from my hand plastic tape that I was employing in order to make
an corrections as an evidentiary document that I was creating to
**support** my federal complaint; and after the said McNeil snatched
the tape from my hands, and after I complained to St. Pittman
about it, and McNeil heard he. Pittman state that he, McNeil,
should return the tape, McNeil said that he "if" not  the St.
Pittman, that he [McNeil] waited for Marlon Perniss, that Marlon
Perniss had **instructed** him to halt my use of the  and that
I would need to get approval from Marlon Perniss, if I wished to
employ any more "tape" to aid the preparation of my federal
complaint and toward my criminal jury trial preparations;

(f) after I attempted to see Marlon Perniss, and after I was
told at the gate that leads to his office that Marlon Perniss did
not want to discuss my  the law library, I went back to the
law library and told Darrell McNeil that he was a bitch, whereupon
McNeil attacked me, and then stated to Captain Tom McNamara [name seized
on December 5, 2011] that I had called him  "black bitch,"
after which I discussed the accusation with by McNeil that I had
called him a "black bitch" with the said Tom McNamara correctional
Captain, and he said, "according to black culture, when a 'white
boy' calls a black man a 'bitch,' the 'white boy' need not use
the word 'black' in conjunction with the term 'bitch' because it is
understood by the 'black man' that any 'white boy' is calling him a
'black bitch,' and the 'black man,' in this case  McNeil,
would be entirely justified in attacking such a 'white boy,' as
me, McNeil did, and does not matter that  did not actually

strik..., r attempt to strik..., Mr. McNeil, your use of the word
biten ... the crux ... if you had struck Mr. McNeil."

(5)   prior to "December 5, 2011," I attempted to, on sixteen
separate occassions, and I was certain after the approximate late
of: "December 10, 2101," (notes concerning certain ...tes seiz...
by Staton Correctional Facility, on "December 5, 2011") to mail
sixteen sepa... federal complaines to ... federal court in Washington
D.C., except that the federal complaint known as: "COMPLAINT
RECEIVED UNDER 10," Civil Acti... Number: 1:10-CV-01630, was
received on September 11, 0110, and was filed on September 20,
0010; but, however, this document, the mail: "Complaint Not Not
Number: 10," was not received by one said federal court in Washington
before it was significantly modified by uncertain parties who
had access to the typewriters in the law library at MDY C.F.

Interspersed between the mail attempted filings (from December
10, 2000 and the late of "December 5, 2011" were hundreds of
instances of hinderance, incident perpetrated by Mobile County Metro
Jail officials, Baldwin County Jail officials, Kilby C.F. officials.
and Ventress C.F.; Bullock ...; MDY C.F.; Staton C.F.; and
Easterling C.F. officials, officials that are ... than herein ... have
listed, in part, as superbly distinct, numerous different acts.
Defendants that have ...too purposefully committed acts of suppression
designed to prevent me from complaining about their misconduct.

Therefore, I hereby complain on a ... "State of Alabama," and
certain of its "executive;" "legislative;" and "judicial;"
officers, including, but not limited to:

(1)   State of Alabama, [defendant no: "(2042)"];

(2)   Robert B..., [defendant no. "(2061)"; "(2066)"; and "(
      "(223.)"];

(3)   Robert Bentley, [defendant no: "(2067)"; "(2268)"; and
      "(223.)"];

(4)   Troy King, [defendant no: "(2270)"; "(2271)"; and "(2073)"];

(5)   Luther Strange [defendant no: "(2274)"; "(2275)"; and
      "(2275)"];

(6)   Leon Forniss, [defendant no: "(2134)"; "(2135)"; and
      "(2436)"];

(7)  [illegible], [Defendant no: "([illegible])"; "([illegible])"; and "([illegible])"];

(8)  [illegible], [Defendant no: "([illegible])"; "([illegible])" and "([illegible])"] as [illegible] Department of Corrections Commissioner;

(9)  [illegible], as [illegible] Department of Corrections Medical Contract, [Defendant no: "([illegible])"; "([illegible])"; and "([illegible])"];

(10)  [illegible], as Commissioner of the Alabama Department of Corrections, [Defendant no: "([illegible])"; "([illegible])"; and "([illegible])"];

(11)  [illegible], [Defendant no: "([illegible])"; "([illegible])"; and "([illegible])"; and

(12)  [illegible], [Defendant no: "([illegible])"; and "([illegible])"];

(13)  [illegible], [Defendant no: "([illegible])"; and "([illegible])"];

[Several lines of heavily degraded, illegible text]

have been subjected to on an ongoing series of federal constitutional rights violations that have deprived me of my right to liberty by depriving me of my right to complain and sustain threats of the [illegible] officials [herein cited] have rights for false and asserts to deprive me of my liberty rights, including said the Circuit Court Clerk of [illegible], [illegible]

[Remaining lines illegible]

their official positions, but, making sure that they, to install an assistant Attorney General to act directly in the Department of Corrections, whose job it is to defend DOC officials accused of federal constitutional rights violations against prisoner inmates, even where the evidence in a trial is that the accused guilty ... guilty of such violations.

It is my contention that I have, since my arrest on April 10, 2004, suffered daily from purposeful "hindrance actions" which have escalated in time by purely actions which are designed to prevent me from complaining that fraudulent records have caused me to be deprived of my liberty.

On each of the days that I have suffered from purposeful hindrance actions, I have written "hindrance forms" explaining what occurred in direct relation, and it lists on one occasion per month. I have placed a ledger of record by the person holding the offices of: (1) Commissioner of the Alabama Department of Corrections; (2) Governor of the State of Alabama; (3) Attorney General of the State of Alabama; and to (4) **Randy Davis**, the Alabama House of Representatives party, who hold office in my hometown district, District ..., but no action will be taken by any one of these parties to halt the hindrance actions, but rather that official's office ... copies of the letters and request for ... in order to deprive me of my evidence that I had sought to "exhaust my state remedies," essentially the "hindrance actions."

As referred to in this section two, processes in the files concerning "Civil Action Number 1:11-CV-11929," as "document number '51'," "Motion by Randy Davis the Plaintiff," as herein: "Plaintiff's Exhibits: Dirty Thirty, and Thirty," as obtained from the the Alabama Department of Corrections Hearings Response ... Assistant Director: "Rodger Howard" acted herein as a fraudulent, employed several of his staff's actions to deprive me of my legal work on August 20, 2011, a seizure about which I so newly complain.

As the instant complaint, I complain that a 258-page federal

complaint was seized on December 5, 2011, which included the
seizure of a "account I value at $1 billion dollars, the so-
called "initial final energy accounts."
subject one of the complaint:
relief and/or monies sought:

1. From the date of the false arrest by Daphne, Alabama
policeman, a date on which I was assault[ed] by the first police
officer on ... ... , hereby complaint ... [set] herein below;
after which I was arrest[ed] by police officers to the Daphne,
Alabama Jail wherein I was subjected to ... Taser's electric shock
[including] complaint issue below] to the date of August 25, 2010,
when this C.P. ... Darryl Price, CIU-taken first ... Director
Robert Mueller, had a dictatorly complaint to Mueller the "federal
complaint against" I ... relating to this against NCIC personnel
by ... ... ... ... ... but I ... complaint ... to ... these
officials about the disappearance of NCIC officials ... I ... why
NCI, ... follows per July in ... ..., and other remedial relief
which ... been set out below.

2. From the date of August 25, 2010, to the date of the
seizure of the legal ... property of Boston Corrudti and ... ... on
December 5, 2011, I am seeking $ 70,000.00 dollars per days in
damages, and other remedial relief which ... been set out below.

3. From the date of December 5, 2011, I am seeking $1, ... , ...
dollars ... ... , and remedial relief.

4. The remedial relief sought requires a fair reading of this
entire complaint, which when fully amended, will reach to 150, or more
separately, ... interconnected complaints all of which are grounded
upon the Constitution of the United States of America; and these
future intended complaints, based on set to ... ... of facts, will
when the evidentiary documents in support of them ... been properly
presented, demonstrate that:

(a) there are several ... ... concerning how the federal
governments operate ... that ... of its governmental operations
to be operations that are defective; and as a result of ... ... defects:

(b) I have been directly ... ... ... parties ... to take action
that are integral to being the ... government into operation,

amounting to the fact that federal government operations improperly permit improper **State** governments to operate in ways which **an** utterly fail the federal constitution . . . . I have been damaged thereby.

Thus it will require a fair reading of each of the complaint but will be set out in the "amended complaint" [which will reach to 150 separate sub (with names) interconnected complaints] in order to fairly consider the defects asserted, and the remedies sought. In **order to receive a fair oppertunity to present the** remedies sought, I will provide the remedies sought in a 200 page . . . . . . . entitled: "Executing the Constitution of the United States of America."

Moreover, the remedies sought, and that will be sought, should not be feared to be remedies that will require major alterations to all aspects of federal and state government operations, while it is my assertion that, although every aspect of U.S. government operations will require **minor modifications** in order for the government of the united States to properly bring into execution the Constitution of the united States, the modifications sought will not cause convulsions to any federal or state government, it will rather streamline their operations and reduce their expenses, while securing the liberty rights to which all persons are entitled **by securing** the justice (fair treatment) to which all persons are entitled.

Respectfully submitted,

*Keith L. Cruitt*
Keith L. Cruitt
305 Ridgewood Drive
Daphne, Alabama 36526

## Certificate of Service

I, Keith L. Cruitt, do hereby certify that

__1__   __May__   .

*Keith B. Cruitt*

I, Keith L.Cruitt, do hereby reserve the right to "AMEND" the instant COMPLAINT on the ground that a 253-page complaint document and supporting evidentiary documents (21-boxes) were seized by State Correctional Facility officials in order to deprive me of evidence in support of claims I had made DOCC officials.

*Keith B. Cruitt*
Keith L. Cruitt